DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                               )<br>                   Plaintiff,            )<br>                                                               )<br>        vs.                                          )<br>                                                               )<br>THOMAS P. RANES,                       )<br>NOPENON DENNIS SHINE,           )<br>DYLAN N BALES,                           )<br>CURTIS H. MCDONALD,                )<br>KEVIN A. BROWNING, and          )<br>ROBERT H. MCDONALD,             )<br>                                                               )<br>                   Defendants.          ) | Case No.<br><br>**CASE UNDER SEAL** |

[**UNDER SEAL**]

DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>THOMAS P. RANES,<br>NOPENON DENNIS SHINE,<br>DYLAN N. BALES,<br>CURTIS H. MCDONALD,<br>KEVIN A. BROWNING, and<br>ROBERT H. MCDONALD,<br><br>           Defendants. | Case No.<br><br>**MOTION TO SEAL CASE** |

[**UNDER SEAL**]

COMES NOW Plaintiff, the United States of America, and moves this court to seal the above captioned case, due to the existence of a continuing investigation now in progress relating to the instant case. Said investigation is expected to be completed within the next month. Until then, publication of this case will not only affect the availability of the charged defendants but potentially will jeopardize the investigation and endanger the lives of those involved in it.

RESPECTFULLY SUBMITTED this  19th  day of April, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

3