IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS P. RANES,<br>NOPENON DENNIS SHINE,<br>DYLAN N. BALES,<br>CURTIS H. MCDONALD,<br>KEVIN A. BROWNING, and<br>ROBERT H. MCDONALD,<br><br>Defendants. | )   Case No. 3-06-cr-00041-RRB-JDR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

## [<u>UNDER SEAL</u>]

IT IS ORDERED that the Indictment in this case be sealed pending further application by the United States.


Date: 4/19/2006          /s/ John D. Roberts
                         JOHN D. ROBERTS
                         UNITED STATES MAGISTRATE JUDGE