IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-041-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THOMAS P. RANES, ) | |
| NOPENON DENNIS SHINE, ) | |
| DYLAN N BALES, ) | |
| CURTIS H. MCDONALD, ) | |
| KEVIN A. BROWNING, and ) | |
| ROBERT H. MCDONALD, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Application having been made to this court by the United States of America for an order unsealing the above-captioned indictment so that the above-captioned defendants may be arraigned on this indictment.

IT IS ORDERED that the above-captioned indictment shall be unsealed for all purposes.

Date: _____      _____
                                             UNITED STATES MAGISTRATE JUDGE