John M. Murtagh
1101 West 7th
Anchorage, Alaska  99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| THOMAS P. RANES, | ) |
| NOPENON DENNIS SHINE | ) |
| DYLAN N. BALES | ) |
| CURTIS H. MCDONALD | ) |
| KEVIN A. BROWNING, and | ) |
| ROBERT H. MCDONALD | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No 3:06-cr-00041-01-RRB-JDR

ENTRY OF APPEARANCE

John M. Murtagh hereby enters his appearance on behalf of THOMAS P. RANES, and requests that all further pleadings, notices and other materials in this case be served upon him at 1101 West 7th Avenue, Anchorage, Alaska 99501.

Dated at Anchorage, Alaska this 25th day of April, 2006

   /s/ john murtagh  
John M. Murtagh  
Bar Number 7610119

CERTIFICATE OF SERVICE  
This is to certify that a true and  
correct copy of this Entry of Appearance  
was served electronically upon the Office of  
the United States Attorney ,and Pretrial Services  
on the 25th day of April, 2006

/s/ john murtagh_  
Law office of John M. Murtagh