MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  THOMAS P. RANES          CASE NO. 3:06-cr-00041-01-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN M. CARTER

UNITED STATES' ATTORNEY:          FRANK RUSSO/MIKE BURKE

DEFENDANT'S ATTORNEY:          JOHN MURTAGH - RETAINED

U.S.P.O.:          PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/25/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened.

X Copy of Indictment given to defendant; read.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant stated true name: Same as above          Age: 31

X PLEAS: Not guilty to counts 1, 2, 3-140, Denied Cts 141-142

X Detention uncontested.  Order of Detention Pending Trial **FILED**.

X Pretrial motions due **May 23, 2006**     ; Order For the
   Progression of a Criminal Case **FILED**.

X Counsel advised of trial date: **June 26, 2006**

X OTHER: Counsel to meet and confer by **5/2/06**; discovery due by **5/9/06**.  Counsel to file motion to withdraw as counsel if no longer retained before pretrial motions due date.

At 10:17 a.m. court adjourned.


DATE: April 25, 2006          DEPUTY CLERK'S INITIALS:    Rc