DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-041-RRB |
| | ) |
| Plaintiff, | ) **UNOPPOSED APPLICATION** |
| | ) **ON SHORTENED TIME FOR** |
| v. | ) **WRIT OF ENTRY** |
| | ) |
| THOMAS P. RANES, | ) |
| NOPENON DENNIS SHINE, | ) |
| DYLAN N. BALES, | ) |
| CURTIS H. MCDONALD, | ) |
| KEVIN A. BROWNING, and | ) |
| ROBERT H. MCDONALD, | ) |
| | ) |
| Defendants. | ) |
| | ) |

COMES NOW plaintiff United States of America, by and through counsel, and hereby moves this Court for an order permitting entry upon and inspection of the following real property, described in the Indictment in this case (Count 141); this Application is therefore

supported by a finding by the Grand Jury of probable cause to believe that defendant Thomas P. Ranes' interest in said property is criminally forfeitable under federal law:

> Real property located at 14033 PICKETT STREET, ANCHORAGE, ALASKA 99516, including all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, more particularly described as:
>
> Lot Five (5), Kijik Subdivision, according to the official plat thereof, filed under Plat Number 66-148, in the Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and

Title 21, United States Code, § 853(e)(1) specifically provides that the Court can "take any other action to preserve the availability of property...for forfeiture...."[1] By this Application, the United States is not seeking authorization to seize or arrest the property, but only to enter the property subject to forfeiture to conduct an inspection and any necessary inventory of the property, including personalty and fixtures, and thereafter to conduct periodic inspections of the properties' interior and exterior as is necessary to maintain, protect, and preserve the property pending the outcome of the litigation in this case. The sole purpose of the writ is to conduct a physical inspection of the property in order to assess it for forfeiture purposes, and to protect and preserve the property pending the outcome of litigation, since the Internal Revenue Service or its contractor, EG&G, is the custodian responsible for the property.

---

[1] The Court is authorized to provide broader relief, but the writ of entry applied for is much more limited in scope than the two alternatives available by statute: (1) restraining order, see 21 U.S.C. § 853(e)(1)(A), and (2) seizure warrant, see 21 U.S.C. § 853(f).

U.S. v. THOMAS P. RANES, et al.
Case No. 3:06-cr-041-RRB
Unopposed Application on Shortened Time for Writ of Entry        2

Defendant Ranes does not oppose, and hereby stipulates, to the writ of entry sought herein.[2] There is an increased risk of unauthorized entry, theft, and vandalism to the property in this case, because the house is unfinished, defendant Ranes remains in custody, and numerous other people have keys to the house. Already, on April 25, 2006, the Alaska State Troopers responded to an unauthorized entry and attempted removal of property from inside the house. Attached Affidavit of IRS Special Agent, Larry Calderone (Exhibit 1). Defendant Ranes has agreed to allow the government to change the locks on all of the exterior doors of the house and other structures on the property.

Respectfully submitted this 1st day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

---

[2]By stipulating to the writ of entry, defendant Ranes hereby preserves, and in no way waives, his right to contest the forfeiture of this property.

U.S. v. THOMAS P. RANES, et al.
Case No. 3:06-cr-041-RRB
Unopposed Application on Shortened Time for Writ of Entry        3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing UNOPPOSED APPLICATION ON SHORTENED TIME FOR WRIT OF ENTRY and proposed WRIT OF ENTRY were served electronically this 1st day of May, 2006, on:

JOHN M. MURTAGH  (Counsel for defendant Thomas P. Ranes)
1101 W. 7th Avenue
Anchorage, AK 99501

MICHAEL DIENI  (Counsel for defendant Nopenon Dennis Shine)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

PHILLIP PAUL WEIDNER  (Counsel for defendant Dylan N. Bales)
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, AK 99501

WILLIAM D. ENGLISH  (Counsel for defendant Curtis McDonald)
310 K Street, Suite 200
Anchorage, AK 99501

REX LAMONT BUTLER  (Counsel for defendant Kevin A. Browning)
Rex Lamont Butler & Associates, Inc.
745 W. 4th Avenue, Suite 300
Anchorage, AK 99501

JOE P. JOSEPHSON  (Counsel for defendant Robert H. McDonald)
Josephson & Associates, P.C.
912 W. 6th Avenue
Anchorage, AK 99501

s/Frank V. Russo

U.S. v. THOMAS P. RANES, et al.
Case No. 3:06-cr-041-RRB
Unopposed Application on Shortened Time for Writ of Entry                4