IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-041-RRB |
| | ) | |
| Plaintiff, | ) | **WRIT OF ENTRY** |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS P. RANES, | ) | |
| NOPENON DENNIS SHINE, | ) | |
| DYLAN N. BALES, | ) | |
| CURTIS H. MCDONALD, | ) | |
| KEVIN A. BROWNING, and | ) | |
| ROBERT H. MCDONALD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  WHEREAS certain real property, located at 14033 Pickett Street in Anchorage, was indicted (docket 1, Count 141) by the Grand Jury based on a finding of probable cause to believe that defendant Thomas P. Ranes' interest in the property is subject to forfeiture under federal law;

  AND WHEREAS the United States has applied for an order permitting entry into said property for physical and structural inspection, inventory of the property, to change the locks on all exterior doors of the house and other structures, and periodic inspections of the property by the Internal Revenue Service or its contractor, EG&G, as custodian of the same, and good cause appearing in the United States' Unopposed Application in this matter;

  AND WHEREAS defendant Thomas P. Ranes does not oppose the writ of entry sought by the government;

IT IS THEREFORE ORDERED that the Internal Revenue Service or its contractor, EG&G, may enter the property to conduct a reasonable and necessary structural and physical inspection. In conducting the inspection, the Internal Revenue Service or its contractor, EG&G, may inspect the premises and take photographs or videotape recordings of both the interior and exterior of the property.

IT IS FURTHER ORDERED that the Internal Revenue Service or its contractor, EG&G, may enter the property to conduct any necessary inventory of the property, including personalty and fixtures, in or around both the interior and exterior of the property.

IT IS FURTHER ORDERED that the Internal Revenue Service or its contractor, EG&G, shall promptly change the locks on all the exterior doors on the house and other structures on the property.

IT IS FURTHER ORDERED that the Internal Revenue Service or its contractor, EG&G, shall thereafter conduct periodic inspections of the properties' interior and exterior, as is necessary to maintain, protect, and preserve the property.

DATED:_____

_____
RALPH R. BEISTLINE
United States District Judge