**AFFIDAVIT OF IRS CID SA LAWRENCE CALDERONE
IN SUPPORT OF APPLICATION FOR WRIT OF ENTRY**

I, LAWRENCE CALDERONE, being duly sworn, depose and say:

On April 25, 2006, I received information from the Alaska State Troopers that employees of Circle Plumbing and Heating were on the premises at 14033 Pickett Street, Anchorage, Alaska, removing materials from the house. I called Ken Embley, the owner of Circle Plumbing and Heating. He confirmed that his employees were removing stainless steel pipe from the house at 14033 Pickett Street. Mr. Embley said that Thomas Ranes owed him money for the pipe.

EXECUTED this 27th day of April, 2006 in Anchorage, Alaska.

_____
LAWRENCE CALDERONE
Special Agent, Internal Revenue Service, CID

SUBSCRIBED AND SWORN to before me on this 27th day of April, 2006 in Anchorage, Alaska.

_____
NOTARY PUBLIC, State of Alaska
My commission expires:_____

My Commission Expires:
December 19, 2006

