AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **\*\* S E A L E D \*\***<br>**WARRANT FOR ARREST** |
| V.<br>THOMAS P. RANES | CASE NUMBER: 3:06-00041-01-RRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest THOMAS P. RANES and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
21:963, 952, 960(a), (b)(1), (b)(3) - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES - Ct 1
21:846, 841(a)(1), (b)(1)(A) - CONSPIRACY IN RELATION TO MARIJUANA TRAFFICKING - Ct 2
18:1956 (a)(1)(A)(i),(a)(1)(B)(i), (a)(1)(B)(ii), & 2 - MONEY LAUNDERING - Cts 3-136
18:1956 (a)(2)(B)(I), & 2 - INTERNATIONAL MONEY LAUNDERING - Cts 137-140
21:853(a)(1), (a)(2) - DRUG FORFEITURE - Ct 141
18:982(a)(1) - MONEY LAUNDERING FORFEITURE - Ct 142

| | |
|---|---|
| Ida Romack<br>Name of Issuing Officer | Clerk of Court<br>Title of Issuing Officer |
| by _____ Deputy Clerk<br>Signature of Issuing Officer | April 19, 2006<br>Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge John D. Roberts |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: _____

Anchorage, Alaska

| DATE RECEIVED<br>4/20/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>SA MARK SCHMIDT<br>DEA | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>4/22/2006 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Thomas Peyton Ranes

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH

DATE OF BIRTH. ____

SOCIAL SECURITY NUMBER ____

HEIGHT: 5'11     HT: 165

SEX: MALE     RACE: Asian

HAIR: Brown     EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS