John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| THOMAS P. RANES, | ) |
| NOPENON DENNIS SHINE | ) |
| DYLAN N. BALES | ) |
| CURTIS H. MCDONALD | ) |
| KEVIN A. BROWNING, and | ) |
| ROBERT H. MCDONALD | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No 3:06-cr-00041-01-RRB

MOTION TO SET HEARING TO REVIEW ORDER OF DETENTION

COMES NOW, Thomas Ranes, defendant herein, by and through his attorney, John M. Murtagh and hereby moves this Court to set a hearing at which time Ranes may present evidence in support of rebutting the presumption of detention and to establish terms and conditions of release.

This will be the first hearing requested by Ranes.

Ranes has provided the pretrial services office with completed questionnaires from individuals who will provide Mr. Ranes a place to live subject to electronic monitoring and other conditions. He has also provided questionnaires from two alternative work custodians, depending on whether Mr. Ranes would be permitted to return to his business. The questionnaires have also been faxed to the Office of the United States Attorney.

*Requested timing of the hearing*

In order to permit Pretrial Services to complete its investigation, the hearing is requested for

Wednesday May 10th - at any time

Thursday May 11th - at any time

Friday May 12th - morning only

Counsel will not calendar any other matters during the above referenced times until the hearing in this case is set.

Dated at Anchorage, Alaska this 5th day of May, 2006

/S/ John Murtagh
John M. Murtagh
Counsel for Thomas Ranes
1101 West 7th Avenue
Anchorage, Alaska 99501
Phone 907-274-8664
Fax 907-258-6419

                                                                                                    Bar Number 7610119
                                                                                                   E-mail:jmmalaska@hotmail.com

CERTIFICATE OF SERVICE
This is to certify that a true and
correct copy of this pleading
was served electronically upon the Office of
the United States Attorney
on the 5th day of May, 2006

_____
Law office of John M. Murtagh