John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| THOMAS P. RANES, | ) |
| NOPENON DENNIS SHINE | ) |
| DYLAN N. BALES | ) |
| CURTIS H. MCDONALD | ) |
| KEVIN A. BROWNING, and | ) |
| ROBERT H. MCDONALD | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No 3:06-cr-00041-01-RRB

NON-OPPOSED
EXPEDITED MOTION TO CONTINUE MOTIONS
DEADLINE DATE TO MAY 30, 2006- THE DATE SET
IN USA v. CURTIS McDONALD

COMES NOW, Thomas Ranes, defendant herein, by and through his

attorney, John M. Murtagh and hereby moves this Court for the entry of an

order continuing the motions deadline date to May 30, 2006. This is the date

obtained by co-defendant Curtis McDonald [ Docket 95]

The attached exhibits demonstrate that there are literally thousands of pages of materials to review and perhaps hundreds of hours of audio materials to review. Although the order for the duplication of audio/video materials has been made to the private contractor selected by the United States, counsel for Ranes is not yet in possession of those materials.

Ranes is aware that any further extension of the motions deadline date will require, by one or more defendants, a motion to continue the trial in this case, presently set for June 26th.

## Certification of non-opposition

In an exchange of phone messages, the United States, through AUSA Frank Russo, has informed counsel that the United States does not oppose this request.

Dated at Anchorage, Alaska this 23rd day of May, 2006

/S/ John Murtagh
John M. Murtagh
Counsel for Thomas Ranes
1101 West 7th Avenue
Anchorage, Alaska 99501
Phone 907-274-8664
Fax 907-258-6419
Bar Number 7610119
E-mail:jmmalaska@hotmail.com

CERTIFICATE OF SERVICE

This is to certify that a true and
correct copy of this pleading
was served electronically upon the Office of
the United States Attorney
Federal Public Defender- counsel for Mr. Shines
William English- counsel for Curtis McDonald
Phillip Weidner- counsel for Dennis Bales
Rex Butler- counsel for Kevin Browning
Joe Josephson- counsel for Robert McDonald
on the 23rd day of May, 2006

_____
Law office of John M. Murtagh