IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,     )
     )
         Plaintiff,     )
     )
     Vs.     )
     )
THOMAS P. RANES,     )
NOPENON DENNIS SHINE     )
DYLAN N. BALES     )
CURTIS H. MCDONALD     )
KEVIN A. BROWNING,and     )
ROBERT H. MCDONALD     )
     )
         Defendant.     )
_____)
Case No 3:06-cr-00041-01-RRB

*PROPOSED* ORDER  CONTINUING MOTIONS
DEADLINE DATE TO MAY 30, 2006

The motion to continue the motions deadline filed on behalf of

defendant Thomas Ranes at docket _____is GRANTED. Pretrial motions

are now due on May 30, 2006.

Dated at Anchorage, Alaska this _____day of _____, 2006.

By the Court

_____

John D. Roberts
U.S. Magistrate Judge