John M. Murtagh
1101 West 7th
Anchorage, Alaska  99501
(907) 274-8664
Counsel for defendant

JOHN M. MURTAGH
ATTORNEY AT LAW
1101 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 274-8664

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | ) |
| THOMAS P. RANES,<br>NOPENON DENNIS SHINE<br>DYLAN N. BALES<br>CURTIS H. MCDONALD<br>KEVIN A. BROWNING, and<br>ROBERT H. MCDONALD | ) |
| Defendant. | ) |

Case No 3:06-cr-00041-01-RRB

AFFIDAVIT IN SUPPORT OF MOTION TO
CONTINUE MOTIONS DEADLINE

State of Alaska           )
                          ) ss
3rd Judicial District     )

John M. Murtagh being first duly sworn upon oath deposes and states:

(1) the factual representations in the foregoing motion are true and

correct .

    Further affiant saieth naught

                                                  _____
                                                  John M. Murtagh

Subscribed and sworn to before me
this 23rd day of May, 2006.

_____

Notary Public in and for Alaska
My commission expires: 6/25/09

JOHN M. MURTAGH
ATTORNEY AT LAW
1101 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 274-8664