

**U.S. Department** **of Justice**

*United States Attorney*
*District of Alaska*

---

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*    *Commercial: (907) 271-5071*
*Anchorage, Alaska 99513-7567*    *Fax Number: (907) 271-1500*

May 9, 2006                              SENT VIA FAX TO: 258-6419

John M. Murtagh (retained)
Attorney at Law
1101 W. 7th Ave.
Anchorage, AK 99501
Tel: 274-8664

Re:   <u>United States v. Ranes et al.</u>
      (Defendant No. 01: Thomas P. Ranes)
      3:06-cr-00041-RRB-JDR

Dear Mr. Murtagh:

   Discovery materials have been copied and placed at our front desk for pick up. The materials consist of a CD containing images of documents numbered 1 thru 3035 and 01-000001 thru 01-000010. There is no service charge for copying the CDs when we copy them in-house but we do require that you bring in replacement CDs.

   The audio and video media materials consisting of (11) DVDs, (95) CDs, and (121) VHS tapes have been outsourced to IMIG Audio/Video. Please notify Erik Hayden at 274-2161 that you wish to obtain a copy of these materials. Mr. Hayden has advised me that he will require payment in advance.

   If you have any questions, please do not hesitate to call me at 271-5071.

                                        Very truly yours,

                                        DEBORAH M. SMITH
                                        Acting United States Attorney

                                        *Debora R. Nehls*

                                        DEBORA R. NEHLS
                                        Paralegal Specialist for
                                        Frank V. Russo
                                        Assistant U.S. Attorney

DMS/FVR/drn

RECEIVED BY: _____    DATE _____

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*
*Anchorage, Alaska 99513-7567*

*Commercial: (907) 271-5071*
*Fax Number: (907) 271-1500*

May 12, 2006

SENT VIA FAX TO: 258-6419

John M. Murtagh
Attorney at Law
1101 W. 7th Ave.
Anchorage, AK 99501
Tel: 274-8664

Re: United States v. Ranes et al.
(Defendant No. 01: Thomas P. Ranes)
3:06-cr-00041-RRB-JDR

Dear Mr. Murtagh:

Additional discovery materials have been copied and placed at our front desk for pick up. The materials consist of (1) CD containing images of documents numbered PO-000001 thru PO-000827, 00000001 - 00003749, and 01-000001 thru 01-000010. Please note that documents previously provided to you on the first CD are also on this second CD.

There is no service charge for copying the CDs when we copy them in-house but we do require that you bring in replacement CDs. Please bring in (1) replacement CD.

The documents (numbered PO-000001 thru PO-000827), photos and recordings protected by the Ex Parte Order signed by Judge John D. Roberts on May 8, 2006 include the DEA exhibits listed below. Some are documents included on the CD made available to you today and others are the recordings and pictures outsourced to IMIG Audio/Video.

The DEA exhibits protected by the Judge's order are: N-2 thru N-6, N-8, N-12 thru N-14, N-17 thru N-21, N-26, N-28 thru N-38, N-40 thru N-46, N-48 thru N-58, N-61 thru N-63, N-164 thru N-166, N-168, and N-501 #36, N-501 #40, N-501 #53, and N-501 #54.

If you have any questions, please do not hesitate to call me at 271-5071.

> Very truly yours,
>
> DEBORAH M. SMITH
> Acting United States Attorney
>
> *[signature]*
>
> DEBORA R. NEHLS
> Paralegal Specialist for
> Frank V. Russo
> Assistant U.S. Attorney

DMS/FVR/dm


(1) CD RECEIVED BY: _____ DATE _____