```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
```

    USA  v.  RANES, SHINE, BALES, MCDONALD,
                     BROWNING, and MCDONALD

DATE: May 24, 2006    CASE NO. 3:06-CR-0041-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                       **SCHEDULING HEARING**

---

      A hearing on Defendant Shine's Motion to Continue Trial (Docket 96) will be held on **Monday, June 5, 2006, at 8:45 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING