IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| THOMAS P. RANES, | ) |
| NOPENON DENNIS SHINE | ) |
| DYLAN N. BALES | ) |
| CURTIS H. MCDONALD | ) |
| KEVIN A. BROWNING, and | ) |
| ROBERT H. MCDONALD | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No 3:06-cr-00041-01-RRB

*PROPOSED* ORDER SETTING HEARING ON
MOTION TO WITHDRAW AS COUNSEL FOR
THOMAS RANES

A hearing on the foregoing motion, found at docket _____ is set for the _____day of _____, at _____o'clock.

Dated at Anchorage, Alaska this _____day of _____, 2006.

By the Court

_____
John D. Roberts
U.S. Magistrate Judge