John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| THOMAS P. RANES, | ) |
| NOPENON DENNIS SHINE | ) |
| DYLAN N. BALES | ) |
| CURTIS H. MCDONALD | ) |
| KEVIN A. BROWNING,and | ) |
| ROBERT H. MCDONALD | ) |
| | ) |
| Defendant. | ) |

Case No 3:06-cr-00041-01-RRB

AFFIDAVIT IN SUPPORT OF MOTION TO
WITHDRAW

| | |
|---|---|
| State of Alaska | ) |
| | ) ss |
| 3rd Judicial District | ) |

John M. Murtagh being first duly sworn upon oath deposes and states:

(1) the factual representations in the foregoing motion are true and

correct .

    Further affiant saieth naught

                                      John M. Murtagh

Subscribed and sworn to before me
this 23rd day of May, 2006.

Notary Public in and for Alaska
My commission expires: _6/25/09_

JOHN M. MURTAGH
ATTORNEY AT LAW
1101 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 274-8664