John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| THOMAS P. RANES, | ) |
| NOPENON DENNIS SHINE | ) |
| DYLAN N. BALES | ) |
| CURTIS H. MCDONALD | ) |
| KEVIN A. BROWNING, and | ) |
| ROBERT H. MCDONALD | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No 3:06-cr-00041-01-RRB

RANES' JOINDER IN SHINE'S MOTION
TO CONTINUE TRIAL [DOCKET 96] AND
MOTION TO CONTINUE MOTIONS DEADLINE [ DOCKET 97 ]

COMES NOW, Thomas Ranes, by and through his counsel, John M. Murtagh and hereby joins in the foregoing motions filed by codefendant Shine.  A hearing is presently set for June 5th on the motion and Ranes wanted to inform the court prior to the hearing that he joins in those motions.

Dated at Anchorage, Alaska this 2nd day of June, 2006

/S/ John Murtagh
John M. Murtagh
Counsel for Thomas Ranes
1101 West 7th Avenue
Anchorage, Alaska 99501
Phone 907-274-8664
Fax 907-258-6419
Bar Number 7610119
E-mail:jmmalaska@hotmail.com

CERTIFICATE OF SERVICE
This is to certify that a true and
correct copy of this pleading
was served electronically upon the Office of
the United States Attorney
Federal Public Defender- counsel for Mr. Shines
William English- counsel for Curtis McDonald
Phillip Weidner- counsel for Dennis Bales
Rex Butler- counsel for Kevin Browning
Joe Josephson- counsel for Robert McDonald
on the 2nd day of June, 2006

_____
Law office of John M. Murtagh