IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00041-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER RESCHEDULING** |
| ) | **TRIAL** |
| THOMAS P. RANES, NOPENON ) | |
| DENNIS SHINE, DYLAN P. BALES, ) | |
| CURTIS H. MCDONALD, KEVIN A. ) | |
| BROWNING, and ROBERT H. ) | |
| MCDONALD, ) | |
| ) | |
| Defendants. ) | |

Having considered the motion filed by the United States to continue the trial in the above-captioned matter, IT IS HEREBY ORDERED that the trial in this case is continued until _____, in Anchorage, Alaska. The final pre-trial conference is continued until _____, 2006. As stated at the hearing on June 5, 2006, the Court finds excludable delay pursuant to 18 U.S.C. § 3161(h)(8(A) and 18 U.S.C. §3161(h)(8)(B)(ii).

    **IT IS SO ORDERED**.

    DATED this _____ of June, 2006, at Anchorage, Alaska.

                                       _____
                                       UNITED STATES DISTRICT COURT JUDGE