John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| THOMAS P. RANES, | ) |
| NOPENON DENNIS SHINE | ) |
| DYLAN N. BALES | ) |
| CURTIS H. MCDONALD | ) |
| KEVIN A. BROWNING, and | ) |
| ROBERT H. MCDONALD | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No 3:06-cr-00041-01-RRB

RANES' NON-OPPOSITION TO UNITED STATE'S MOTION
TO CONTINUE TRIAL AND PRETRIAL CONFERENCE
ONE WEEK [ DOCKET 118-1 ]

COMES NOW, Thomas Ranes, by and through counsel, John M. Murtagh, and hereby tenders his non-opposition to the United States' Motion to Continue found at docket 118-1

Dated at Anchorage, Alaska this 15th  day of June, 2006

/S/ John Murtagh
John M. Murtagh
Counsel for Thomas Ranes
1101 West 7th Avenue
Anchorage, Alaska 99501
Phone 907-274-8664
Fax 907-258-6419
Bar Number 7610119
E-mail:jmmalaska@hotmail.com

CERTIFICATE OF SERVICE
This is to certify that a true and
correct copy of this pleading
was served electronically upon the Office of
the United States Attorney
Federal Public Defender- counsel for Mr. Shines
William English- counsel for Curtis McDonald
Phillip Weidner- counsel for Dennis Bales
Rex Butler- counsel for Kevin Browning
Joe Josephson- counsel for Robert McDonald
on the 15th day of June, 2006

_____
Law office of John M. Murtagh