

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*
*Anchorage, Alaska 99513-7567*

*Commercial: (907) 271-5071*
*Fax Number: (907) 271-3224*

May 9, 2006

John Murtagh, Esq.
1101 W. 7th Ave.
Anchorage, AK  99501

Michael Dieni, Esq.
Federal Defender's Office
550 W. 7th Avenue, Suite 1600
Anchorage, AK  99501

Philip Paul Weidner, Esq.
330 L Street, Suite 200
Anchorage, AK  99501

William English, Esq.
310 K Street, Suite 200
Anchorage, AK 99501

Rex L. Butler, Esq.
745 West Fourth Avenue, Suite 300
Anchorage, AK  99501

Joe Josephson, Esq.
912 W. 6th Ave.
Anchorage, Alaska  99501-2024


Re:   United States v. Ranes, Shine, Bales, McDonald, Browning & McDonald
      Case No. 3:06-cr-00041-RRB

Counsel:

   I write to notify you of the status of Rule 16 discovery in the above-captioned matter. All of the discovery provided is conditioned upon your request for such discovery pursuant to Fed. R. Crim. Proc. 16.   The discovery contains over 2,000 recordings of telephone calls intercepted pursuant to three court orders. Currently, there is no index of such conversations. However, I am familiar with most of the telephone calls and may be able to identify which calls, if any, pertain to your respective clients.   The balance of the discovery is being delivered to IMIG Audio and

Video later today. You will then have the opportunity to order personal copies of the discovery. My paralegal, Debora Nehls, will be sending you a letter containing further information in this regard. If you require any Rule 16 discovery immediately, please call me and I can make it available for your inspection. Obviously, the material is voluminous, and will take some time to review. For this reason, the government is amenable to a joint motion to continue the trial date, currently set for June 26. This would allow you more time to examine the discovery and file pre-trial motions, if necessary.

In addition, please advise me if you would like to inspect documents and objects seized in the investigation of the case, pursuant to Rule 16(a)(1)(E). These items will be made available, in most cases, upon three days' notice. With respect to reports, examinations, and tests, the United States will turn over these items as soon as it receives the results. The United States expects to call expert witnesses at trial to testify about such examinations. Pursuant to Rule 16(a)(1)(G), the United States will provide such experts' qualifications, opinions, and bases for such opinions in advance of trial.

The United States will comply with its obligations under the Jencks Act, 18 U.S.C. § 3500 et. seq., at least three days before trial, to allow you sufficient time to examine witness statements. In accordance with Rule 16(b), the United States hereby requests the opportunity to inspect and copy documents and objects within your custody and control (Rule 16(b)(1)(A)); review reports of any examinations and tests (Rule 16(b)(1)(B)); and reports of any expert witnesses (Rule 16(b)(1)(C)). Please advise me of a time convenient to you to do so. In addition, please provide me with notice of any intended alibi defense pursuant to Fed. R. Crim. Proc. 12.1, and notice of any expert evidence of mental condition pursuant to Rule 12.2. Please provide me with such notice by the date set for filing pre-trial motions.

Finally, the United States is in the process of applying for a court order that restricts disclosure of search warrant and wire affidavits, as well as certain recordings, to only members of the defense team. I will provide you these items once the Court has ruled on my request.

Please feel free to call me with any questions.

Sincerely,

TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney