PDF DOCUMENT CREATED TO ALLOW DOCUMENT ENTRY TO HAVE A DOCKET NO. NO OTHER DOCUMENT IS ATTACHED.

Case 3:06-cr-00041-RRB    Document 148    Filed 06/26/2006    Page 1 of 1