```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  THOMAS RANES             CASE NO.  3:06-cr-00041-01-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN M. CARTER

UNITED STATES' ATTORNEY:        FRANK RUSSO

DEFENDANT'S ATTORNEY:           JOHN MURTAUGH

U.S.P.O.:                       PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT
             HELD 6/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

X Copy of Superseding Indictment given to defendant; waived
  reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X PLEAS: Not guilty to counts 1-2, 3-143, and denied counts 144-145 of the Superseding Indictment.

X Detention continued as previously set.

X Counsel advised of trial date: **2/12/07 at 8:30 a.m.; FPTC set 2/02/07 at 9:00 a.m. Court to issue order re pretrial motions.** Counsel to meet and confer by **7/15/06**.

X OTHER: Court and counsel heard re status of counsel. Status of counsel hearing set for 7/7/06 at 9:30 a.m.  New attorney may appear telephonically.

At 10:14 a.m. court adjourned.




DATE: June 27, 2006              DEPUTY CLERK'S INITIALS:   rc