MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>THOMAS P. RANES., )<br>)<br>Defendant. )<br>_____ ) | NO.  3:06-cr-00041-RRB-JDR<br><br>NOTICE OF APPEARANCE FOR<br>DEFENDANT THOMAS P. RANES |

   NOW COMES Michael Filipovic, Assistant Federal Public Defender for the

Western District of Washington, and hereby enters this notice of appearance on behalf of

defendant Thomas P. Ranes.  Undersigned counsel respectfully requests service of orders

and pleadings at:

   Federal Public Defender
   1601 Fifth Avenue, Suite 700
   Seattle, WA 98101

- OR -

Michael_Filipovic@fd.org

DATED this 11th day of August, 2006.

                                        s/ Michael Filipovic
                                        WSBA No. 12319
                                        First Assistant Federal Public Defender
                                        Attorney for Thomas P. Ranes
                                        Federal Public Defender
                                        1601 Fifth Avenue, Suite 700
                                        Seattle, WA 98101
                                        Tel. (206) 553-1100
                                        Fax (206) 553-0120
                                        Michael_Filipovic@fd.org

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on August 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, Assistant United States Attorney, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

                                           s/ Michael Filipovic
                                           WSBA No. 12319
                                           First Assistant Federal Public Defender
                                           Attorney for Thomas P. Ranes
                                           Federal Public Defender
                                           1601 Fifth Avenue, Suite 700
                                           Seattle, WA 98101
                                           Tel. (206) 553-1100
                                           Fax (206) 553-0120
                                           Michael_Filipovic@fd.org