MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail: Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION FOR PERMISSION TO APPEAR |
| v. | ) | AS COUNSEL FOR DEFENDANT THOMAS |
| | ) | P. RANES, AND FOR WAIVER OF |
| THOMAS P. RANES, | ) | ADMISSION FEE |
| | ) | |
| Defendant. | ) | |

COMES NOW Michael Filipovic, First Assistant Federal Public Defender for the Western District of Washington, and respectfully requests the Court to grant permission to appear in this case as counsel for Thomas P. Ranes, to permit participation without the association of local counsel, and to waive the admission fee otherwise required by D.Ak. LR 83.1(k)(2). This motion is brought pursuant to D.Ak. LR 83.1(d), (e) and (k).

/ /

/ /

In support of this motion, undersigned counsel respectfully requests the Court to consider the attached affidavit of counsel.

DATED this 23rd day of August, 2006.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, I electronically filed the foregoing MOTION FOR PERMISSION TO APPEAR AS COUNSEL FOR DEFENDANT THOMAS P. RANES, AND FOR WAIVER OF ADMISSION FEE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, Assistant United States Attorney, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org