IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| v. | ) | PERMISSION TO APPEAR AS COUNSEL |
| | ) | AND WAIVING ADMISSION FEE |
| THOMAS P. RANES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      The Court, having reviewed the defendant's Motion for Permission to Appear as Counsel for Defendant Thomas P. Ranes and for Waiver of Admission Fee, and the affidavit in support of that motion,

      IT IS ORDERED that Michael Filipovic, First Assistant Federal Public Defender for the Western District of Washington, is granted permission to appear and participate on behalf of defendant Thomas P. Ranes in the above cause number without the additional requirement of associating with local counsel

      Because Mr. Filipovic and his office, the Federal Public Defender's Office for the Western District of Washington, have been requested by this Court to appear as appointed counsel for Mr. Ranes in this criminal case, the Court waives the requirement of the $150

admission fee, consistent with the practice of permitting attorneys for the United States Government and the Federal Public Defender Agency to appear without submission of such an admission fee.  *See* D.Ak. LR 83.1(e).

DATED at Anchorage, Alaska, this _____ day of August, 2006.

_____
JOHN D. ROBERTS
U.S. Magistrate Judge