MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100 - Fax: (206) 553-0120
E-mail: Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | AFFIDAVIT IN SUPPORT OF MOTION FOR |
| v. | ) | PERMISSION TO APPEAR AS COUNSEL |
| | ) | FOR DEFENDANT THOMAS P. RANES, |
| THOMAS P. RANES, | ) | AND FOR WAIVER OF ADMISSION FEE |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF MICHAEL FILIPOVIC

STATE OF WASHINGTON )
                    : ss
COUNTY OF KING      )

I, Michael Filipovic, being first duly sworn and upon my oath, depose and state:

1. Names by which I am known: Michael Filipovic.

2. Addresses:

   Office: Federal Public Defender, 1601 Fifth Avenue, Suite 700, Seattle, WA 98101.

   Residence: 5615 Phinney Avenue N., #103, Seattle, WA 98103.

3.   Jurisdictions to which I have been admitted to practice:

   (a)   State of Illinois: 1977 (no longer active).

   (b)   State of Washington: 1982.

   (c)   United States District Court for the Western District of Washington: March 23, 1984.

   (d)   Federal Ninth Circuit Court of Appeals: 1990.

4.   I was previously granted permission to appear as appointed counsel before this Court in case No. A02-0103-21CR(HRH) for defendant Candelario Peralta, in association with the Federal Public Defender's Office for the District of Alaska.

5.   <u>Disciplinary proceedings</u>: There are no pending disciplinary actions in any jurisdiction or before any court to which I have been admitted to practice.

6.   <u>History of disciplinary action</u>: I have never been the subject of a suspension, disbarment, or similar action on account of disability or other reason in any jurisdiction or court to which I have been admitted to practice.

7.   I certify that I have read a copy of the Local Rules of this Court.

8.   Attached to this affidavit is a Certificate of Good Standing from the United States District Court for the Western District of Washington.

9.   I am an attorney with the Federal Public Defender's Office for the Western District of Washington and have been continuously employed by that office since 1990.

10.   I am requesting permission to appear in this case without the requirement of associating with local counsel, pursuant to Rule 83.1(d)(1)(D) and (e)(2). Good cause exists for granting this request as follows:

(a) The Federal Public Defender for the District of Alaska represents a co-defendant, Mr. Nopenon Dennis Shine, and thus associating with an attorney from the Federal Public Defender of Alaska would create a potential conflict of interest or, at least, an appearance of impropriety.

(b) I have previously been granted permission to appear as an attorney before the District Court of Alaska in *United States v. Candelario Peralta,* No. A02-0103-21CR (HRH).

(c) The Court, through the CJA Administrator for the District of Alaska, has requested that I and the Federal Public Defender for the Western District of Washington accept an appointment to represent the defendant, Thomas P. Ranes.

The foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 23rd day of August, 2006.

_____
MICHAEL FILIPOVIC
WSBA No. 12319
Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

SUBSCRIBED and SWORN to before me this 23rd day of August, 2006.

_____
Karen A. Crawford
NOTARY PUBLIC in and for the State of Washington
Residing at: Issaquah
My appointment expires: 7/19/10

*U.S. v. Thomas P. Ranes et. al*
3:06-cr-00041-RRB-JDR                    3

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, I electronically filed the foregoing AFFIDAVIT IN SUPPORT OF MOTION FOR PERMISSION TO APPEAR AS COUNSEL FOR DEFENDANT THOMAS P. RANES, AND FOR WAIVER OF ADMISSION FEE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, Assistant United States Attorney, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

s/ Michael Filipovic
WSBA No. 12319
Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org