IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING PERMISSION TO |
| v. | ) | APPEAR AS COUNSEL AND WAIVING |
| | ) | ADMISSION FEE |
| THOMAS P. RANES, | ) | |
| | ) | (Docket No. 203) |
| Defendant. | ) | |
| | ) | |

The Court, having reviewed the defendant's Motion for Permission to Appear as Counsel for **Defendant Thomas P. Ranes** and for Waiver of Admission Fee, and the affidavit in support of that motion,

IT IS ORDERED that Michael Filipovic, First Assistant Federal Public Defender for the Western District of Washington, is granted permission to appear and participate on behalf of defendant Thomas P. Ranes in the above cause number without the additional requirement of associating with local counsel

Because Mr. Filipovic and his office, the Federal Public Defender's Office for the Western District of Washington, have been requested by this Court to appear as appointed counsel for Mr. Ranes in this criminal case, the Court waives the requirement of the $150

*U.S. v. Thomas P. Ranes et. al*
3:06-cr-00041-RRB-JDR                                       1

ORDER @203 Granting Permission to Appear as Counsel
and Waiving Admission Fee
3-06-cr-00041-RRB-JDR      Signed by Judge John D. Roberts      08/23/2006; Page 1 of 2

admission fee, consistent with the practice of permitting attorneys for the United States Government and the Federal Public Defender Agency to appear without submission of such an admission fee.  *See* D.Ak. LR 83.1(e).

DATED at Anchorage, Alaska, this 23rd  day of August, 2006.

/s/ John D. Roberts
JOHN D. ROBERTS
U.S. Magistrate Judge

*U.S. v. Thomas P. Ranes et. al*
3:06-cr-00041-RRB-JDR                                          2

ORDER @203 Granting Permission to Appear as Counsel
and Waiving Admission Fee
3-06-cr-00041-RRB-JDR          Signed by Judge John D. Roberts          08/23/2006; Page 2 of 2