MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | NON-OPPOSED MOTION TO |
| v. | ) | CONTINUE MOTION DEADLINES AS |
| | ) | TO THOMAS P. RANES |
| THOMAS P. RANES, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      COMES NOW Thomas P. Ranes, one of the defendants herein, by his attorney, Michael Filipovic, Assistant Federal Public Defender for the Western District of Washington, and hereby moves this Court for the entry of an order continuing the various motion deadlines as to defendant Ranes.  In support of this motion, the Court is asked to consider the records and files of this case, as well as the following:

      1.    This case, charging fifteen defendants with conspiracy involving cocaine and methamphetamine trafficking, has been declared complex by the trial judge.  *See* Docket No.115.

2. On June 27, 2006, Mr. Ranes was arraigned on the Superseding Indictment and a status of counsel hearing was scheduled for July 7, 2006. *See* Docket No. 170. A trial was scheduled for February 12, 2007.

3. At that time, Mr. John Murtagh, who was privately retained by Mr. Ranes, had entered a limited appearance on behalf of Mr. Ranes. The status of counsel hearing was then continued to July 27, 2006, and again to August 1, 2006. Docket Nos. 187, 193 and 196. Mr. Ranes was unable to liquidate sufficient assets to retain counsel for this case. Therefore, on August 8, 2006, this Court directed the appointment of counsel on behalf of Mr. Ranes. *See* Docket No. 197.

4. The CJA Administrator for the District of Alaska contacted undersigned counsel and the Federal Public Defender for the Western District of Washington and requested this office to accept an appointment for Mr. Ranes. We agreed to accept that appointment and entered a Notice of Appearance on August 11, 2006.

5. Shortly thereafter, I had discussions with Assistant United States Attorney Frank Russo concerning the discovery materials and learned that Mr. Ranes' previous attorney, John Murtagh, had advanced approximately $2,400 to have the voluminous discovery materials copied by the private vendor to whom the United States Attorney's Office had delegated the discovery.

6. I traveled to Anchorage, Alaska, on August 17 and 18, 2006, to meet with Mr. Ranes at the Anchorage Correctional Complex and also met with Mr. Murtagh at his office. Mr. Murtagh was prepared to provide me with all of the discovery once he had been paid for his out-of-pocket expenses for obtaining copies of that discovery. Mr. Ranes indicated that those

discovery costs would be paid within the next few days.  On August 29, 2006, Mr. Murtagh received payment for the discovery and he is in the process of shipping the discovery materials to undersigned counsel by Federal Express.  The discovery boxes should arrive in Seattle by September 1, 2006.

7. Undersigned counsel has had access to the docket and the pleadings file in this case, as well as copies of the wiretap applications and orders, search warrant applications and orders, and a limited number of CDs with some of the pertinent phone calls, but I am still awaiting the vast majority of discovery that will arrive later this week.

8. In addition, undersigned counsel is presently representing in excess of twenty clients in the Western District of Washington and the Ninth Circuit Court of Appeals on various criminal and appellate matters.

9. Based on the above, it is respectfully requested that as to defendant Thomas P. Ranes, the pretrial motion deadlines be extended and reset to the following dates:

(a) Multiplicity or duplicity and defect contentions with respect to the indictment: **September 29, 2006.**

(b) Motions for bills of particular:  **October 30, 2006.**

(c) Discovery motions: **October 30, 2006.**

(d) Motions to suppress statements:  **November 15, 2006.**

(e) Motions to suppress evidence of searches or arrests: **November 30, 2006.**

(f) Motions to sever counts or parties: **November 30, 2006.**

(g) Motions for disclosure of confidential informants: **November 30, 2006.**

/ /

(h) Wiretap motions regarding ceiling and minimization, and wiretap motions regarding necessity requirements: **December 15, 2006.**

(i) Motions in limine: **December 29, 2006.**

(j) Rule 702 motions; and time limit for parties to locate any expert witnesses and written summaries of testimony from those expert witnesses: **January 18, 2007.**

DATED this 30th day of August, 2006.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

     I hereby certify that on August 30, 2006, I electronically filed the foregoing NON-OPPOSED MOTION TO CONTINUE MOTION DEADLINES AS TO THOMAS P. RANES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, Assistant United States Attorney, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

                                              /s/ Michael Filipovic
                                              WSBA No. 12319
                                              Assistant Federal Public Defender
                                              Attorney for Thomas P. Ranes
                                              Federal Public Defender
                                              1601 Fifth Avenue, Suite 700
                                              Seattle, WA 98101
                                              Tel. (206) 553-1100
                                              Fax (206) 553-0120
                                              Michael_Filipovic@fd.org