IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| v. | ) | DEFENDANT RANES' UNOPPOSED |
| | ) | MOTION TO CONTINUE MOTION |
| THOMAS P. RANES, et al. | ) | DEADLINES |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter having come before the Court on the defendant's Non-Opposed Motion to Continue Motion Deadlines, the Court, having reviewed the motion and the records and files herein,

IT IS ORDERED that counsel for defendant Ranes has established compelling reasons for extending the motion deadlines, specifically, that:

1. Mr. Ranes was effectively unrepresented by counsel for a crucial period of time between his arraignment on the Superseding Indictment and the filing of the Notice of Appearance by Assistant Federal Public Defender Michael Filipovic and the Federal Public Defender for the Western District of Washington, on August 11, 2006.

2. This is a complex case with voluminous discovery, only portions of which have been received by counsel.

3. Appointed counsel's office is in the Western District of Washington and the defendant is presently detained in the District of Alaska, which adds to defense counsel's burden of reviewing the discovery with his client and preparing for the filing of pretrial motions.

IT IS THEREFORE ORDERED that the pretrial motion deadlines as to defendant Thomas P. Ranes are reset as follows:

(a) Multiplicity or duplicity and defect contentions with respect to the indictment: **September 29, 2006.**

(b) Motions for bills of particular: **October 30, 2006.**

(c) Discovery motions: **October 30, 2006.**

(d) Motions to suppress statements: **November 15, 2006.**

(e) Motions to suppress evidence of searches or arrests: **November 30, 2006.**

(f) Motions to sever counts or parties: **November 30, 2006.**

(g) Motions for disclosure of confidential informants: **November 30, 2006.**

(h) Wiretap motions regarding ceiling and minimization, and wiretap motions regarding necessity requirements: **December 15, 2006.**

(i) Motions in limine: **December 29, 2006.**

//

//

//

(j)  Rule 702 motions; and time limit for parties to locate any expert witnesses and written summaries of testimony from those expert witnesses: **January 18, 2007.**

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
JOHN D. ROBERTS
United States Magistrate Judge