MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNOPPOSED MOTION TO SET |
| v. | ) | HEARING TO REVIEW ORDER OF |
| | ) | DETENTION |
| THOMAS P. RANES, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      COMES NOW Thomas P. Ranes, the defendant herein, by his attorney, Michael Filipovic, Assistant Federal Public Defender for the Western District of Washington, and hereby moves this Court to set a hearing at which time Mr. Thomas Ranes may present evidence in support of rebutting the presumption of detention and to establish terms and conditions of release.

      Mr. Ranes, through previous counsel, had filed a motion to review order of detention on May 5, 2006, which was granted on that same date. Docket Nos. 86 and 87. The hearing was scheduled for May 10, 2006, at which time the defendant, through counsel, made an oral motion

to withdraw the bail proposal which was granted by the Court.  The request to withdraw was made because one or more of the then proposed third-party custodians were no longer available to act as third-party custodians.

Mr. Ranes has now provided the Pretrial Services Office with completed questionnaires from an individual who will provide Mr. Ranes a place to live, subject to electronic monitoring and other conditions.  He has also provided questionnaires from day-time third-party custodians.  These questionnaires have also been faxed to the United States Attorney's Office.

Additionally, information has been provided to both United States Pretrial Services and the Government concerning a proposed property bond.

### *REQUESTED TIMING OF THE HEARING*

In order to accommodate the schedules of counsel, the third-party custodians and the Court, a hearing is requested for the morning of September 13, 2006.

Counsel will not calendar any other matters during the above-referenced time until the hearing in this case is set.

DATED this 31st day of August, 2006.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing UNOPPOSED MOTION TO SET HEARING TO REVIEW ORDER OF DETENTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, Assistant United States Attorney, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org