PAULA SEMMES DEUTSCH
Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Paula_Deutsch@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS P. RANES, et al.,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) | NO.  3:06-cr-00041-RRB-JDR<br><br>NOTICE OF APPEARANCE FOR DEFENDANT THOMAS P. RANES |

NOW COMES Paula Semmes Deutsch, Assistant Federal Public Defender for the

Western District of Washington, and hereby enters this notice of appearance as additional

counsel on behalf of defendant Thomas P. Ranes.  Undersigned counsel respectfully requests

service of orders and pleadings at:

    Federal Public Defender
    1601 Fifth Avenue, Suite 700
    Seattle, WA 98101

    - OR -

Paula_Deutsch@fd.org

DATED this 8th day of September, 2006.

                        /s/ Paula Semmes Deutsch
                        PAULA SEMMES DEUTSCH
                        WSBA No. 23940
                        Assistant Federal Public Defender
                        Attorney for Thomas P. Ranes
                        Federal Public Defender
                        1601 Fifth Avenue, Suite 700
                        Seattle, WA 98101
                        Tel. (206) 553-1100
                        Fax (206) 553-0120
                        Paula_Deutsch@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2006, I electronically filed the foregoing NOTICE OF APPEARANCE FOR DEFENDANT THOMAS P. RANES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, Assistant United States Attorney, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

      /s/ Paula Semmes Deutsch
      WSBA No. 23940
      Assistant Federal Public Defender
      Attorney for Thomas P. Ranes
      Federal Public Defender
      1601 Fifth Avenue, Suite 700
      Seattle, WA 98101
      Tel. (206) 553-1100
      Fax (206) 553-0120
      Paula_Deutsch@fd.org