PAULA SEMMES DEUTSCH
Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Paula_Deutsch@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION FOR PERMISSION TO APPEAR |
| v. | ) | AS ADDITIONAL COUNSEL FOR |
| | ) | DEFENDANT THOMAS P. RANES, AND |
| THOMAS P. RANES, et al., | ) | FOR WAIVER OF ADMISSION FEE |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Paula Semmes Deutsch, Assistant Federal Public Defender for the Western District of Washington, and respectfully requests the Court to grant permission to appear in this case as co-counsel with Assistant Federal Public Defender Michael Filipovic on behalf of defendant Thomas P. Ranes, to permit participation without the association of local counsel, and to waive the admission fee otherwise required by D.Ak. LR 83.1(k)(2).  This motion is brought pursuant to D.Ak. LR 83.1(d), (e) and (k).

/ /

In support of this motion, undersigned counsel respectfully requests the Court to consider the attached affidavit of counsel.

DATED this 8th day of September, 2006.

>/s/ Paula Semmes Deutsch
>PAULA SEMMES DEUTSCH
>WSBA No. 23940
>Assistant Federal Public Defender
>Attorney for Thomas P. Ranes
>Federal Public Defender
>1601 Fifth Avenue, Suite 700
>Seattle, WA 98101
>Tel. (206) 553-1100
>Fax (206) 553-0120
>Paula_Deutsch@fd.org

CERTIFICATE OF SERVICE

    I hereby certify that on September 8, 2006, I electronically filed the foregoing MOTION FOR PERMISSION TO APPEAR AS ADDITIONAL COUNSEL FOR DEFENDANT THOMAS P. RANES, AND FOR WAIVER OF ADMISSION FEE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, Assistant United States Attorney, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

                                     /s/ Paula Semmes Deutsch
                                       PAULA SEMMES DEUTSCH
                                       WSBA No. 23940
                                       Assistant Federal Public Defender
                                       Attorney for Thomas P. Ranes
                                       Federal Public Defender
                                       1601 Fifth Avenue, Suite 700
                                       Seattle, WA 98101
                                       Tel. (206) 553-1100
                                       Fax (206) 553-0120
                                       Paula_Deutsch@fd.org