IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| v. | ) | PERMISSION TO APPEAR AS |
| | ) | ADDITIONAL COUNSEL AND |
| THOMAS P. RANES, et al., | ) | WAIVING ADMISSION FEE |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The Court, having reviewed the defendant's Motion for Permission to Appear as Additional Counsel for Defendant Thomas P. Ranes and for Waiver of Admission Fee, and the affidavit in support of that motion,

    IT IS ORDERED that Paula Semmes Deutsch, Assistant Federal Public Defender for the Western District of Washington, is granted permission to appear and participate on behalf of defendant Thomas P. Ranes in the above cause number without the additional requirement of associating with local counsel

    Because the Federal Public Defender's Office for the Western District of Washington, has been requested by this Court to appear as appointed counsel for Mr. Ranes in this criminal case, the Court waives the requirement of the $150 admission fee, consistent with the practice of

permitting attorneys for the United States Government and the Federal Public Defender Agency to appear without submission of such an admission fee.  *See* D.Ak. LR 83.1(e).

DATED at Anchorage, Alaska, this _____ day of September, 2006.

_____
JOHN D. ROBERTS
United States Magistrate Judge