PAULA SEMMES DEUTSCH
Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100 - Fax: (206) 553-0120
E-mail: Paula_Deutsch@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT IN SUPPORT OF MOTION |
| v. | ) | FOR PERMISSION TO APPEAR AS |
| | ) | ADDITIONAL COUNSEL FOR |
| THOMAS P. RANES, et al. | ) | DEFENDANT THOMAS P. RANES, AND |
| | ) | FOR WAIVER OF ADMISSION FEE |
| Defendant. | ) | |
| _____ | ) | |

### AFFIDAVIT OF PAULA SEMMES DEUTSCH

STATE OF WASHINGTON )
                    : ss
COUNTY OF KING      )

I, Paula Semmes Deutsch, being first duly sworn and upon my oath, depose and state:

1. Names by which I am known: Paula Semmes Deutsch.

2. Addresses:

   Office: Federal Public Defender, 1601 Fifth Avenue, Suite 700, Seattle, WA 98101.

   Residence: 11125 - 49th Avenue S., Tukwila, WA 98178.

3. Jurisdictions to which I have been admitted to practice:

    (a) State of New York: 1980.

    (b) State of Washington: 1994

    (c) United States District Court for the Western District of Washington: December 7, 1992.

    (d) Federal Ninth Circuit Court of Appeals: 1992.

4. Disciplinary proceedings: There are no pending disciplinary actions in any jurisdiction or before any court to which I have been admitted to practice.

5. History of disciplinary action: In the 1980s, a judge filed a complaint with the New York State Bar Association stating I had been discourteous. The committee issued an admonishment and, upon appeal, dismissed the complaint.

6. I certify that I have read a copy of the Local Rules of this Court.

7. Attached to this affidavit is a Certificate of Good Standing from the United States District Court for the Western District of Washington.

8. I am an attorney with the Federal Public Defender's Office for the Western District of Washington and have been continuously employed by that office since November, 1992.

9. I am requesting permission to appear in this case without the requirement of associating with local counsel, pursuant to Rule 83.1(d)(1)(D) and (e)(2). Good cause exists for granting this request as follows:

    (a) The Federal Public Defender for the District of Alaska represents a co-defendant, Mr. Nopenon Dennis Shine, and thus associating with an attorney from the Federal Public Defender of Alaska would create a potential conflict of interest or, at least, an appearance

*U.S. v. Thomas P. Ranes et. al*
3:06-cr-00041-RRB-JDR            2

of impropriety.

  (b) My co-counsel, Assistant Federal Public Defender Michael Filipovic, has been granted permission to appear as counsel in this district.

  (c) The Court, through the CJA Administrator for the District of Alaska, has requested the Federal Public Defender for the Western District of Washington accept an appointment to represent the defendant, Thomas P. Ranes. My colleague, First Assistant Federal Public Defender Michael Filipovic, has requested that I assist him with this case because the trial date is only six months away and this is a complex case.

  The foregoing is true and correct to the best of my knowledge, information and belief.

  DATED this 31st day of August, 2006.

*[signature]*
PAULA SEMMES DEUTSCH
WSBA No. 23940
Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Paula_Deutsch@fd.org

SUBSCRIBED and SWORN to before me this 31st day of August, 2006.

*[signature]*
Karen A. Crawford
NOTARY PUBLIC in and for the State of Washington
Residing at: Issaquah
My appointment expires: 7/19/10

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2006, I electronically filed the foregoing AFFIDAVIT IN SUPPORT OF MOTION FOR PERMISSION TO APPEAR AS ADDITIONAL COUNSEL FOR DEFENDANT THOMAS P. RANES, AND FOR WAIVER OF ADMISSION FEE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, Assistant United States Attorney, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

/s/ Paula Semmes Deutsch
WSBA No. 23940
Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Paula_Deutsch@fd.org