# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Paula Semmes Deutsch was admitted to practice in said Court on December 7, 1992 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on August 30, 2006.

Bruce Rifkin
Clerk

By _____
Deputy Clerk