MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES v. THOMAS P. RANES

Case No. 3-06-cr-00041-01-RRB-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

**MINUTE ORDER FROM CHAMBERS**

**RE: Motion for Permission to Appear as Co-Counsel, Docket No. 223**

Assistant Public Defender for the Western District of Washington Paula Deutsch, moves the court for permission to appear in this case as co-counsel with Assistant Public Defender Michael Filipovic. See Docket No. 223. Defendant Ranes qualified for and was appointed CJA counsel. Mr. Filipovic was subsequently assigned the case and filed his appearance at Docket No. 199. The case before the court is not a capital offense and as such the defendant does not qualify for, nor has Ms. Deutch convinced the court otherwise that the need for co-counsel is warranted. Accordingly, the motion filed at Docket No. 223 is DENIED.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

September 12, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00041-01-RRB-JDR RANES, Thomas @223 Order Re Mtn to Serve as Co-counsel.wpd