```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. THOMAS P. RANES           CASE NO. 3:06-cr-00041-01-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         FRANK RUSSO

DEFENDANT'S ATTORNEY:            MICHAEL FILIPOVIC

U.S.P.O.:                        TIM ASTLE

PROCEEDINGS: BAIL REVIEW HEARING HELD SEPTEMBER 13, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

Court and counsel heard re defendant's oral motion to release the defendant with conditions.

Witness exclusionary rule invoked.

Earl Prentice Lackey sworn and testified on behalf of the defendant.

John Childs sworn and testified on behalf of the defendant as a third party custodian.

Terry Spessard sworn and testified on behalf of the defendant as a third party custodian.

Jon Huf sworn and testified on behalf of the defendant as a third party custodian.

Jay Childs sworn and testified on behalf of the defendant as a third party custodian. Plaintiff's exhibit 1 **IDENTIFIED.**

At 11:05 a.m. court recessed until 11:19 a.m.

Mark Schmidt sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 1 and 2 **ADMITTED.**

CONTINUED ON PAGE 2

DATE:   September 13, 2006      DEPUTY CLERK'S INITIALS:   ak

CONTINUATION - PAGE 2
U.S.A. vs. THOMAS P. RANES
3:06-cr-00041-01-RRB
BAIL REVIEW HEARING
September 13, 2006


Court and counsel heard re defendant's oral motion for Mr. Schmidt to provide notes taken from interviews with informants for an in camera review; **GRANTED.** Court instructed Mr. Schmidt to provide notes by 1:30 p.m.

At 11:46 a.m. court recessed until 2:14 p.m.

Court and counsel heard re defendant's oral motion to disclose statements made by witnesses; **GRANTED IN PART AND DENIED IN PART;** the page starting with "informed me that" disclosed to defendant all other statements denied; 3 pages of witness statements **FILED EX PARTE UNDER SEAL.**

Mark Schmidt resumed the stand and testified further on behalf of the plaintiff.

Court and counsel heard re plaintiff's oral motion to admit plaintiff's exhibit 3; **GRANTED.**

Court and counsel heard re defendant's oral motion to strike the testimony re Mr. Ranes telling people he was going to kill himself or flee; **DENIED.**

Court and counsel heard re defendant's oral motion to release the defendant with conditions; **DENIED.**

Defendant's detention continued.

List of Exhibits and List of Witnesses filed separately.

Exhibits retained by counsel.

At 3:53 p.m. court adjourned.



DATE:＿＿＿September 13, 2006＿＿＿   DEPUTY CLERK'S INITIALS:＿＿ak＿＿