(Rev 9/06)

# LIST OF EXHIBITS

---

Case No. 3:06-cr-00041-01-RRB     Magistrate Judge: **JOHN D. ROBERTS**

Title      U.S.A.
     vs.
         Thomas P. Ranes

Dates of Hearing/Trial:     September 13, 2006

Deputy Clerk/Recorder:     April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Frank Russo | Michael Filipovic |
| | |
| | |

---------EXHIBITS---------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 9/13/06 | Photo - gun | | | | |
| 2 | ✓ | 9/13/06 | Photocopy - document | | | | |
| 3 | ✓ | 9/13/06 | Mr. Childs Customs paperwork | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |