MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail: Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| Plaintiff, | ) | |
| | ) | NOTICE OF UNAVAILABILITY OF |
| v. | ) | COUNSEL |
| | ) | |
| THOMAS P. RANES, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Michael Filipovic, Assistant Federal Public Defender for the Western District of Washington, attorney for Thomas P. Ranes, and hereby gives notice to the Court and the parties that he will be away from his office from September 20, 2006, returning on October 16, 2006. Any correspondence or communication concerning this matter should be directed to Assistant Federal Public Defender Paula Deutsch, who will be covering this matter in Mr. Filipovic's absence.

/ /

Arrangements have been made for AFD Paula Deutsch to receive copies of any CM/ECF notices.

DATED this 18th day of September, 2006.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I electronically filed the foregoing NOTICE OF COUNSEL'S UNAVAILABILITY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, Assistant United States Attorney, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org