```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs __THOMAS P. RANES__   CASE NO. __3:06-CR-00041-01-RRB__
Defendant: _X_ Present Telephonically   _X_ In Custody

BEFORE THE HONORABLE        __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:      __CAROLINE EDMISTON__

UNITED STATES ATTORNEY:     __FRANK RUSSO__

DEFENDANT'S ATTORNEY:       __MICHAEL FILIPOVIC, TELEPHONIC__

U.S.P.O.:                   __PAULA MCCORMICK__

PROCEEDINGS: ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT
             Held 12/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

_X_ Defendant advised of general rights, charges and penalties; waived full advisement of rights.

_X_ Defendant waived personal appearance for arraignment.

_X_ Defendant waived reading of the Second Superseding Indictment.

_X_ PLEAS: Not Guilty to Counts 1, 2, 3-136, 137-140, 141 and 142 of the Second Superseding Indictment.

_X_ Defendant's detention continued.

_X_ Pretrial motions due **January 12, 2007** with respect to new allegations only.

_X_ OTHER: Court directed counsel to file Attorney Conference Certificate on or before **December 29, 2006.**

At 1:45 p.m.

DATE:   __December 20, 2006__    DEPUTY CLERK'S INITIALS:  __ce__