IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00041-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THOMAS P. RANES, NOPENONE ) | [PROPOSED] ORDER ON |
| DENNIS SHINE, CURTIS H. ) | MOTION FOR |
| MCDONALD, JOSHUA S. MURPHY, ) | ENLARGEMENT OF TIME TO |
| JUSTIN KILLIAN, RODNEY W. ) | FILE 702 NOTICES |
| RHODEN, SAMUEL J. MATECHUK, ) | |
| MITCHELL LEBLANC, DANIEL J. ) | |
| KNEITEL, KURTIS R. CROY, KYLE ) | |
| MCDONALD-WOLOCHATIUK, ) | |
| WILLIAM C. YANCEY and YIN TAK ) | |
| MIU, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Having considered the United States motion filed on shortened time for an extension of time for which to file Rule 702 notices and motions,

IT IS ORDERED that such deadline is extending pending the resolution of the unopposed motion to continue trial, to be held on January 11, 2007. Depending on

//

//

//

the outcome of this hearing, the Court will either require such notices to be served forthwith or set a new deadline for the filing of such notices.

 

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE