```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs. THOMAS P. RANES            CASE NO. 3:06-cr-00041-01-RRB
Defendant:  X Present-Telephonic  X In Custody
U.S.A. vs. NOPENON DENNIS SHINE       CASE NO. 3:06-cr-00041-02-RRB
Defendant:  X Present  X In Custody
U.S.A. vs. CURTIS H. MCDONALD         CASE NO. 3:06-cr-00041-04-RRB
Defendant:  X Present  X On Bond
U.S.A. vs. JOSHUA S. MURPHY           CASE NO. 3:06-cr-00041-07-RRB
Defendant:  X Present  X In Custody
U.S.A. vs. JUSTIN KILLIAN             CASE NO. 3:06-cr-00041-08-RRB
Defendant:  X Present  X In Custody
U.S.A. vs. RODNEY W. RHODEN           CASE NO. 3:06-cr-00041-09-RRB
Defendant:  X Present  X In Custody
U.S.A. vs. WILLIAM C. YANCEY          CASE NO. 3:06-cr-00041-16-RRB
Defendant:  X Present  X In Custody
U.S.A. vs. YIN TAK MIU                CASE NO. 3:06-cr-00041-17-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        APRIL KARPER

UNITED STATES' ATTORNEY:      FRANK RUSSO
                              SHAWN FULLER

DEFENDANT'S ATTORNEY:         MICHAEL FILIPOVIC AND PAULA
                              DEUTSCH - TELEPHONIC FOR DEFT RANES
                              KEVIN MCCOY AND MICHAEL DIENI FOR
                              DEFT SHINE
                              WILLIAM ENGLISH FOR DEFT MCDONALD
                              ROBERT HERZ FOR DEFT MURPHY
                              ALLEN BEISWENGER FOR DEFT KILLIAN
                              T. BURKE WONNELL FOR DEFT RHODEN
                              HUGH FLEISCHER AND DARRYL THOMPSON
                              FOR DEFT YANCEY
                              ALLEN DAYAN FOR DEFT MIU

U.S.P.O.:                     SCOTT KELLEY

PROCEEDINGS: STATUS HEARING RE TRIAL DATE HELD JANUARY 11, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                        CONTINUED ON PAGE 2

DATE:    January 11, 2007      DEPUTY CLERK'S INITIALS:   ak
```

CONTINUATION - PAGE 2
U.S.A. vs. RANES, ET AL
3:06-cr-00041-01-02-04-07-08-09-16-17-RRB
STATUS HEARING RE TRIAL DATE
January 11, 2007

---

At 8:36 a.m. court convened.

Court and counsel heard re defendants Ranes, McDonald, Murphy, Killian, Rhoden, Yancey, and Miu's oral motion to join in Unopposed Motion to Continue Trial filed by defendant Shine at docket 322; **GRANTED**.

Court and counsel heard re discovery, motion practice, and witnesses.

Court and counsel heard re defendant's Unopposed Motion to Continue Trial (docket 322); **GRANTED** as to defendants Ranes, Shine, McDonald, Murphy, Killian, Rhoden, Yancey, and Miu. Trial by Jury previously set for February 12, 2007 at 8:30 a.m. is **VACATED** and reset for **October 15, 2007 at 8:30 a.m.** as to defendants Ranes, Shine, McDonald, Murphy, Killian, Rhoden, Yancey, and Miu. Final Pretrial Conference previously set for February 2, 2007 at 9:00 a.m. is **VACATED** and reset for **September 17, 2007 at 9:00 a.m.** as to defendants Ranes, Shine, McDonald, Murphy, Killian, Rhoden, Yancey, and Miu. Pretrial Conference previously set for January 26, 2007 at 9:00 a.m. is **VACATED** as to defendants Ranes, Shine, and McDonald. Court found excludable delay under 18 U.S.C. § 3161(h)(8)(A)(B) as to defendants Ranes, Shine, McDonald, Murphy, Killian, Rhoden, Yancey, and Miu.

Defendants Ranes, Shine, Murphy, Killian, Rhoden, Yancey, and Miu's detention continued.

Defendant McDonald's conditions of release remain as previously set.

At 8:53 a.m. court adjourned.


DATE:      January 11, 2007      DEPUTY CLERK'S INITIALS:   ak