IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| v. | ) | DEFENDANT RANES'S MOTION FOR |
| | ) | PERMISSION TO FILE A MOTION FOR A |
| THOMAS P. RANES, et al. | ) | BILL OF PARTICULARS AND MOTION |
| | ) | FOR A BILL OF PARTICULARS |
| Defendant. | ) | |
| | ) | |

This matter having come before the Court on Defendant Ranes's Motion for Permission to File a Motion for a Bill of Particulars and Motion for a Bill of Particulars, the Court, having reviewed the motion and the records and files herein,

IT IS ORDERED that

1) The motion for permission to file a motion for a bill of particulars is granted.

2) The motion for an order granting a bill of particulars is granted. The government shall in writing to the defense and the court specify or identify:

   a) The quantity of 3,4 Methylenedioxymethamphetamine (MDMA) allegedly involved in the conspiracy alleged in Count 1.

b) The provision and statute under which the alleged death of Thomas Cody constitutes "murder," as alleged in OA16d.

c) The names of all alleged associates and co-conspirators presently known to the government, and their addresses at the time of their alleged participation in the conspiracies alleged in Count 1 and Count 2 of the second superceding indictment.

d) The time, place and manner each alleged associate and co-conspirator allegedly joined each alleged conspiracy.

e) The approximate dates and locations of any meetings or conversations at which the government will contend that each alleged associate and co-conspirator allegedly joined each alleged conspiracy.

f) The names and addresses of alleged associates and co-conspirators identified as "other individuals," "a former conspirator and prospective competitor," "an employee of Ranes & Shine LLC," "a conspirator," "and others," or otherwise not identified by name in the overt acts set forth at paragraphs OA3, OA4, OA5, OA11, OA33, and OA41.

//

g) Which provision of 18 U.S.C. § 1956 the defendant allegedly violated as charged in each of the money laundering counts, Counts 3-136.

DATED at Anchorage, Alaska, this _____ day of March, 2007.

_____
JOHN D. ROBERTS
United States Magistrate Judge