IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| v. | ) | DEFENDANT RANES'S MOTION FOR |
| | ) | DISCOVERY |
| THOMAS P. RANES, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter having come before the Court on defendant Ranes's Motion for Discovery, the Court, having reviewed the motion and the records and files herein,

    IT IS ORDERED that the government shall provide the defendant with a written summary of any testimony that it intends to use under Rules of Evidence 702, 703 or 705, to include the witnesses' opinions, the bases and reasons for those opinions and the witnesses' qualifications, no later than June 15, 2007.

    IT IS FURTHER ORDERED that the government, under its duty to provide exculpatory evidence, provide the defendant with any evidence whatsoever, including statements of witnesses, co-defendants, informants or cooperators, which is inconsistent in any fashion with

any government witnesses who claim they either witnessed the alleged killing of Mr. Cody or claim that they heard statements made by one of the defendants or conspirators concerning the alleged killing.

IT IS FURTHER ORDERED that the government promptly provide to defendant Ranes statements of all co-defendants, so that defendant Ranes can effectively determine whether there is a basis for a motion for severance so that he can timely file such a motion for severance.

IT IS FURTHER ORDERED that the government's obligation to provide pretrial notice of evidence it seeks to present under Federal Rule of Evidence 404(b) be provided to the defendant Ranes no later than ninety days prior to the October 15, 2007, trial date.

IT IS FURTHER ORDERED that the government shall set forth its position concerning the materiality standard it is applying to its *Brady/Giglio* obligations if that standard is different than that articulated by the defendant Ranes in his motion for discovery.

IT IS FURTHER ORDERED that the government shall state whether it intends to provide *Brady/Giglio* information to the defense as soon as practical after it has received that information and if not, when it intends to provide such exculpatory information to the defense.

IT IS FURTHER ORDERED that defendant Ranes may join in defendant Nopenon Dennis Shine's Motion to Compel Discovery filed on February 27, 2007, Docket No. 372.

DATED at Anchorage, Alaska, this _____ day of March, 2007.

_____
JOHN D. ROBERTS
United States Magistrate Judge