MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT RANES'S JOINDER IN |
| THOMAS P. RANES, et al., | ) | DEFENDANT SHINE'S MOTION TO |
| | ) | COMPEL DISCOVERY |
| Defendant. | ) | |
| ———————————————— | ) | |

COMES NOW Thomas P. Ranes, the defendant herein, by his attorney, Michael

Filipovic, Assistant Federal Public Defender for the Western District of Washington, and hereby

//

//

//

//

//

*U.S. v. Thomas P. Ranes et al.*
3:06-cr-00041-RRB-JDR                    1

joins Defendant Nopenon Shine's Motion to Compel Discovery (Docket No. 372).

DATED this 2nd day of March, 2007.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2007, I electronically filed the foregoing Defendant

Ranes's Joinder in Defendant Shine's Motion to Compel Discovery with the Clerk of the Court

using the CM/ECF system which will send notification of such filing to the following: Assistant

United States Attorneys Frank V. Russo, James N. Barkeley and Shawn C. Fuller, Federal

Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.


/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org