Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:06-cr-0041-02-RRB |
| Plaintiff, | |
| vs. | DEFENDANT SHINE'S JOINDER IN DEFENDANT RANES' MOTION FOR BILL OF PARTICULARS |
| NOPENON DENNIS SHINE, | |
| Defendant. | |

          Defendant, Nopenon Dennis Shine, by and through counsel Michael Dieni,

Assistant Federal Defender, hereby joins defendant Thomas P. Ranes' motion for bill of

particulars in parts 1, 2, 3, 4, 5, and 6.  (Docket No. 373.)

///

///

///

///

///

DATED this 5th day of March, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 5, 2007, a copy of the
foregoing document, with attachments, was
served electronically on:

Frank V. Russo, Esq.
James N. Barkeley , Esq.
Shawn C. Fuller , Esq.
Assistant United States Attorneys

/s/ Michael D. Dieni