Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NOPENON DENNIS SHINE,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0041-02-RRB<br><br>DEFENDANT SHINE'S JOINDER<br>IN DEFENDANT RANES'<br>MOTION FOR DISCOVERY |

　　　　Defendant, Nopenon Dennis Shine, by and through counsel Michael Dieni, Assistant Federal Defender, hereby joins defendant Thomas P. Ranes' motion for discovery.  (Docket No. 374.)

///

///

///

///

///

DATED this 5th day of March, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 5, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.
James N. Barkeley, Esq.
Shawn C. Fuller, Esq.
Assistant United States Attorneys

/s/ Michael D. Dieni