NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-0041-RRB-JDR |
| Plaintiff, ) | |
| ) | |
| v. ) | GOVERNMENT'S MOTION |
| ) | TO CONTINUE DEADLINE |
| THOMAS RANES, and ) | FOR RESPONSES TO |
| NOPENONE DENNIS SHINE, ) | COMPEL |
| ) | |
| Defendants. ) | |
| ) | |

    COMES NOW the United States of America, by and through its counsel, and moves this Court to allow the United States to continue the deadline for responses to defendant's motions to compel.  Undersigned counsel has been out of the office unexpectedly to care for a sick family member.  Defendant Shine filed his motion to compel on February 27, 2007, which was joined by defendant Ranes

on March 2.  The responses to these motions would be due on March 6, 2007.

Defendant Ranes filed his motion to compel on March 2, which was joined by

defendant Shine on March 5.  These responses would be due on March 9, 2007.

Accordingly, the United States requests until Friday, March 9, 2007, to respond to

both sets of motions.

RESPECTFULLY SUBMITTED this 6th day of March, 2007 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and
correct copy of the foregoingwas sent to the following
counsel of record on March 6, 2007 via:

(X) Electronic case filing notice

Michael Filipovic, Esq.
Michael Dieni, Esq.

s/ Frank V. Russo_____
Office of the U.S. Attorney