IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-00041-RRB-JDR |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| THOMAS RANES, and<br>NOPENONE DENNIS SHINE, | ) |
| Defendants. | ) |

Having considered the motion filed by the United States to continue the deadline to file its motion responses, IT IS HEREBY ORDERED that the United States may file its opposition to defendants motions to compel on March 9, 2007.

**IT IS SO ORDERED**.

DATED this _____ of March 2007, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE