MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail: Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | DEFENDANT RANES'S MOTION FOR |
| | ) | PERMISSION TO FILE A REPLY TO |
| v. | ) | GOVERNMENT'S RESPONSE IN |
| | ) | PARTIAL OPPOSITION TO |
| THOMAS P. RANES, et al., | ) | DEFENDANTS' MOTIONS FOR |
| | ) | DISCOVERY FILED AT DOCKETS 372 |
| Defendant. | ) | AND 374, *Filed on Shortened Time* |
| | ) | |

  COMES NOW defendant Thomas P. Ranes, by his attorney Assistant Federal Public Defender for the Western District of Washington Michael Filipovic, and respectfully requests that the Court grant permission for Defendant Ranes to file a reply to the Government's Response in Partial Opposition to Defendant's Motions for Discovery Filed at Dockets 372 and 374.

  In support of this request, counsel for the defendant states the following:

1.      The proposed reply is substantially completed and would be filed no later than March 22, 2007.

2.      The reply focuses on specific points of dispute concerning (a) agents' reports, notes and memos; (b) the appropriate pretrial standard for disclosure of *Brady* and *Giglio* material; (c) request for law enforcement personnel files; and (d) the request for expert reports and data and the timing of those disclosures.

3.      It is respectfully suggested that this reply will be of assistance to the Court in deciding these issues because it focuses on specific facts and/or points of law that will assist the Court in making its determination.

DATED this 16th day of March, 2007.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2007, I electronically filed the foregoing Defendant Ranes's Motion for Permission to File a Reply to Government's Response in Partial Opposition to Defendant's Motions for Discovery Filed at Dockets 372 and 374, Filed on Shortened Time, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorneys, Frank Russo, James Barkeley and Shawn Fuller, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

      /s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org