IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | PROPOSED ORDER GRANTING |
| | ) | DEFENDANT RANES'S MOTION FOR |
| v. | ) | PERMISSION TO FILE A REPLY TO |
| | ) | GOVERNMENT'S RESPONSE IN PARTIAL |
| THOMAS P. RANES, et al. | ) | OPPOSITION TO DEFENDANTS' |
| | ) | MOTIONS FOR DISCOVERY FILED AT |
| Defendant. | ) | DOCKETS 372 AND 374 |
| | ) | |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of Defendant Ranes's Motion for Permission to File a Reply to Government's Response in Partial Opposition to Defendants' Motions for Discovery Filed at Dockets 372 and 374, the motion is GRANTED. A reply brief may be filed on or before _____, 2007.

DATED at Anchorage, Alaska, this _____ day of March, 2007.

_____
JOHN D. ROBERTS
United States Magistrate Judge

*U.S. v. Thomas P. Ranes et al.*
3:06-cr-00041-RRB-JDR                    1