IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT |
| | ) | RANES'S MOTION FOR PERMISSION TO |
| v. | ) | FILE A REPLY TO GOVERNMENT'S |
| | ) | RESPONSE IN PARTIAL OPPOSITION TO |
| THOMAS P. RANES, et al. | ) | DEFENDANTS' MOTIONS FOR |
| | ) | DISCOVERY FILED AT DOCKETS 372 |
| Defendant. | ) | AND 374 |
| | ) | |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of Defendant Ranes's Motion for Permission to File a Reply to Government's Response in Partial Opposition to Defendants' Motions for Discovery Filed at Dockets 372 and 374, the motion is GRANTED.  A reply brief may be filed on or before March 23, 2007.

DATED at Anchorage, Alaska, this 16th day of March, 2007.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge

*U.S. v. Thomas P. Ranes et al.*
3:06-cr-00041-RRB-JDR                1