MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail: Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT RANES'S JOINDER IN |
| | ) | DEFENDANT SHINE'S REPLY TO |
| THOMAS P. RANES, et al., | ) | GOVERNMENT'S PARTIAL |
| | ) | OPPOSITION TO DISCOVERY |
| Defendant. | ) | REQUEST |
| | ) | |

      COMES NOW Thomas P. Ranes, the defendant herein, by his attorney, Michael

Filipovic, Assistant Federal Public Defender for the Western District of Washington, and hereby

//

//

//

//

//

joins Defendant Shine's Reply to Government's Partial Opposition to Discovery Request (Docket No. 400).

DATED this 23rd day of March, 2007.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

     I hereby certify that on March 23, 2007, I electronically filed the foregoing Defendant Ranes's Joinder in Defendant Shine's Reply to Government's Partial Opposition to Discovery Request with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorneys Frank V. Russo, James N. Barkeley and Shawn C. Fuller, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

     /s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org