MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
Email:  Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | MOTION TO SUPPRESS EVIDENCE OF |
| | ) | DEFENDANT'S TELEPHONE CALLS |
| v. | ) | AND EMAIL CORRESPONDENCE HAD |
| | ) | WHILE IN PRETRIAL DETENTION |
| THOMAS P. RANES, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Thomas P. Ranes, the defendant herein, by his attorney, Michael Filipovic, Assistant Federal Public Defender for the Western District of Washington, and hereby moves this Court for an order suppressing all evidence of any telephone conversations and email correspondence that Mr. Ranes has had while detained at the Anchorage Jail, the Anchorage West Complex at Cook Inlet and at the SeaTac Federal Detention Center.  This motion is

//

brought pursuant to the First and Fourth Amendments to the United States Constitution and Title 18 United States Code § 2510, *et seq*.

DATED this 16th day of April, 2007.

                                           /s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2007, I electronically filed the foregoing MOTION TO SUPPRESS EVIDENCE OF DEFENDANT'S TELEPHONE CALLS AND EMAIL CORRESPONDENCE HAD WHILE IN PRETRIAL DETENTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, James N. Barkeley and Shawn C. Fuller, Assistant United States Attorneys, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org