IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| v. | ) | DEFENDANT RANES'S MOTION TO |
| | ) | SUPPRESS EVIDENCE OF TELEPHONE |
| THOMAS P. RANES, et al. | ) | CALLS AND EMAIL CORRESPONDENCE |
| | ) | HAD WHILE IN PRETRIAL DETENTION |
| Defendant. | ) | |
| | ) | |

This matter having come before the Court on the defendant Ranes's Motion to Suppress Evidence of Telephone Calls and Email Correspondence Had While in Pretrial Detention, the Court, having reviewed the motion and memorandum in support and the records and files herein,

IT IS ORDERED that all evidence of any telephone conversations or email correspondence that Mr. Ranes has had while detained at the Anchorage Jail, Anchorage West Complex at Cook Inlet and at the SeaTac Federal Detention Center shall be suppressed.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
JOHN D. ROBERTS
United States Magistrate Judge