MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail: Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| Plaintiff, | ) ) ) | DEFENDANT RANES'S MOTION ON SHORTENED TIME FOR THE COURT |
| v. | ) ) | TO CONSIDER PRETRIAL MOTIONS FILED ON APRIL 16, 2007 |
| THOMAS P. RANES, et al., | ) ) | |
| Defendant. | ) ) | |

COMES NOW the defendant Thomas P. Ranes, by his attorney, Michael Filipovic, Assistant Federal Public Defender for the Western District of Washington, and hereby requests the Court consider the following four pretrial motions filed by defendant Ranes on April 16, 2007:

1. Motion to Suppress Evidence of Defendant's Telephone Calls and Email Correspondence Had While in Pretrial Detention (Dkt. No. 413);

2. Sealed Motion to Suppress Computer and Email Account Evidence Obtained in Violation of the Fourth Amendment; (Dkt. No. 415);

3. Sealed Motion to Exclude Statements Made by Thomas Ranes (Dkt. No. 417); and

4. Sealed Motion to Suppress Electronic Surveillance Evidence (Dkt. No. 419);

This motion is filed because the Court, under the original indictment had set forth a number of due dates for pretrial motions which have now passed, and defendants Ranes and Shine had both previously filed motions to reset due dates for pretrial motions in light of the discovery delays and the lengthy continuances of the trial date, but no ruling has yet been made by the Court on those requests.

In support of this motion counsel for the defendant Ranes submits the following affidavit.

## AFFIDAVIT OF COUNSEL

STATE OF WASHINGTON )
                     ) ss.
COUNTY OF KING       )

Michael Filipovic, upon being duly sworn, states as follows:

1. Mr. Ranes was indicted on April 19, 2006, and arrested on April 22, 2006. Mr. Ranes has been detained throughout this time period.

2. The issue of counsel for Mr. Ranes was not resolved until August 2006 when undersigned counsel entered a Notice of Appearance and the Court granted him permission to appear as counsel. See Dkt. Nos. 199, 207. Prior to that, Mr. Ranes was represented in a limited capacity by attorney John M. Murtagh. See Dkt. No. 108. As set forth in Mr. Murtagh's motion to withdraw as counsel, there were "literally thousands of pages of materials to review and perhaps hundreds of hours of audio materials to review" and that he was not yet in possession of those materials. Dkt. No. 108 at p. 2. It was his estimate that this case would require hundreds

of hours of attorney time into his schedule. Based on that representation, other cases he had pending and Mr. Ranes's inability to reach an acceptable financial arrangement with Mr. Murtagh, Mr. Murtagh requested permission of the Court to withdraw. The Court granted Mr. Murtagh permission to withdraw.

3. A first superseding indictment was filed on June 21, 2006, and on June 27, 2006, an Order for Progression of Criminal Case With Trial Date was scheduled. Dkts. 131, 156. The trial date was set for February 12, 2007. On July 3, 2006, the Court set pretrial motions deadlines based on the then-scheduled trial date of February 12, 2007. Dkt. No. 177. Motions to suppress statements and evidence were ordered to be filed in September, less than five months prior to the scheduled trial date, and wiretap motions were ordered to be filed by November 15, 2006, less than three months prior to the trial date.

4. Undersigned counsel appeared in this case after the entry of this Order.

5. On August 30, 2006, undersigned counsel filed a non-opposed Motion to Continue Motion Deadlines as to Thomas P. Ranes. This motion was made based on the First Superseding Indictment and the then-scheduled trial date of February 12, 2007. This motion documented undersigned counsel's late appearance in this case and the fact that most of the discovery materials had not yet been received by defense counsel.

6. An initial batch of discovery was received from John Murtagh's office on September 1, 2006. This included thousands of pages of documents, numerous audio recordings, video recordings and surveillance photographs. These materials had to be indexed, organized and reviewed. The discovery process has been ongoing and continues to the present. Additional materials were provided by the United States Attorney's Office and law enforcement agencies

from January 3, 2007, to as recently as March 30, 2007. In addition, undersigned counsel made two multi-day trips to Alaska to review physical evidence maintained with the DEA between January 10-January 12, 2007, and February 5-February 7, 2007.

7. In September-October 2006, efforts were undertaken to settle the case between the government and Mr. Ranes. Shortly thereafter, these efforts fell apart when the government sought to pursue a theory that Mr. Ranes and Mr. Shine were responsible for the disappearance of an alleged co-conspirator Thomas Cody, and then on December 15, 2006, filed a Second Superseding Indictment alleging that Mr. Cody had been murdered by Mr. Shine and Mr. Ranes.

8. On December 21, 2006, a non-opposed Motion to Continue the Trial Date was filed on behalf of co-defendant Shine, in which he set forth that this case had been declared complex and some of the challenges faced by defense counsel in preparing this matter for trial. See Dkt. No. 322. A status conference was held before the District Court on January 11, 2007, at which time the February 12, 2007, trial date was vacated and reset for October 15, 2007, and the final pretrial conference previously set for February 2, 2007, was vacated and reset for September 19, 2007.

9. On January 12, 2007, defendant Shine filed a Motion to Continue Motions Deadlines with some suggested dates proposed on behalf of Mr. Shine and Mr. Ranes. See Dkt. No. 355. Reasons for that request were set forth in the motion. The Court did not make a formal ruling on the motion.

10. Undersigned counsel has acted with due diligence in preparing motions in this case in spite of the numerous handicaps identified above, including his late appearance in this case, the voluminous discovery, the complexity of this prosecution and the logistical difficulties

that counsel faces with the evidence located in Alaska and his office located in Seattle, Washington. Moreover, under the previous schedule set by the Court, the various motions to suppress were due less than five months prior to trial and the wiretap motion less than three months prior to the previously scheduled trial date. It is presently six months before the newly scheduled trial date of October 15, 2007, and therefore the government and the Court have at least as much time to respond and rule upon these motions with respect to the newly set trial date.

_____
Michael Filipovic

Subscribed and sworn to before me this 17th day of April, 2007.

_____
Mary E. Pekich
Notary Public in and for the State of Washington,
Residing at Seattle

DATED this 17th day of April, 2007.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed the foregoing DEFENDANT RANES'S MOTION ON SHORTENED TIME FOR THE COURT TO CONSIDER TO SUPPRESS FILED ON APRIL 16, 2007 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, James N. Barkeley and Shawn C. Fuller, Assistant United States Attorneys, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org