IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| v. | ) | DEFENDANT RANES'S MOTION FOR |
| | ) | THE COURT TO CONSIDER PRETRIAL |
| THOMAS P. RANES, et al. | ) | MOTIONS TO SUPPRESS FILED ON |
| | ) | APRIL 16, 2007 |
| Defendant. | ) | |
| | ) | |

This matter having come before the Court on Defendant Ranes's Motion for the Court to Consider Pretrial Motions to Suppress Filed on April 16, 2007, the Court, having reviewed the motion and the records and files herein,

IT IS ORDERED that the four motions filed by Mr. Ranes on April, 16, 2007, will be considered by the Court after the government files its response to these motions.

DATED at Anchorage, Alaska, this _____ day of April, 2007.

_____
JOHN D. ROBERTS
United States Magistrate Judge