IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| v. | ) | DEFENDANT RANES'S MOTION FOR |
| | ) | EVIDENTIARY HEARING |
| THOMAS P. RANES, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter having come before the Court on Defendant Ranes's Motion for Evidentiary Hearing, the Court, having reviewed the motion and the records and files herein,

IT IS ORDERED that an evidentiary hearing regarding Mr. Ranes's Motions to Suppress Evidence of Defendant's Telephone Calls and Email Correspondence Had while in Pretrial Detention (Dkt. No. 413); and to Suppress Electronic Surveillance Evidence (Dkt. No. 419) shall

//

//

//

//

be held on _____, 2007, at _____ a.m./p.m.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
JOHN D. ROBERTS
United States Magistrate Judge