NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
SHAWN FULLER
Assistant U.S. Attorneys
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
frank.russo@usdoj.gov
shawn.fuller@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-RRB |
| Plaintiff, | ) | |
| | ) | **NOTICE OF INTENT TO** |
| vs. | ) | **RESPOND TO** |
| | ) | **DEFENDANT'S MOTION AT** |
| THOMAS P. RANES, and | ) | **DOCKET 427** |
| NOPENONE DENNIS SHINE, | ) | |
| | ) | Filed on Shortened Time |
| Defendants. | ) | |

COMES NOW the United States of America, by and through undersigned counsel, and respectfully requests the opportunity to fully brief a response to defendant Shine's request, filed at docket 427, to accept various late-filed motions.

On April 16, 2007, undersigned counsel had a conversation with counsel for defendant Ranes and advised counsel that the United States was planning on filing a motion to strike several late-filed motions of defendants Ranes and Shine. These motions were filed without prior permission relieving them of the Court's previous directive that it would accept no motions on issues that could have been addressed within the previous motion schedule. Apparently in response, defendant Ranes filed his request at docket 427 on shortened time.

The United States requests two forms or relief. One, to allow the United States sufficient time to file a motion to strike the late-filed motions of both defendants Ranes and Shine. Based upon a cursory review of the filings, the motions that could have been filed within the time frame of the old motion schedule are as follows:

> Motion to Suppress Computer and Evidence Obtained in Violation of the Fourth Amendment, filed by defendant Ranes under seal;
>
> Motion to Suppress Electronic Surveillance, filed by defendant Ranes under seal;
>
> Motion to Suppress First Police Statement, filed by defendant Shine at docket 408.

The United States requests until Monday, April 23, 2007, to file its motion to strike. Second, the United States requests that the Court allow the United States to delay filing its substantive responses to the above motions pending the Court's decision on

the motion to strike. The United States is mindful of the fact that the Court has set a May 8 hearing on defendant Shine's Motion to Suppress First Police Statement. Because this statement was discovered to the defense approximately 11 months ago, the United States asks that the Court vacate the hearing pending its decision on the Motion to Strike.

Finally, the United States had no prior notice that these motions would be filed in unison by defendants Ranes and Shine. Thus, while the United States will endeavor to respond to the motions that will not be the subject of motions to strike, the United States may seek a continuance of the Court-imposed five-day deadline to respond to such motions. Undersigned counsel has notified counsel for defendants Ranes and Shine of this anticipated request, and they have indicated that they do not oppose such request. The United States will make such request by separate filing on or before April 23, 2007.

// //

// //

// //

RESPECTFULLY SUBMITTED this 17th day of April, 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Frank V. Russo
        FRANK V. RUSSO
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Room 253
        Anchorage, Alaska  99513-7567
        (907) 271-5071
        (907) 271-1500 (fax)
        Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to
the following counsel of record on April 17, 2007, via:

    (X )Electronic Filing

Michael Filipovic and Michael Dieni

Executed at Anchorage, Alaska, on April 17, 2007

s/ Frank V. Russo_____
Office of the U.S. Attorney