IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **[PROPOSED] ORDER** |
| | ) | **ALLOWING PLAINTIFF TO** |
| THOMAS P. RANES, | ) | **FILE MOTION TO STRIKE** |
| NOPENONE DENNIS SHINE, | ) | **AND AN EXTENSION OF** |
| | ) | **TIME TO FILE RESPONSES** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

Having considered the motion filed by the United States in response to defendant Ranes motion at docket 427, the Court grants the motion. The United States has until Monday, April 23, 2007 to file its motion to strike defendants Ranes and Shine's late-filed motions.

The deadline for the United States to respond to the motions that are subject to the motion to strike is postponed pending the Court's decision on such motion. If the Court denies this motion, it will set a new deadline for the United States' responses.

The May 8, 2007 hearing on defendant Shine's Motion to Suppress First Police Statement is similarly postponed pending the Court's decision on the

United States' Motion to Strike. The Court's Order at docket 412 setting such hearing is hereby vacated.

        **IT IS SO ORDERED**.

        DATED this _____ of April, 2007, at Anchorage, Alaska.

        _____
        UNITED STATES MAGISTRATE JUDGE