MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DEFENDANT RANES'S JOINDER IN |
| v. | ) | DEFENDANT SHINE'S MOTION TO |
| | ) | SUPPRESS EVIDENCE DERIVED FROM |
| THOMAS P. RANES, et al., | ) | THE WARRANTLESS SEARCH OF |
| | ) | CELL PHONE DATA AND |
| Defendant. | ) | MEMORANDUM IN SUPPORT |
| | ) | THEREOF |

COMES NOW Thomas P. Ranes, the defendant herein, by his attorney, Michael Filipovic, Assistant Federal Public Defender for the Western District of Washington, and hereby joins Defendant Shine's Motion to Suppress Evidence Derived From the Warrantless Search of Cell Phone Data and Memorandum of Law in Support Thereof (Docket Nos. 423, 424).

The government believes that Mr. Ranes subscribed to two cellular telephones, with the telephone numbers (907)229-0056 and (907)774-0219, and has indicated its intention to introduce into evidence phone records that transforms the phones into tracking devices in its case

*U.S. v. Thomas P. Ranes et al.*
3:06-cr-00041-RRB-JDR                                    1

in chief against Mr. Ranes.  The government has represented to defense counsel that it obtained orders pursuant to 18 U.S.C. § 2703(d) to obtain these records, and that those orders remain under seal.  Thus, copies of these requests for records and orders pursuant to § 2703(d) have not been provided to defendant Ranes or his counsel.  For the reasons set forth in Mr. Shine's Motion to Suppress Evidence Derived from the Warrantless Search of Cell Phone Data and Mr. Shine's Memorandum in Support of that motion, Mr. Ranes asks this Court to suppress the cellular telephone records and information used to establish the location of cellular phones the government claims were associated with Mr. Ranes.

DATED this 18rd day of April, 2007.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

  I hereby certify that on April 18, 2007, I electronically filed the foregoing Defendant Ranes's Joinder in Defendant Shine's Motion to Suppress Evidence Derived from the Warrantless Search of Cell Phone Data and Memorandum in Support Thereof with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorneys Frank V. Russo, James N. Barkeley and Shawn C. Fuller, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

               /s/ Michael Filipovic
               MICHAEL FILIPOVIC
               WSBA No. 12319
               First Assistant Federal Public Defender
               Attorney for Thomas P. Ranes
               Federal Public Defender
               1601 Fifth Avenue, Suite 700
               Seattle, WA 98101
               Tel. (206) 553-1100
               Fax (206) 553-0120
               Michael_Filipovic@fd.org