NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
SHAWN FULLER
Assistant U.S. Attorneys
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
frank.russo@usdoj.gov
shawn.fuller@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00041-RRB |
| ) | |
| Plaintiff, ) | |
| ) | **RESPONSE TO** |
| vs. ) | **DEFENDANT'S MOTION AT** |
| ) | **DOCKET 427** |
| THOMAS P. RANES, and ) | |
| NOPENONE DENNIS SHINE, ) | Filed on Shortened Time |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW the United States of America, by and through undersigned counsel, and hereby responds in opposition to defendant Ranes' request, filed at docket 427, to accept various late-filed motions.  Three of these motions have nothing whatsoever to do with the discovery provided in relation to the Second Superseding

Indictment. Instead, they relate to issues that could have been raised within the Court's motion schedule that pertained to the First Superseding Indictment. These motions are as follows:

> Motion to Suppress Computer and Evidence Obtained in Violation of the Fourth Amendment, filed by defendant Ranes under seal;
>
> Motion to Suppress Electronic Surveillance, filed by defendant Ranes under seal;
>
> Motion to Suppress First Police Statement, filed by defendant Shine at docket 408.

Based upon the comments the Court made during the arraignments of the defendants on the Second Superseding Indictment, it appears that this type of filings would not be permitted. Transcripts of the Court's advisement to the parties in this regard are currently being prepared in anticipation of a motion to strike these motions, which will be filed on or before Monday, April 23, 2007.

The United States requests the Court defer ruling on defendant Ranes' request at docket 427 until at least Monday, April 23, 2007, when the United States will file its motion to strike. Second, the United States requests that the Court allow the United States to delay filing its substantive responses to the above motions pending the Court's decision on the motion to strike. The United States is mindful of the fact that the Court has set a May 8 hearing on defendant Shine's Motion to Suppress First

Police Statement. Because this statement was discovered to the defense approximately 11 months ago, the United States asks that the Court vacate the hearing pending its decision on the Motion to Strike.

RESPECTFULLY SUBMITTED this 17th day of April, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to
the following counsel of record on April 18, 2007, via:

(X )Electronic Filing

Michael Filipovic and Michael Dieni

s/ Frank V. Russo_____