NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR SUBMISSION |
| vs. | ) | OF AUDIO TAPE EVIDENCE |
| | ) | |
| THOMAS P. RANES, and | ) | |
| NOPENONE DENNIS SHINE, | ) | Filed on Shortened Time |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

COMES NOW the United States, through counsel, hereby files with the

court pursuant to Local Criminal Rule 7.1 (a)(4)[B] a motion requesting leave of

court to file a copy of the compact disk containing the audio recordings of both

defendants' initial appearance on the Second Superseding Indictment.  Local

Criminal Rule Local Criminal Rule 7.1 (a)(4)[B] requires that bulky or

other sensitive exhibits require leave of court prior to their submission.  This

recording is supplied in further support of the United States' motion to strike

defense motions filed at dockets 408, 415, and 419, filed concurrently herewith.

RESPECTFULLY SUBMITTED this 23rd day of April, 2007, in

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to
the following counsel of record on April 23, 2007, via:

        (X )Electronic Filing

Michael Filipovic and Michael Dieni

Executed at Anchorage, Alaska, on April 23, 2007

s/ Frank V. Russo
Office of the U.S. Attorney

U.S. v. RANES et al.
3:06-cr-00041-RRB                    2