IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 3:06-cr-00041-RRB |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | **[PROPOSED] ORDER** |
| ) | **GRANTING MOTION FOR** |
| THOMAS P. RANES,    ) | **SUBMISSION FO AUDIO** |
| NOPENONE DENNIS SHINE,    ) | **TAPE EVIDENCE** |
| ) | |
| Defendants.    ) | |

Having considered the motion file the Compact Disk containing the audio recordings of the defendants' initial appearances on the Second Superseding Indictment, the Court grants the motion.  The United States may deliver such CD forthwith to the Court's chambers, and serve the CD on counsel for defendants Ranes and Shine.

**IT IS SO ORDERED**.

DATED this _____ of April, 2007, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE