# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
### AT ANCHORAGE

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C.§ 2703 (c) & (d) ) ) ) ) ) ) | NO. 3:06-mj-00209-JDR<br><br>ORDER<br>(Under Seal) |

THIS MATTER having come before the Court pursuant to the Application of the United States of America, which Application requests that an order be issued directing the production of certain telephone records in the possession of Alaska Communications Systems Wireless services ("ACS Wireless").

THE COURT FINDS that there is an ongoing criminal investigation into acts which would constitute violations of the United States Code.

THE COURT FINDS that the Applicant has offered specific and articulable facts showing that there is reasonable grounds to believe that the records of electronic or wire communications of the ACS Wireless cellular phone identified by the number (907) 240-3314 are relevant and material to the ongoing criminal investigation; and that the Application is made in good faith; and that disclosure of the Application by the United States and this Order could frustrate the on-going criminal investigation,

IT IS ORDERED, pursuant to Title 18, United States Code, Section 2703 (c) and (d), that the Custodian of Records for ACS Wireless provide to Special Agent Mark J. Schmidt, or his designee, subscriber, credit and note information, all authorized users, all additional ACS Wireless accounts, and *in electronic format*, call detail records (records of the phone numbers of *incoming and outgoing* phone calls), with cell site and locator information, for the following ACS Wireless cellular phone identified by (907) 240-3314 for a time period from 5/30/2005 through 6/3/2005. ACS Wireless shall provide cellular coverage area maps and key information necessary to interpret this information.

IT IS FURTHER ORDERED that the Custodian of Records for any other companies with phone numbers that are reflected in the call detail records from ACS Wireless provide to Special Agent Mark J. Schmidt or his designee, call detail records (records of the phone numbers of *incoming and outgoing* phone calls), with cell site and locator information for a time period from 5/30/2005 through 6/3/2005, along with cellular coverage area maps and key information necessary to interpret this information.

IT IS FURTHER ORDERED that the Application and this Order be sealed and that employees or counsel of ACS Wireless or any other company that provides records pursuant to this Order shall not provide any notice of this Order except to the extent necessary to carry out the Order.

IT IS FURTHER ORDERED that three certified copies of this Order and Application be provided by the Clerk of this Court to the United States Attorney's Office.

DATED this 6th day of November, 2006.

/s/ John D Roberts [seal affixed]
SIGNATURE REDACTED
UNITED STATES MAGISTRATE JUDGE