09-2006 15:35   US ATTORNEYS OFFICE



**U.S. Department of Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-1500

May 9, 2006                                SENT VIA FAX TO: 646-3480

Michael Dieni
Asst. Federal Public Defender
550 W. 7th Ave., #1600
Anchorage, AK 99501
Tel: 646-3400

Re:  United States v. Ranes et al.
     (Defendant No. 02: Nopenon Dennis Shine)
     3:06-cr-00041-RRB-JDR

Dear Mr. Dieni:

Discovery materials have been copied and placed at our front desk for pick up. The materials consist of a CD containing images of documents numbered 1 thru 3035 and 02-000001 thru 02-000016. There is no service charge for copying the CDs when we copy them in-house but we do require that you bring in replacement CDs.

The audio and video media materials consisting of (11) DVDs, (95) CDs, and (121) VHS tapes have been outsourced to IMIG Audio/Video. Please notify Erik Hayden at 274-2161 that you wish to obtain a copy of these materials. Mr. Hayden has advised me that he will require payment in advance.

If you have any questions, please do not hesitate to call me at 271-5071.

                                         Very truly yours,

                                         DEBORAH M. SMITH
                                         Acting United States Attorney

                                         *[signature]*

                                         DEBORA R. NEHLS
                                         Paralegal Specialist for
                                         Frank V. Russo
                                         Assistant U.S. Attorney

DMS/FVR/drn                                              Exhibit A
                                                         Page 1 of 2

RECEIVED BY: _L. Rochlin_____  DATE 5.9.2006

DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS P. RANES,<br>NOPENON DENNIS SHINE,<br>DYLAN N. BALES,<br>CURTIS H. MCDONALD,<br>KEVIN A. BROWNING, and<br>ROBERT H. MCDONALD,<br><br>Defendants. | No. 3:06-cr-00041-RRB<br><br>RECEIPT FOR COPIES OF DISCOVERY |

I, Michael Dieni, on behalf of Nopenon Dennis Shine, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed. R. Crim. P., made available to me on May 9, 2006, consisting of a CD containing images of documents numbered 00000001 thru 00003035 and 02-000001 thru 02-000016.

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date:_____          _____
                                       MICHAEL DIENI
                                       Attorney for Nopenon Dennis Shine