**U.S. Department of Justice**

 USAO COPY

*United States Attorney*
*District of Alaska*

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253         Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567              Fax Number: (907) 271-1500

July 14, 2006                             SENT VIA FAX TO: 258-6419

John M. Murtagh
Attorney at Law
1101 W. 7th Ave.
Anchorage, AK 99501
Tel: 274-8664

Re:   United States v. Ranes et al.
      (Defendant No. 01: Thomas P. Ranes)
      3:06-cr-00041-RRB-JDR

Dear Mr. Murtagh:

   Additional discovery materials, consisting of fourteen (14) CDs, have been copied and placed at our front desk for pick up. The materials are labeled as follows:

   (1) 00003750 - 00004240, and 01-10-000001;
   (2) Disk 1, (907) 563-0158, 4/22/06, (2) calls, North Building;
   (3) Disk 1, (907) 563-0158, 4/28/06 - 5/21/06, South Building;
   (4) Disk 2, (907) 563-0158, 5/14/06 - 5/14/06 @ 15:47, South Building;
   (5) Disk 3, (907) 563-0158, 5/1/4/06 19:47 - 5/20/06 09:38, South Building;
   (6) Disk 4, (907) 563-0158, 5/20/06 09:53 - 5/21/06 21:05, South Building;
   (7) Disk 5, (907) 563-0158, 5/21/06 21:17 - 5/22/06 11:18, South Building;
   (8) Ranes Cell Info (1 of 3 from truck), RGP, 6/20/06, Bag # 4A117616(c);
   (9) Hotmail & Secret Weld .txt docs;
   (10) N-240 26 June 00, S/W at 701 Kathlene Circle;
   (11) Tom & James Ranes Jail Tapes, 1 of 4;
   (12) Tom & James Ranes Jail Tapes, 2 of 4;
   (13) Tom & James Ranes Jail Tapes, 3 of 4; and
   (14) Tom & James Ranes Jail Tapes, 4 of 4

There is no service charge for copying the CDs when we copy them in-house but we do require that you bring in replacement CDs. We will not release these materials to you until you have brought in the (14) replacement CDs.

If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

*Debora R. Nehls* (signature)

DEBORA R. NEHLS
Paralegal Specialist for
Frank V. Russo
Assistant U.S. Attorney

DMS/FVR/drn

RECEIVED BY _(signature)_ DATE 07/14/06