DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00041-RRB |
| Plaintiff, | ) ) | |
| | ) | RECEIPT FOR COPIES OF |
| vs. | ) | DISCOVERY |
| | ) | |
| THOMAS P. RANES, | ) | |
| NOPENONE DENNIS SHINE, | ) | |
| DYLAN N. BALES, | ) | |
| CURTIS H. MCDONALD, | ) | |
| KEVIN A. BROWNING, | ) | |
| ROBERT H. MCDONALD, | ) | |
| JOSHUA S. MURPHY, | ) | |
| JUSTIN KILLIAN, | ) | |
| RODNEY W. RHODEN, | ) | |
| JAMES ROBERT RANES, | ) | |
| SAMUEL JOSEPH MATECHUK, | ) | |
|   a/k/a "Joe", | ) | |
| MITCHELL S. LEBLANC, | ) | |
|   a/k/a "Baldie", | ) | |
| DANIEL J. KNEITEL, | ) | |
|   a/k/a "Aussie", a/k/a "Ozzy", | ) | |
| KURTIS R. CROY, | ) | |
|   a/k/a "the Photographer", and | ) | |
| KYLE MCDONALD-WOLOCHATIUK, | ) ) | |
| Defendants. | ) | |

I, Michael Filipovic, on behalf of Thomas P. Ranes, do hereby acknowledge receipt of the

Exhibit C
Page 1 of 2

following materials disclosed pursuant to Rule 16, Fed. R. Crim. P., sent by FedEx to me on

August 10, 2006, consisting of four CDs labeled as follows:

    (1) 00000001 thru 00004239, 01-000001 thru 01-000010, and 01-10-000001

    (2) Call 1-43, 774-7617, 4/13 to 4/24/06

    (3) Call 1-52, 907-744-4246, 4/13 to 4/24/06

    (4) Call 1-2883, 907-229-0056, Audio & Data

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
**RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND**
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date: 8-11-06

MICHAEL FILIPOVIC
Attorney for Thomas P. Ranes

2

Exhibit C
Page 2 of 2