NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>THOMAS P. RANES,<br>NOPENONE DENNIS SHINE,<br>DYLAN N. BALES,<br>CURTIS H. MCDONALD,<br>KEVIN A. BROWNING,<br>ROBERT H. MCDONALD,<br>JOSHUA S. MURPHY,<br>JUSTIN KILLIAN,<br>RODNEY W. RHODEN,<br>JAMES ROBERT RANES,<br>SAMUEL JOSEPH MATECHUK,<br>   a/k/a "Joe",<br>MITCHELL S. LEBLANC,<br>   a/k/a "Baldie",<br>DANIEL J. KNEITEL,<br>   a/k/a "Aussie", a/k/a "Ozzy",<br>KURTIS R. CROY,<br>   a/k/a "the Photographer", and<br>KYLE MCDONALD-WOLOCHATIUK,<br><br>   Defendants. | ))))))))))))))))))))))))) | No. 3:06-cr-00041-RRB<br><br>RECEIPT FOR COPIES OF<br>DISCOVERY |

I, Michael Filipovic, on behalf of Thomas P. Ranes, do hereby acknowledge receipt of the

following materials disclosed pursuant to Rule 16, Fed. R. Crim. P., sent by FedEx to me on

September 21, 2006, consisting of one CD labeled as follows:

(1) 2290056-000001 thru 2290056-000381

(2) 7447617-000001 thru 7447617-000064

(3) 7444246-000001 thru 7444246-000001

(4) 4241 - 4415

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date: 9/22/2006                    PSD/Michael Filipovic
                                   MICHAEL FILIPOVIC
                                   Attorney for Thomas P. Ranes