**EXHIBIT F**

**Relevant portion of transcript of initial appearance of Thomas Ranes on Second Superseding Indictment:**

**Judge:** The record will so reflect one of the reasons I asked for the new counts was to address the motion practice in this case. We still have the same trial date, I believe which is more than thirty days out, so I don't know that the District Judge will necessarily change that or if any party will request a change in the trial date but with respect to motion practice, my order that was entered, the **docket looks like 177, yes 177, still applies**. Most of those dates have run, except for "j" which was rule 702 motions and talks about expert witnesses, that's a January 4 deadline. With respect to the new content, of the second superseding indictment, Mr. Ranes will have until January 4th to file any motion that appears appropriate **as a result of the new language**.

**Mr. Filipovich:** Yes, I must address this. This is Michael Flippivich speaking. The nature of the new allegation is a quite serious allegation that he's responsible for a homicide, which changes this indictment and with respect, that we will be asking for a continuance of the trial date of Judge Beistline and **we'll also be asking for motion cut-offs relating to the new allegations**. I'm assuming that's something that we should address to Judge Beistline along the lines of the continuance.

**Judge:** Yes, this case has been declared complexed at docket 115. The motion for trial continues to go directly to the District Judge, it doesn't go through the Magistrate Judge and I'm looking that the calendar. What I've done is so far indicate that any motion **that is based on the new allegations**, whatever type it might be, you'll have until the date that I set. I indicated January 4th, let me see if the government has any additional discovery to provide and if that might delay motion practice.

**Mr. Russo:** Yes, your honor, we have actually additional discovery related to the investigation pertaining to Mr. Coney. We're gathering those materials. We will be producing them on a rolling basis, beginning the end of this week and continuing hopefully to have it done by next Friday. We'll have all the documents and tape recordings copied.

**Judge:** In light of that, let me rule that the **pretrial motions in result of new allegations** will be the 12th of January so other than the 4th, I'll go to the 12th. I certainly need thirty days out for motion practice to wind it up. If the trial is continued then I may have some more time to give you but based on the present trial date, that's all I can do. But that gives you a little bit of time.