IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **[PROPOSED] ORDER** |
| | ) | **GRANTING MOTION TO** |
| THOMAS P. RANES, | ) | **STRIKE DEFENDANTS'** |
| NOPENONE DENNIS SHINE, | ) | **MOTIONS AT DOCKETS** |
| | ) | **408, 415 and 419** |
| Defendants. | ) | |

Having considered the motion filed by the United States to strike the motions filed by the defendants at dockets 408, 415, and 419, such motions are stricken, and any evidentiary hearing pertaining to such motions are hereby vacated.

**IT IS SO ORDERED**.

DATED this _____ of April, 2007, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE