NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS P. RANES, and<br>NOPENONE DENNIS SHINE,<br><br>　　　　Defendants. | Case No. 3:06-cr-00041-RRB<br><br>**MOTION TO CONTINUE DEADLINE FOR GOVERNMENT RESPONSES TO DEFENDANTS' MOTIONS**<br><br>Filed on Shortened Time |

　　　　COMES NOW the United States of America, though the undersigned counsel, and moves this Court to continue the deadline for the Government to respond to the following motions: Defendant Shine's Motion to Suppress First Police Statement, filed at docket 408; Defendant Ranes' Motion to Suppress Evidence of Defendant's Telephone Calls and Email Correspondence While in

Pretrial Detention, filed at docket 413; Defendant Ranes' Sealed Motion to Suppress Computer and Email Account Evidence, filed at docket 415; and Defendant Ranes' Sealed Motion to Suppress Electronic Surveillance Evidence, filed at docket 419.  These motions, along with three other motions, were filed on or about April 16, 2007, and the responses are due today, April 23, 2007.   The United States is requesting until May 11, 2007, to respond to these motions.  This motion is supported by the Declaration of Assistant United States Attorney Frank V. Russo, filed concurrently herewith.

     RESPECTFULLY SUBMITTED this 23rd day of April, 2007, in Anchorage, Alaska.

                                        NELSON P. COHEN
                                        United States Attorney

                                        s/ Frank V. Russo
                                        FRANK V. RUSSO
                                        Assistant U.S. Attorney
                                        Federal Building & U.S. Courthouse
                                        222 West Seventh Avenue, #9, Room 253
                                        Anchorage, Alaska  99513-7567
                                        (907) 271-5071
                                        (907) 271-1500 (fax)
                                        Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to
the following counsel of record on April 23, 2007, via:

    (X )Electronic Filing

Michael Filipovic and Michael Dieni

Executed at Anchorage, Alaska, on April 23, 2007

s/ Frank V. Russo_____
Office of the U.S. Attorney