IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS P. RANES,<br>NOPENONE DENNIS SHINE,<br><br>　　　　Defendants. | Case No. 3:06-cr-00041-RRB<br><br>**[PROPOSED] ORDER GRANTING THE MOTION TO CONTINUE DEADLINE FOR GOVERNMENT RESPONSES TO DEFENDANTS' MOTIONS** |

　　　　Having considered the motion filed by the United States in postpone the deadline for its response to Defendant Shine's Motion to Suppress First Police Statement, filed at docket 408; Defendant Ranes' Motion to Suppress Evidence of Defendant's Telephone Calls and Email Correspondence While in Pretrial Detention, filed at docket 413; Defendant Ranes' Sealed Motion to Suppress Computer and Email Account Evidence, filed at docket 415; and Defendant Ranes' Sealed Motion to Suppress Electronic Surveillance Evidence, filed at docket 419, the Court grants the motion.

　　　The United States has until Friday, May 11, 2007 to respond to these motions.

The May 8, 2007 hearing on defendant Shine's Motion to Suppress First Police Statement is postponed pending the Court's decision on the United States' Motion to Strike. The Court's Order at docket 412 setting such hearing is hereby vacated.

**IT IS SO ORDERED**.

DATED this _____ of April, 2007, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE