NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECLARATION OF** |
| | ) | **FRANK V. RUSSO IN** |
| THOMAS P. RANES, and | ) | **SUPPORT OF MOTION TO** |
| NOPENON DENNIS SHINE, | ) | **CONTINUE RESPONSE** |
| | ) | **DEADLINES** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

I, Frank V. Russo, declare and state as follows:

1.    I am an Assistant United States Attorney for the District Alaska assigned to prosecute the above-captioned case.  As such, I am fully familiar with

the facts stated herein.  I make this declaration in support of the United States' motion to continue the deadline to respond to the following motions: Defendant Shine's Motion to Suppress First Police Statement, filed at docket 408; Defendant Ranes' Motion to Suppress Evidence of Defendant's Telephone Calls and Email Correspondence While in Pretrial Detention, filed at docket 413; Defendant Ranes' Sealed Motion to Suppress Computer and Email Account Evidence, filed at docket 415; and Defendant Ranes' Sealed Motion to Suppress Electronic Surveillance Evidence, filed at docket 419.

2.   These motions were all filed on or about April 16, 2007.  In addition, the defendants filed three other motions on the same day.  Accordingly, pursuant to the Court's pre-trial order, the deadline to respond to all of these motions would be April 23, 2007.

3.   I had no prior notice that these motions would be filed on April 16, 2007, as there was no set deadline for the filing of these motions.  Accordingly, I did not have time budgeted in my calendar to respond to these motions, nor had my co-counsel made previous arrangements to attend to these responses.

4.   Nevertheless, I worked through the week and weekend on responses to these motions, as well as prepared a motion to strike three of the seven motions

filed on April 16. I have prepared substantive responses to three motions, which will be timely filed. Three of the four remaining motions are subjects of the Government's Motion to Strike.[1] I was unable to complete the response to the remaining motion that is not the subject of the motion to strike: Ranes' Motion to Suppress Evidence of Defendant's Telephone Calls and Email Correspondence While in Pretrial Detention, filed at docket 413.

    5.    The defendants have had between four and, in some cases, eleven months to prepare the seven motions that were filed on April 16, 2007. I submit that it is equitable to allow the United States until May 11, 2007 to respond to these motions. Moreover, this will allow the Court time to review the United States' Motion to Strike to determine if substantive responses to three of these motions are even necessary.

    6.    Accordingly, I request that the Court continue the deadline for the United States to respond to these remaining motions (if necessary in light of the motion to strike) by May 11, 2007. I am aware that the Court has scheduled an evidentiary hearing on Shine's Motion to Suppress First Police Statement, filed at

---

[1] These motions are filed at docket 408 (Shine's Motion to Suppress First Police Statement), docket 415 (Ranes' Motion to Suppress Computer and Email Account Evidence), and docket 419 (Sealed Motion to Suppress Electronic Surveillance Evidence).

docket 408, on May 8, 2007. I respectfully request the Court postpone such hearing in light of the pending motion to strike. In the alternative, I request that the Court allow the filing of the Government's response to this particular motion by May 4, 2007.

RESPECTFULLY SUBMITTED this __23rd__ day of April, 2007 in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/ Frank V. Russo
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9, Room 253
> Anchorage, Alaska  99513-7567
> (907) 271-5071
> (907) 271-1500 (fax)
> Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to
the following counsel of record on April 23, 2007, via:

(X )Electronic Filing

Michael Filipovic and Michael Dieni

Executed at Anchorage, Alaska, on April 23, 2007

s/ Frank V. Russo_____
Office of the U.S. Attorney