MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | DEFENDANT RANES'S JOINDER IN |
| | ) | DEFENDANT SHINE'S RESPONSE TO |
| v. | ) | THE GOVERNMENT'S OPPOSITION |
| | ) | (DOCKET NO. 436) TO HIS MOTION TO |
| THOMAS P. RANES, et al., | ) | SUPPRESS EVIDENCE DERIVED FROM |
| | ) | THE WARRANTLESS SEIZURE OF |
| Defendant. | ) | CELL PHONE DATA (DOCKET NO. 423) |
| | ) | |
| | ) | |

  COMES NOW Thomas P. Ranes, the defendant herein, by his attorney, Michael Filipovic, Assistant Federal Public Defender for the Western District of Washington, and hereby joins Defendant Shine's Response to the Government's Opposition (Docket No. 436) to His Motion to Suppress Evidence Derived from the Warrantless Seizure of Cell Phone Data (Docket No. 423).  Defendant Shines' Response is found at Docket No. 450.

  In addition to joining in Defendant Shine's Response, the defendant Ranes acknowledges that he bears the burden of establishing his legitimate expectation of privacy, or standing.

*Rawlings v. Kentucky*, 448 U.S. 98 (1980); *United States v. Zermeno*, 66 F.3d 1058 (9th Cir. 1995). The defendant Ranes is prepared to establish his standing at an evidentiary hearing in this case with respect to the two cellular phones for which the government challenges his right to standing. *See* Gov't Opposition at p. 8 Dkt. No. 436.

DATED this 7th day of May, 2007.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I electronically filed the foregoing DEFENDANT RANES'S JOINDER IN DEFENDANT SHINE'S RESPONSE TO THE GOVERNMENT'S OPPOSITION (DOCKET NO. 436) TO HIS MOTION TO SUPPRESS EVIDENCE DERIVED FROM THE WARRANTLESS SEIZURE OF CELL PHONE DATA (DOCKET NO. 423) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo, James N. Barkeley and Shawn C. Fuller, Assistant United States Attorneys, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org