DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
MICHAEL T. BURKE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INTERCEPTION OF WIRE  COMMUNICATIONS TO AND FROM: | Misc. No. 3:06-mc-00010-JWS |
| PREPAID CELLULAR TELEPHONE NUMBER (907) 744-7617, BEARING HEX ELECTRONIC SERIAL NUMBER (ESN) 4259F393, HEREIN REFERRED TO AS TARGET TELEPHONE 2; and | FILED UNDER SEAL |
| PREPAID CELLULAR TELEPHONE NUMBER (907) 744-4246, BEARING HEX ELECTRONIC SERIAL NUMBER (ESN) 3DDB793C, HEREIN REFERRED TO AS TARGET TELEPHONE 3; | |
| BOTH ISSUED BY ALASKA DIGITEL TO UNLISTED SUBSCRIBERS | |


1.    **APPLICATION**

2.    **AFFIDAVIT**

   A.    **Original Affidavit**

1

... and correct copy
of original filed in my office.
Dated  4-13-06
........CK, Clerk
Pam Richter ........Deputy

Exhibit 1

3.    **AUTHORIZATION FROM DEPARTMENT OF JUSTICE**

4.    **DESIGNATION OF AUTHORITY**

5.    **ORDER AUTHORIZING THE INTERCEPTION OF WIRE COMMUNICATIONS**

6.    **ORDER TO SERVICE PROVIDERS**

RESPECTFULLY SUBMITTED this 13th day of April, 2006 in Anchorage, Alaska.


DEBORAH M. SMITH
Acting United States Attorney

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

2