

**U.S. Department of Justice**

*Criminal Division*

---

Washington, DC 20530

APR - 3 2006

**MEMORANDUM**

TO:      Maureen H. Killion, Director
         Office of Enforcement Operations
         Criminal Division

FROM:    Alice S. Fisher
         Assistant Attorney General
         Criminal Division

SUBJECT: Authorization for Interception Order Application

    This is with regard to your recommendation that I, an appropriately designated official of the Criminal Division, authorize an application to a federal judge of competent jurisdiction for an order under Title 18, United States Code, Section 2518, authorizing for a thirty (30) day period, the interception of wire communications occurring to and from the cellular telephone bearing the number (907) 229-0056, subscribed to by Thomas Ranes, 6111 Quinhagak Street, Anchorage, Alaska, and accessed through International Mobile Subscriber Identity ("IMSI") number 310560121144642, in connection with an investigation into possible violations of Title 21, United States Code, Sections 841, 843, 846, 856, 848, 952, and 963; and Title 18, United States Code, Sections 1956 and 1957, by Thomas P. Ranes, Kevin A. Browning, Dylan N. Bales, Nopenon Dennis Shine, Curtis H. McDonald, Robert McDonald, Christopher Eby, Mitchell LeBlanc, Kurtis Croy, Christina Ranes, Virginia Croy, and other persons as yet unknown.

    By virtue of the authority vested in the Attorney General by Section 2516 of Title 18, United States Code, the Attorney General of the United States has by Order Number 2758-2005, dated February 24, 2005, designated specific officials in the Criminal Division to authorize applications for court orders authorizing the interception of wire or oral communications. As a duly designated official in the Criminal Division, this power is exercisable by me. WHEREFORE, acting under this delegated power, I hereby authorize the above-described application to be made by

Exhibit 2

any investigative or law enforcement officer of the United States as defined in Section 2510(7) of Title 18, United States Code.

The authorization given is intended to apply not only to the target telephone number listed above, but to any other telephone number or telephone accessed through the IMSI number used by the target telephone, and to any other IMSI number accessed through the target cellular telephone number within the thirty-day period. The authorization is also intended to apply to the target telephone number referenced above regardless of service provider, and to background conversations intercepted in the vicinity of the target telephone while the telephone is off the hook or otherwise in use.

Alice S. Fisher
Assistant Attorney General
Criminal Division

APR - 3 2006
Date

BRUCE C. SWARTZ
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION