### 3. MONITORING OF INMATE TELEPHONE CALLS

The Bureau of Prisons reserves the authority to monitor (this includes recording) conversations on any telephone located within its institutions, said monitoring to be done to preserve the security and orderly management of the institution and to protect the public. An inmate's use of institutional telephones constitutes consent to this monitoring. A properly placed phone call to an attorney is not monitored. You must contact your unit team to request an unmonitored attorney call.

I ~~have read~~ or had read to me (cross out one) the above notification on the monitoring of inmate telephone calls. I understand that ~~telephone calls~~ I make from institution telephones may be monitored and recorded.

Signature of Inmate X_____ Date 9/5/00

I hereby certify that the above information was (cross out incorrect statements) (provided to the inmate to read) and/or was ~~(read and fully explained by me to the above inmate)~~. The inmate (signed)/~~(refused)~~ to sign.

Printed Name/Signature of Staff Member _Owens_____ Date 9/5/00

### 4. NOTIFICATION IN CASE OF DEATH/ILLNESS, DISPOSITION OF PROPERTY

In the event I should die, I direct that my _____, whose name is _____
                                          (Relationship)

and whose address is _____
                     (Street)          (City)         (State)        (Zip Code)
_____ be notified.
(Telephone Number)

In the event the Bureau of Prisons staff is unable to locate the above designated person, following a reasonable search, I authorize the substitution of the following person in his or her stead. 907-563-0158

_Christina Ranes_   _ex wife_   _11071 Dow circle Ave AK 99515_   _907-563-0158_
(Name)            (Relationship)        (Address)                (Telephone Number)

I authorize the Bureau of Prisons to transmit my property and personal effects including money remaining to my credit in, or due me from the Bureau of Prisons to my next of kin in accordance with state law.

I agree further that disposition may be made of my personal property located within the prison facility, including clothing, in accordance with the rules and regulations of the Bureau of Prisons.

In case of serious illness or other emergency the above named persons may be contacted to be notified of my condition. I also desire and authorize that the following be notified.

| NAME | RELATIONSHIP | ADDRESS | TELEPHONE NO. |
|------|--------------|---------|---------------|
|      |              |         |               |
|      |              |         |               |
|      |              |         |               |

Signature of Inmate X_____ Date 9/5/00

I hereby certify that the above notification was (cross out incorrect statements) (provided to the inmate to read) and/or was ~~(read and fully explained)~~ by me to the ~~above named inmate~~ before the inmate (voluntarily signed)/~~(refused to sign)~~ this notification, this _15_ day of _Sep_, 20_00_.

Printed Name/Signature of Staff Member _Owen_____ Date 9/15/00

Record Copy - Central File;

Copy - Inmate

(This form may be replicated via WP)                    This form replaces BP-408(58) dated August 1991



PHONE ROOM

# FDC SEATAC
# INMATE
# ADMISSION AND ORIENTATION
# HANDBOOK



FEDERAL DETENTION CENTER
P.O. BOX 13900
SEATTLE, WA 98198
206-870-5700

## Inmate Telephones System (I.T.S.)

**PAC Numbers & Phone List:** Upon your arrival, you will be assigned a nine-digit phone access code (commonly called PAC Number). This is your personal confidential code to access information on your ITS-II account and to transfer funds from your commissary account to your ITS-II account. There is a $5.00 replacement charge if your PAC number is compromised. You can submit up to 30 approved telephone numbers on BP 505 Telephone Number Request Form through the Unit Team. Your submitted forms will be reviewed for accuracy and completeness, approved and processed ordinarily within a few working days after receipt by the Business Office.

**Monitored Calls—** Long Distance, Local, Collect, and International: All calls made on the ITS-II will be monitored and recorded and your use of the telephone constitutes consent to this monitoring. You can make local and U.S. long distance collect and/or debit/direct calls. However, you cannot make any international collect calls; they must all be made by direct debit. Detailed instructions on how to use the phone system are provided with your PAC number. All calls are limited to 15 minutes.

**Call Limits and Unmonitored Attorney Calls:** You are limited to a total of 300 minutes per calendar month for ITS-II monitored telephone calls. Should you exhaust your 300 minutes limitation, you can request, at the Warden's discretion, to be provided a telephone call for good cause shown. You should request such calls through the Unit Team. This limitation does not affect your ability to make unmonitored legal telephone calls. If you require an unmonitored phone call to your attorney, contact your Unit Team.

