## Visitation Rules

Each inmate is entitled to one (1), one (1) hour visit per day with a maximum of (3) visitors.

IF YOU ARE PARTY TO A DOMESTIC VIOLENCE INCIDENT YOU ARE NOT AUTHORIZED VISITATION BY LAW.

**East Visitation:**
All visits will go upstairs 5 minutes before the visit.

Secure visits are offered daily at 9:00am; 10:00am; 1:00 pm; 2:00pm; 6:30pm; and 7:30pm. The visitation cut-off closes half an hour before the hour of visitation (Please note the earliest you can sign-in is one hour prior to the time of the visit).

**West Visitation:**
All visits will go upstairs 10 minutes before the visit.

SPX 

**Secured visit days and times are as follows:**

| Sunday, Monday, & Wednesday | 1pm, 2pm, 7pm, 8pm |
| Thursday | 1pm, 2pm |
| Tuesday, Friday & Saturday | 9am, 10am, 1pm, 2pm, 7pm, 8pm |

You must call 269-0900 between 3:15pm until 4:15pm Monday through Friday (except Thursday) for the 7pm and 8pm visits.

You will need to bring picture identification each time you visit. All visitors must have identification, regardless of...

---

**CALL MONITORING**

...e monitored and/or recorded. ...en a... and a prisoner may not be monitored or ... except when authorized by...

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600
Anchorage, AK 99501
277-7171

Addictions Assessments
Michael W. Gearcastle/NCACII
Substance Abuse Professional (SAP)

Bail - 334-4400
Ask for DISG
Bail Atty

UAA — University of Alaska Anchorage
Getting out? Need help to go to school?
CALL Rod We'll help.