MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | DEFENDANT RANES'S MOTION FOR |
| | ) | PERMISSION TO FILE, ON OR BEFORE |
| v. | ) | MAY 25, 2007, REPLIES TO |
| | ) | GOVERNMENT'S RESPONSES IN |
| THOMAS P. RANES, et al., | ) | OPPOSITION TO MOTIONS TO |
| | ) | SUPPRESS FILED AT DOCKETS 459, |
| Defendant. | ) | 461, AND 462 |
| | ) | |
| | ) | ***FILED ON SHORTENED TIME*** |

COMES NOW defendant Thomas P. Ranes, by his attorney Assistant Federal Public

Defender for the Western District of Washington Michael Filipovic, and respectfully requests

that the Court grant permission for Defendant Ranes to file a reply to (1) the Government's

Response in Opposition to Motion to Suppress Electronic Surveillance Evidence Filed at Docket

459; (2) the Government's Response in Opposition to Defendant Ranes' Motion to Suppress

Telephone Calls and Email Correspondence While In Pretrial Detention Filed at Docket 461; and

(3) the Government's Response in Opposition to Defendant Ranes' Motion to Suppress Search

Warrant Filed at Docket 462. Mr. Ranes further requests permission to file these replies on May 25, 2007.

In support of this request, counsel for the defendant states the following:

1. The motions to suppress evidence based upon electronic surveillance, search warrants, and the interception of phone and email correspondence during pretrial detention raise complicated legal and factual issues.

2. Counsel believes that replies will be of assistance to the Court in deciding these issues because they will focus on specific facts and/or points of law that will assist the Court in making its determination.

3. Counsel filed a Notice of Unavailability on April 17, 2007, filed at Docket 421, in which he stated that he would be outside of the office and both the Western District of Washington and the District of Alaska from May 10, 2007 until May 20, 2007, returning to the office on May 21, 2007.

4. The government filed its Response in Opposition to Motion to Suppress Electronic Surveillance Evidence, Response in Opposition to Defendant Ranes' Motion to Suppress Telephone Calls and Email Correspondence While In Pretrial Detention, and Response in Opposition to Defendant Ranes' Motion to Suppress Search Warrant on May 11, 2007.

//
//
//
//

5.      If the Court grants Mr. Ranes permission to file replies to the Government's Responses, counsel would not be able to file replies until May 25, 2007.

DATED this 15th day of May, 2007.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2007, I electronically filed the foregoing DEFENDANT RANES'S MOTION FOR PERMISSION TO FILE, ON OR BEFORE MAY 25, 2007, REPLIES TO GOVERNMENT'S RESPONSES IN OPPOSITION TO MOTIONS TO SUPPRESS FILED AT DOCKETS 459, 461, AND 462, Filed on Shortened Time, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorneys, Frank Russo and Thomas C. Bradley, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

    /s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org