IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | PROPOSED ORDER GRANTING |
| | ) | DEFENDANT RANES'S MOTION FOR |
| v. | ) | PERMISSION TO FILE, ON OR BEFORE |
| | ) | MAY 25, 2007, REPLIES TO |
| THOMAS P. RANES, et al. | ) | GOVERNMENT'S RESPONSES IN |
| | ) | OPPOSITION TO MOTIONS TO SUPPRESS |
| Defendant. | ) | FILED AT DOCKETS 459, 461, AND 462 |
| | ) | |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of Defendant Ranes's Motion for Permission to File, On or Before May 25, 2007, Replies to Government's Responses In Opposition to Motions to Suppress Filed at Dockets 459, 461, and 462, the motion is GRANTED. Reply briefs may be filed on or before May 25, 2007.

DATED at Anchorage, Alaska, this _____ day of May, 2007.

JOHN D. ROBERTS
United States Magistrate Judge

*U.S. v. Thomas P. Ranes et al.*
3:06-cr-00041-RRB-JDR                    1