# APPENDIX A



**International Narcotics Control Strategy Report** -2006
Released by the Bureau for International Narcotics and Law Enforcement Affairs
March 2006

**Canada, Mexico, and Central America**

**Belize**

**I. Summary**

The Government of Belize (GOB) recognizes that the transit of cocaine and other illicit drugs is a serious problem. Its police units and the Belize National Coast Guard (BNCG) are tasked with narcotics operations and investigations. The GOB works closely with the U.S. on international crime issues and has been helpful over the last two years in the extradition of U.S. fugitives wanted for prosecution in the U.S.

**II. Status of Country**

Geographically, Belize is a significant transshipment point for illicit drugs between Colombia and Mexico. Contiguous borders with Guatemala and Mexico, large tracts of unpopulated jungles and forested areas, a lengthy unprotected coastline, hundreds of small islands and numerous navigable inland waterways, combined with the country's undeveloped infrastructure, add to its vulnerability to drug trafficking. A small amount of marijuana is cultivated in Belize, primarily for local consumption. There is no evidence of trafficking in precursor chemicals in Belize.

Law enforcement units—the Belize Police Department (BPD), the Belize Defence Force (BDF) and the International Airport Security Division—engage in counternarcotics efforts. For example, the Anti-Drug Unit (ADU) is a branch of the BPD responsible for counternarcotics operations and investigations. However, personnel shortages preclude forming a dedicated team to handle Money Laundering investigations. The Belize National Forensic Science Services (NFSS) laboratory is under the Ministry of Home Affairs; it is receiving technical assistance from the U.S.

**III. Country Actions Against Drugs in 2005**

**Policy Initiatives/Accomplishments.** Belize inaugurated the BNCG on November 28, 2005. The new coast guard has 58 members; the majority were previously members of the BDF Maritime Wing and BPD. The BNCG will play a vital role in the interdiction of illicit drugs at sea, and it will be a major collaborator with the BPD.

**Law Enforcement Efforts.** Authorities seized 2,386 kilograms of cocaine in 2005, 354 kilograms of processed cannabis, and minor quantities of other drugs. There was a significant seizure of 2,376 kilograms of cocaine in September 2005. The DEA and Regional Security Office assisted the BPD in this operation. From January through October 2005, there were 1,414 arrests and 765 drug related convictions or sentences.

The GOB's most serious internal drug problem is rooted in drug-associated criminality. Obtaining convictions remains difficult, as the Office of the Public Prosecutor remains under-trained and under-funded. The GOB has refurbished its fingerprinting program with the Panamanian government and the FBI. This is thought to be the key factor in obtaining convictions.

**Corruption.** The GOB does not facilitate the production, processing, or shipment of narcotic and psychotropic drugs or other controlled substances, and does not discourage the investigation or prosecution of such acts.

The GOB takes legal and law enforcement measures to prevent and punish public corruption. There are no laws in Belize that specifically cover narcotics-related public corruption. While there is no direct evidence of narcotics-related corruption within the government, other kinds of corruption are suspected in several areas of the government. For example, laws against bribery are rarely enforced and solicitations are reported.

**Agreements and Treaties.** Belize is a party to the 1988 UN Drug Convention. The U.S.-Belize extradition treaty entered into force in 2001, and the U.S.-Belize Mutual Legal Assistance Treaty (MLAT) in 2003. The GOB has completed enactment of implementing legislation to fulfill its obligations under the MLAT. Belize has not signed the UN Convention Against Corruption but is a party to the UN Conventional Against Transnational Organized Crime and its Trafficking in Persons protocol.

**Cultivation/Production.** The GOB conducted several successful marijuana eradication operations in 2005. By October 2005, 119,736 marijuana plants had been eradicated. There is no evidence that Belizean marijuana cultivation has any significant effect on the U.S. The BDF and BPD continue to conduct manual marijuana eradication missions on a regular basis using their own aerial reconnaissance program.

**Asset Seizure.** GOB law permits the seizure of assets connected to drug trafficking. In 2005 Belize seized six boats and currency worth US$120,000. One quarter of the proceeds of sales of seized assets are returned to the police, but little is dedicated to counternarcotics.

