IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-041-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING** |
| | ) | **UNITED STATES MARSHALS** |
| v. | ) | **SERVICE TO MAINTAIN CUSTODY** |
| | ) | |
| THOMAS P. RANES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

WHEREAS, the United States has filed a Bill of Particulars for Forfeiture of Property at docket 491, naming certain assets as forfeitable in this case;

AND WHEREAS, the United States Marshals Service already has custody of said assets, because they were seized in 2006 and subjected to administrative forfeiture proceedings, in which one or more claims have been filed;

IT IS SO ORDERED, pursuant to 18 U.S.C. §§ 983(a)(3)(B)(ii)(I) and (II), and 983(a)(3)(C), that the United States Marshals Service is hereby directed to maintain its custody of the assets listed in the Bill of Particulars, until further order of this Court in connection with these criminal proceedings.

DATED:_____

_____
HON. RALPH R. BEISTLINE
United States District Court Judge