MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S UNOPPOSED MOTION |
| | ) | TO WAIVE PERSONAL PRESENCE AT |
| v. | ) | PRE-TRIAL CONFERENCE |
| | ) | |
| THOMAS P. RANES, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

COMES NOW Thomas P. Ranes, the defendant herein, by his attorney, Michael

Filipovic, Assistant Federal Public Defender for the Western District of Washington, and hereby

moves this Court for an order permitting a waiver of his personal appearance at the pre-trial

conference scheduled for September 17, 2007, and allowing participation telephonically from the

Federal Detention Center at SeaTac, Washington.  The government does not oppose this request.

A waiver of personal presence and participation by telephone is appropriate for the

following reasons.  Mr. Ranes is detained at the SeaTac Federal Detention Center.  He is still

recovering from hemorrhoid surgery, which would make travel for him unpleasant.  Mr. Ranes

has informed counsel that he prefers to participate telephonically from FDC SeaTac.  Moreover,

moving Mr. Ranes to and from Anchorage, Alaska, for this pre-trial conference would make Mr.

Ranes unavailable to defense counsel during much of the time that he was in Anchorage awaiting

return to Seattle.

Undersigned counsel has been advised by the legal staff at FDC SeaTac that Mr. Ranes

and counsel could participate telephonically by speaker telephone from an office in a secure

location.  Undersigned counsel would travel to Anchorage to be personally present for the pre-

trial conference and would have another attorney from the Federal Defender's Office present

with Mr. Ranes at the Federal Detention Center for the phone conference.  Mr. Ranes and

defense counsel request that his personal presence for the pre-trial conference be waived and he

be allowed to participate telephonically from FDC SeaTac.

DATED this 28th day of August, 2007.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 28, 2007, I electronically filed the foregoing

DEFENDANT'S UNOPPOSED MOTION TO WAIVE PERSONAL PRESENCE AT PRE-

TRIAL CONFERENCE with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following: Frank V. Russo, James N. Barkeley and Thomas C.

Bradley, Assistant United States Attorneys, Federal Building & U.S. Courthouse, 222 West 7th

Avenue, #9, Room 253, Anchorage, Alaska 99513.


/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org