IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER GRANTING |
| v. | ) | DEFENDANT RANES'S UNOPPOSED |
| | ) | MOTION TO WAIVE PERSONAL |
| THOMAS P. RANES, et al. | ) | PRESENCE AT PRE-TRIAL CONFERENCE |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter having come before the Court on the defendant's unopposed motion to waive his personal presence at the pre-trial conference in this matter, the Court, having reviewed the motion and the records and files herein,

IT IS ORDERED that Defendant Thomas P. Ranes's waiver of personal presence at the pre-trial conference is accepted, and that he will be allowed to participate telephonically from FDC SeaTac.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
JOHN D. ROBERTS
United States Magistrate Judge