NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov
       tom.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-00041-RRB-JDR |
|  | ) |  |
| Plaintiff, | ) | MOTION FOR ORDER TO |
|  | ) | COMPEL PRODUCTION OF |
| vs. | ) | HANDWRITING EXEMPLARS |
|  | ) |  |
| THOMAS P. RANES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

Plaintiff, United States of America, by and through its undersigned counsel, hereby applies for an order compelling defendant THOMAS P. RANES to furnish the government with handwriting exemplars on the following grounds:

1.  A review of the evidence has revealed a number of handwritten documents which may have been written by and/or signed by the defendant. These documents include a handwritten letter sent from the jail, ledger notations, deposit slips, and others. Some of these documents have been recently received.

2.  Because these documents are directly relevant and necessary to the instant case, samples of the defendant's handwriting are necessary for comparison purposes.

It is well established that defendants cannot refuse to provide handwriting exemplars based on their right not to incriminate themselves. To receive Fifth Amendment protection, a person's statement or act must: (1) constitute testimonial communication; (2) be compelled; and (3) incriminate the person in a criminal proceeding. U.S. Const., amend. V. The giving of handwriting exemplars does not constitute a testimonial communication. <u>Gilbert v. California</u>, 388 U.S. 263, 266-67 (1967)(handwriting exemplar is not a testimonial communication, but rather an act that provides an identifying physical characteristic which is outside the protection of the Fifth Amendment); <u>see also</u>, <u>United States v. Valenzuela</u>, 722 F.2d 1431, 1433 (9th Cir. 1983)(handwriting exemplars are not testimonial and are, therefore, not covered under the Fifth Amendment).

WHEREFORE, the United States requests the Court to order the defendant to provide handwriting exemplars at the Federal Detention Center-Sea Tac on or before September 14, 2007.

RESPECTFULLY submitted this 4th day of September, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Thomas C. Bradley
Assistant U.S. Attorney
222 West Seventh Ave, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: tom.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**
I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on September 4, 2007, via ECF:

| | |
|---|---|
| **Michael Filipovic** <br> (Counsel for ▲Thomas P. Ranes, Def. 1 ) <br> Federal Public Defender <br> 1601 Fifth Avenue, Suite 700 <br> Seattle, WA 98101 <br> Tel: 206/553-1100 <br> Fax: 206/553-0120 | **Michael Dieni** <br> **Kevin McCoy** <br> (Counsel for ▲ Nopenon Dennis Shine, Def. 2) <br> 601 W. 5th Ave., Suite 800 <br> Anchorage, AK 99501 <br> Tel: 646-3400 <br> Fax: 646-3480 |
| **Phillip P. Weidner** <br> (Counsel for ▲ Dylan N. Bales, Def. 3) <br> 330 L St., Suite 200 <br> Anchorage, AK 99501 <br> Tel: 276-1200 <br> Fax: 278-6571 | **William D. English** <br> (Counsel for ▲ Curtis McDonald, Def. 4) <br> 310 K St., Ste. 200 <br> Anchorage, AK 99501 <br> Tele: 264-6722 <br> Fax:  277-0712 |
| **Rex Lamont Butler** <br> (Counsel for ▲ Kevin Browning, Def. 5) <br> 745 W. 4th Ave., Suite 300 <br> Anchorage, AK 99501 <br> Tel: 272-1497 <br> Fax: 276-3306 | **Joe P. Josephson** <br> (Counsel for ▲ Robert McDonald, Def. 6) <br> 912 W. 6th Avenue <br> Anchorage, AK 99501-2024 <br> Tel: 276-0151 <br> Fax: 276-0155 |
| **Robert M. Herz** <br> (Counsel for ▲ Joshua S. Murphy, Def. 7) <br> 425 G Street, Suite 600 <br> Anchorage, AK  99501 <br> Tel:  (907) 277-7171 <br> Fax: (907) 277-0281 | **Allan Beiswenger** <br> (Counsel for ▲ Justin Killian, Def. 8) <br> 1101 W. 7th Avenue <br> Anchorage, AK  99501 <br> Tel: (907) 868-1280 <br> Fax: (907) 258-6419 |
| **Thomas Wonnell** <br> (Counsel for ▲Rodney Rhoden, Def. 9 ) <br> 2600 Denali St., Suite 460 <br> Anchorage, AK 99503 <br> Tel: 276-8008 <br> Fax: 278-8571 | **Scott Sterling** <br> (Counsel for ▲ James R. Ranes, Def. 10 ) <br> 851 E. Westpoint Drive, Ste. 201 <br> Wasilla, AK 99654 <br> Tel: (907) 376-8076 <br> Fax: 907-376-8078 |
| **Darryl L. Thompson** <br> (Counsel for ▲ William C. Yancey, Def. 16) <br> 841 I Street <br> Anchorage, AK  99501 <br> Tel: (907)272-9322 <br> Fax: (907)277-1373 | **Allen N. Dayan** <br> (Counsel for ▲ Yin Tak Miu, Def. 17) <br> 745 West 4th Avenue, Suite 400 <br> Anchorage, AK 99501 <br> Tel: 277-2330 <br> Fax: 277-7780 |

s/ Danielle Newberry
Legal Assistant

USA v. Thomas P. Ranes
3:06-cr-00041-RRB-JDR                                         4