IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS P. RANES,<br><br>　　　　Defendant. | ) No.  3:06-cr-00041-RRB-JDR<br>)<br>)<br>)<br>) **[PROPOSED]**<br>) **ORDER TO COMPEL**<br>) **PRODUCTION OF**<br>) **HANDWRITING EXEMPLARS**<br>)<br>)<br>) |

Having considered the government's motion to compel production of handwriting exemplars, IT IS HEREBY ORDERED that the government's motion is GRANTED / DENIED.  Defendant is ordered to submit handwriting exemplars as directed by a federal law enforcement officer on or before September ____, 2007.

　　　IT IS SO ORDERED.

　　　DATED this ____ day of September, 2007, at Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Court Judge