MICHAEL FILIPOVIC
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  3:06-cr-00041-RRB-JDR |
| | ) | |
| Plaintiff, | ) | NOTICE OF INTENT TO APPEAR |
| | ) | TELEPHONICALLY AT PRETRIAL |
| v. | ) | CONFERENCE |
| | ) | |
| THOMAS P. RANES, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW attorney, Michael Filipovic, Assistant Federal Public Defender for the

Western District of Washington, and hereby states that he will appear telephonically with his

//

//

//

//

client, Thomas P. Ranes, at the pretrial conference scheduled for 1:15 p.m. on Friday, September 14, 2007.  Mr. Filipovic and his client will call Meet Me Bridge A at (907) 677-6246.

    DATED this 13th day of September, 2007.

                                      /s/ Michael Filipovic
                                      MICHAEL FILIPOVIC
                                      WSBA No. 12319
                                      First Assistant Federal Public Defender
                                      Attorney for Thomas P. Ranes
                                      Federal Public Defender
                                      1601 Fifth Avenue, Suite 700
                                      Seattle, WA 98101
                                      Tel. (206) 553-1100
                                      Fax (206) 553-0120
                                      Michael_Filipovic@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2007, I electronically filed the foregoing NOTICE OF INTENT TO APPEAR TELEPHONICALLY AT PRETRIAL CONFERENCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frank V. Russo and Thomas C. Bradley, Assistant United States Attorneys, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

/s/ Michael Filipovic
MICHAEL FILIPOVIC
WSBA No. 12319
First Assistant Federal Public Defender
Attorney for Thomas P. Ranes
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Michael_Filipovic@fd.org