**Restricted Telephone Activity**

**WARNING.** The use of telephones (for social calls) is a privilege. This privilege will be suspended or revoked for failure to comply with the rules and regulations of conduct. Therefore, **when using the inmate Telephone System, you must not engage in the following activities or you will be subject to disciplinary action.**

- Make a 3-way or 3rd party phone call which includes passing messages to another person who is on the phone with your approved connected caller at the same time;
- Convey or pass any message to another person over the phone for any other inmate or person;
- Knowingly make or arrange for a call to be forwarded to another phone number regardless if the phone number is on your approved list;
- Discuss or engage in any business related activities. Pretrial Detainees may reasonably be permitted to engage in pre-existing lawful business activity;
- Work for or assist with any on-going law enforcement activity without the Warden's approval;
- Make or imply any threat to another person over the phone;
- Use or access another inmate's PAC number;
- Pass the phone to another inmate or accept the phone from another inmate which has been connected;
- Attempt to place a call on the phone while on telephone restriction;
- Arrange to have anything of value sent to another inmate or inmate's family without staff authorization;
- Place calls to a number that cannot be directly and immediately deducted (i.e., 1-800, 1-888, 1-900, 1-976, or to credit card access numbers;
- Place calls to check or access voice messaging;
- Place calls that are engaged in conference calling;
- Attempt to speak or contact any other person who is confined in any other correctional facility (e.g., halfway house);

15

- While on the phone, you shall not speak in code or in any other language in an attempt to mask or conceal the content of your conversation.
- Provide false or misleading information to staff on the Telephone Number Request-Inmate form (BP-505), or any other telephone related form;
- You shall not use the phone to engage in or encourage others to participate in illegal and/or unlawful activities;
- Finally, you must not engage in any other activity or conduct over the telephone which staff interpret as an effort to circumvent our policies and regulation.

## Visiting

Social Visiting is a privilege. This privilege may be suspended or revoked for failure to comply with the rules and regulations of conduct which may not be related to visiting.

Pre-trial, IND and Holdover inmates will only be allowed to have their immediate family or one significant other or spouse on their approved visiting list. For those inmates who don't have immediate family, special visits can be requested thru the Unit Manager under certain circumstances.

In some cases, visitor applicants who are the mother or father of a child of the inmate, but who are not a current spouse of the inmate, can be approved for visiting. However, in these types of visits the visitor will not be allowed to visit without the child being present.

Immediate family includes: mother/father (step-parents), legal spouse, children, and brother(s)/sister(s). Proof of this relationship must be clearly demonstrated and provided. Examples of proof can include copies of a birth certificate, marriage certificate, divorce decree etc... It is also recommended a copy of valid identification be provided to the time the visiting application is provided.

To have a person placed on your visiting list, you will need to send each visitor applicant a Visiting Information form (BP-A629.52). These forms can be obtained from your Correctional Counselor. The visitor applicant must complete the form, sign, include copies of proof of relationship, and mail directly to your Correctional Counselor. These Visitor Information forms must be mailed directly to your Unit Team. Once the form(s) have been received, your Counselor will run a background check and notify you of the visitor applicants approval or denial to visit. It is the responsibility of the inmate to notify the visitor of the approval or denial. Unit Staff cannot make this notification.

Any visitor with a criminal record requires both the Unit Manager's and the Associate Warden's approval. This approval process can take several days, and your Correctional Counselor will advise you if the visitor applicant has been denied. However, privacy laws prevent specific disclosure of the reasons for denial when based on background information.

Other relatives (family members not considered immediate family as indicated above) and friends (depending on your status as indicated above) may be added by mailing a visiting application to the requested visitor, who must answer the questions and return the form, via the U.S. Postal Service, to the Correctional Counselor. Inform your friends and relatives not to come to visit until after the final approval. Verification of a relationship prior to the inmate's current incarceration is required for "friends" before visiting approval is granted.

**Special Visits (Family Emergency)**

In the event of a family tragedy or emergency, inmates can request from their Unit Team extended visits for family members and others under certain circumstances.

16