**International Law Enforcement Cooperation.** Belize has joined other Central American countries participating in the Cooperating Nations Information Exchange System (CNIES). The CNIES assists in locating, identifying, tracking and intercepting civil aircraft in Belize's airspace in order to facilitate the interruption of illicit drug trafficking routes and the arrest of illicit drug traffickers, which has resulted in several significant seizures in coordinated interdiction operations, particularly with Guatemala.

**Drug Flow/Transit.** Maritime routes along Belize's lengthy coastline, remote border crossings, and navigable inland waterways are the suspected means for trafficking narcotics through Belize to Mexico, Guatemala, and the U.S. The major narcotics threat in Belize is cocaine transshipment through its territorial waters for onward shipment to the U.S. The primary means for smuggling drugs are go-fast boats transiting the reef system. Armed cargo guards protect shipments of cocaine. Often the drugs are off-loaded on the ocean side near the barrier reef to smaller vessels. The vessels freely transit inside Belize waters due to numerous hiding spots and the lack of adequate host nation resources and interdiction capabilities, including intelligence information. Colombian and Mexican drug traffickers have established partnerships leading to increased Mexican drug trafficking in Belize. These Mexicans have been masterminding clandestine aircraft and sea vessel drug operations within Belize.

**Domestic Program/Demand Reduction.** GOB demand reduction efforts are coordinated by the National Drug Abuse Control Council (NDACC), which provides drug abuse education, information, counseling, rehabilitation and outreach. NDACC also operates a public commercial campaign, complete with radio advertisements and billboards, designed to discourage youths from using drugs.

### IV. U.S. Policy Initiatives and Programs

**U.S. Policy Initiatives and Bilateral Cooperation.** The U.S. strategy in Belize is to assist the GOB in developing a sustainable infrastructure to combat its drug problems effectively. In 2005, the U.S. sponsored the travel of personnel from the FBI's Criminal Justice Information Service Division (CJIS) to Belize to conduct advanced certification in fingerprinting training. The U.S. also funded a Machine Readable Passport System (MRP) for the Belize Immigration and Nationality office, inaugurated in February 2005. The USG is supporting the Belizean Forensic Laboratory through training, equipment and technical assistance in the analysis of firearms exhibits and crime scene techniques. Improved capabilities will increase the justice system's successful investigations and prosecution of crimes. The U.S. assisted the Belize National Drug Abuse Control Council (NDACC) with programs for at-risk school youth. The Belize National Coast Guard received two refurbished go-fast boats for counternarcotics operations.

**The Road Ahead.** Traffickers will continue to exploit Belize as a transshipment for cocaine. Support should focus on supporting police counternarcotics units, Belize National Coast Guard, units involved with crime

scene investigations and chain of custody, the Department of Public Prosecutions, and the Financial Investigation Unit. Projects should include providing training and equipment to all law enforcement branches, and providing equipment to the BNFSS to better handle a wide range of analysis from and crime scene processing to drug and DNA. Improvements in communication, collection of crime scene evidence and forensic examination, and increased training within the Prosecutions Office are currently being pursued in an effort to strengthen the criminal justice system in Belize.

**Canada**

**I. Summary**

In 2005, the Government of Canada (GoC) promulgated counternarcotics legislation and expanded law enforcement cooperation and programs. Canada's Health Ministry, Health Canada, released the first edition of the National Framework for Action to Reduce the Harms Associated with Alcohol and Other Drugs and Substances in Canada in November 2005.

The growth of organized crime groups is of continuing concern to Canadian law enforcement. The Criminal Intelligence Service Canada reports that foreign organized crime significantly influences all aspects of the illicit drug industry. In March 2005, four RCMP officials were killed while assisting local police in a car repossession case during which law enforcement discovered a marijuana grow operation in rural Alberta.

Canada is party to the 1988 UN Drug Convention. In 2005, Canada was elected as a member of the UN Commission on Narcotic Drugs.

**II. Status of Country**

Canada is primarily a drug-consuming country, but remains a significant producer of high quality marijuana and transit point for precursor chemicals and over-the-counter pharmaceuticals used to produce synthetic drugs (notably MDMA/ecstasy and methamphetamine). Canada is a source country for marijuana and MDMA, and a transit or diversion point for precursor chemicals and pharmaceuticals used to produce illicit synthetic drugs.

Canada's Renewed Drug Strategy (2003) provides a federal policy response to the harmful use of substances.

**III. Country Actions Against Drugs in 2005**

**Policy Initiatives.** The GoC issued the 2005 National Framework for Action to Reduce the Harms Associated with the Use of Alcohol and Other Drugs and Substances in Canada. The Framework is meant to generate dialogue by articulating a vision, setting strategic priorities, defining and clarifying roles, providing a coordinating mechanism and providing funding.

New legislation strengthened the GoC's ability to seize assets from those convicted of financially benefiting from illegal activities and enhanced cross-border intelligence sharing. In November 2005, the Parliament passed a Proceeds of Crime Bill that targets the illicit proceeds of organized crime, including serious drug offenses, and authorizes the courts to order the forfeiture of property of those convicted of either membership in a criminal organization or certain drug-related offenses.

In August, the GoC increased the maximum penalties for possession, trafficking, importation, exportation and production (ten years to life in prison) of methamphetamine. In November, the GoC implemented the Precursor Control Amendments which: strengthen verification of import and export licensing procedures, require that companies requesting those licenses provide additional detail in their initial requests, provide guidelines on the suspension and revocation of licenses for abusers and add controls of six chemicals that can be used to produce GHB and/or methamphetamine. It also authorizes pre-registration inspections of applicants for licensure, and permits Health Canada to consider adverse law enforcement information in licensure and renewal decisions.

The National Drug Manufacturers Association of Canada (NDMAC), a nonprofit industry association of health care product and over-the-counter medicine manufacturers, implemented MethWatch in early 2005. This voluntary program trains retailers to monitor and identify irregular sales of various methamphetamine precursors. It was developed in conjunction with the Royal Canadian Mounted Police (RCMP) and Health Canada and modeled after a public-private partnership program in Kansas.

**Law Enforcement Efforts.** During 2005, the RCMP conducted 430 marijuana investigations, raided 570 marijuana operations, seized nearly 250,000 marijuana plants and arrested 283 suspects. The RCMP conducted 87 clandestine laboratory investigations and 36 lab raids; over a third of the raids involved MDMA production and resulted in the seizure of 64,000 dosage units of illicit or harmful substances.

One example of many Canadian efforts against MDMA trafficking was Operation "Sweet Tooth" was a two year investigation on international MDMA and marijuana trafficking rings with drug smuggling and money laundering operations. It ranged from the Far East to North America and resulted in 291 arrests in the U.S. and Canada, and the seizure of 931,300 MDMA tablets, 1,777 pounds of marijuana, and $7.75 million in U.S. assets. DEA, the RCMP and the Canada Border Services Agency (CBSA) dismantled two major drug transportation rings. These criminal organizations were responsible for distributing 1.5 million MDMA tablets per month.

In September, Canadian authorities uncovered in rural New Brunswick one of the largest outdoor marijuana cultivations found to date. Over 20,000 plants were destroyed. Five traffickers with Asian organized crime connections were arrested. Working with the DEA and Spanish authorities, the RCMP assisted in the seizure of a yacht containing one ton of cocaine off the coast of Spain. Four of Canada's largest drug kingpins were arrested in connection with earlier seizures in the Atlantic Ocean of 1.5 metric tons of cocaine from various yachts.

**Corruption.** Canada holds its officials and law enforcement personnel to a high standard of conduct and has strong anticorruption controls in place. Civil servants found to be engaged in malfeasance of any kind are removed from office and are subject to prosecution. Investigations into accusations of wrongdoing and corruption by civil servants are thorough and credible. No senior government officials are known to engage in, encourage, or facilitate the illicit production or distribution of narcotic or psychotropic drugs or other controlled substances, or the laundering of proceeds from illegal drug transactions. As a matter of government policy, Canada neither encourages nor facilitates illicit production or distribution of narcotic or psychotropic drugs or other controlled substances, or the laundering of proceeds from illegal drug transactions.

**Agreements and Treaties.** Canada is party to the 1988 UN Drug Convention, the 1971 UN Convention on Psychotropic Substances, and the 1961 UN Single Convention as amended by the 1972 Protocol. Canada is also a party to the Inter-American Convention on Mutual Legal Assistance in Criminal Matters; the Inter-American Convention Against the Illicit Manufacturing of and Trafficking in Firearms, Ammunition, Explosives and Other Related Materials; and the Inter-American Convention Against Corruption. Canada actively cooperates with international partners. The GoC has signed 30 bilateral mutual legal assistance treaties and 87 extradition treaties.

Judicial assistance and extradition matters between the U.S. and Canada are made through a Mutual Legal Assistance Treaty (MLAT) and an extradition treaty and protocols. The USG and GoC exchange forfeited assets through a bilateral asset sharing agreement.

**Cultivation/Production.** Marijuana cultivation is a thriving industry in Canada. It has also been a relatively minimum-risk activity due to low sentences meted out by Canadian courts. A September 2005 seizure of 20,000 marijuana plants in rural New Brunswick indicates that marijuana operations are moving into nontraditional areas. Though outdoor cultivation continues, the use of large and more sophisticated indoor grow operations is increasing because it allows year-round production. The RCMP reports the involvement of ethnic Chinese and Vietnamese organized crime organizations in technologically-advanced organic grow methods that produce marijuana with elevated THC levels.

The demand for, and production of, synthetic drugs also appears to be on the rise in Canada, particularly methamphetamine and MDMA. Clandestine laboratories—traditionally located in rural areas but expanding

into urban, residential neighborhoods—are becoming larger and more sophisticated. Reports of Gamma-hydroxybutyrate (GHB) use are increasing.

**Drug Flow/Transit.** Marijuana is smuggled primarily from British Columbia, Ontario and Quebec into the U.S. by all modes of conveyance. Significant seizures of MDMA from clandestine laboratories indicate they are larger and more sophisticated organized crime operations. Prior to 2004, MDMA arrived mainly in tablet or powder form from Europe. Shipments of MDMA powder and tablets were intercepted at Canadian ports of entry, notably Montreal, Toronto and Vancouver. The CBSA reported that (as of September 30) it had seized 54,194 doses of MDMA at the border.

Methamphetamine trafficking and availability rose during 2005. Most of the domestic supply is produced in clandestine laboratories which have, over time, spread eastward across the country. Approximately 95 percent of the methamphetamine sold originates from multi-kilogram operations. Most methamphetamine labs seized in Ontario, however, were small labs operated by individuals in rural areas. In Quebec, methamphetamine traffickers manufacture and market most of the product in tablet form.

The RCMP's strategic intelligence assessment "Drug Situation in Canada—2004," (issued in September 2005) noted that Canada was a source to Japan for MDMA, methamphetamine and marijuana.

The Caribbean islands of St. Lucia, St. Maarten, Trinidad, Haiti, Jamaica and Antigua are the most common transit points for cocaine en route to Canada, followed by the U.S. Cocaine seizures at the British Columbia land border decreased in number, but increased substantially in size in 2005. Outlaw motorcycle groups, Italian and Caribbean crime groups in addition to Canadian-based independent organized groups are the principal smugglers of large cocaine shipments into Canada. Colombian brokers serve as intermediaries between Canadian organizations and Colombian producers. The CBSA reported that (as of September 30, 2005) it had seized 1.66 metric tons of cocaine at the border.

Opium and heroin seizures in Canada have risen steadily. The RCMP strategic assessment indicates that opium and heroin, originating in Afghanistan, Pakistan, Iran and India, are usually routed through a European country or the U.S., often by Southeast Asian and Southwest Asian traffickers. The CBSA reported that (as of September 30) it had seized 159.4 kilograms of opium and heroin.

**Domestic Programs.** While delivery of demand reduction, education, treatment and rehabilitation is primarily the responsibility of the provincial and territorial governments, Health Canada provides funding for these services. Canada has embarked on a number of harm reduction programs at the federal and local levels. A government-sponsored heroin injection site has been operating in Vancouver since 2003. In February 2005 the North American Opiate Medication Initiative (NAOMI) began recruiting addicts for a study to determine if addicts can live better lives if the drug is readily available. Several cities have also approved programs to distribute drug paraphernalia, including crack pipes, to chronic users.

**IV. U.S. Policy Initiatives and Programs**

**Bilateral Cooperation.** The U.S. and Canada cooperate closely at the federal, state/provincial, and local levels. The annual U.S./Canada Cross-Border Crime Forum engages policy-makers and senior operational directors in a joint effort to guide the relationship strategically, to develop a common agenda, and to enhance operational coordination. The Forum's technical working groups continue to identify priorities and areas for increased cooperation, such as intelligence sharing. For instance, U.S. and Canadian agencies collaborated on a joint cross-border drug threat assessment. These assessments also address one of the initiatives developed as part of the Security and Prosperity Partnership (SPP) action plan. Project North Star is an ongoing mechanism for law enforcement operational coordination at the state and local level. The successful joint Integrated Border Enforcement Teams (IBETs) have become a primary tool in ensuring that criminals cannot exploit the international border to evade justice. Currently, there are 15 IBET regions supported by 25 IBET teams, in which U.S. and Canadian law enforcement routinely work in tandem on border security matters.

The recently concluded shiprider agreement provides a new tool for law enforcement cooperation by providing trans-border law enforcement authority to Canadian law enforcement operating along and across the border.

During the trial operation in September 2005, the U.S. Coast Guard (USCG) and RCMP officers worked together on maritime law enforcement issues in the Great Lakes.

A second related initiative is geographic maritime inhibitors, which require officers from both countries to transit each other's waters while staying in the channel. The Great Lakes has many areas where both countries need this framework. In July 2005, the GoC requested, and the USG granted, blanket diplomatic clearance for Canadian law enforcement officers to carry their weapons while transiting in and out U.S. waters on the Great Lakes aboard Canadian government vessels. The USG is seeking reciprocal treatment for U.S. federal maritime law enforcement officers.

Canada has recently expanded cooperative efforts with the United States against illicit trafficking in the transit zone from South America to North America by deploying Maritime Patrol Assets in support of Joint Interagency Task Force South.

**Road Ahead.** The RCMP will host the 2006 International Drug Enforcement Conference (IDEC) in May in Montreal. This annual, DEA-sponsored conference brings together high-ranking law enforcement officials from over 70 countries to share drug-related information and to develop a coordinated approach to combat criminal threats. The conference will identify emerging global trends and legislative needs in developing countries, and develop strategies to better equip those countries to target international drug organizations.

In 2006, the United States and Canada will continue to pursue joint operations against drug trafficking organizations.

The USG will look to Canada for cooperation in monitoring and tracking precursor chemical activity and interception of suspicious shipments; and in addressing the rise in MDMA production in Canada. The GoC should continue to look for ways to improve its regulatory and enforcement capacity—as well as to encourage industry compliance—to prevent diversion of precursor chemicals for criminal use. Canada should also continue its efforts to identify, disrupt and prosecute money laundering operations.

In the area of interdiction, the USG seeks reciprocal treatment with respect to transit of USG vessels and personnel in and out of Canadian waters on the Great Lakes. The U.S. further encourages Canada to take steps to improve its ability to expedite investigations and prosecutions. Strengthening judicial deterrents in Canada would also be useful.

The U.S. supports Canada's efforts to increase the availability of science-based treatment programs to reduce drug use, as opposed to measures which facilitate drug abuse in the hopes of reducing some of its harmful consequences.

**Costa Rica**

**I. Summary**

Costa Rica is one of the countries straddling the critical drug transit corridor between South American suppliers and the U.S. market and has become a major transshipment point for narcotics to the United States, as well as Europe. The Government of Costa Rica (GOCR) demonstrated professionalism and reliability as a hemispheric partner in combating the ever-changing and growing drug trafficking trade, seizing a record 6,749 kilograms of cocaine and 49.38 kilograms of heroin in 2005. Costa Ricans face the threat of increasing domestic drug consumption, particularly crack cocaine, along with the violence associated with drug use and trafficking. The GOCR continued to implement its 2002 law that criminalized money laundering and to support the 1998 bilateral Maritime Counterdrug Cooperation Agreement to improve its maritime security. The Counternarcotics Institute, created in 2003, enhanced its efforts in criminal intelligence, demand reduction, asset seizure, and precursor chemical licensing. Costa Rica is a party to the 1988 UN Drug Convention.

**II. Status of Country**

Several of the primary maritime drug smuggling routes from Colombia to the U.S. cross Costa Rica's territorial