```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs.  THOMAS P. RANES      CASE NO. 3:06-CR-00041-01-RRB
Defendant:  X Present Telephonically  X In Custody
U.S.A. vs.  NOPENON DENNIS SHINE  CASE NO. 3:06-CR-00041-02-RRB
Defendant:  X Present   X In Custody
U.S.A. vs.  CURTIS H. MCDONALD    CASE NO. 3:06-CR-00041-04-RRB
Defendant:  X Present   X In Custody
U.S.A. vs.  WILLIAM C. YANCEY     CASE NO. 3:06-CR-00041-16-RRB
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:     FRANK RUSSO/THOMAS BRADLEY

DEFENDANT'S ATTORNEY:  MICHAEL FILIPOVIC-Telephonic for deft Ranes
                       PAULA DEUTSCH, Telephonic for deft Ranes
                       ALLEN BENTLEY-CJA APPOINTED- Telephonic for
                       deft Ranes
                       MICHAEL DIENI/KEVIN MCCOY for deft Shine
                       STEVEN WELLS - TELEPHONIC for deft McDonald
                       DARRYL THOMPSON for deft Yancey
```

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD 09/14/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:18 p.m. court convened.

Court and counsel heard re possible proposed plea agreements for defendant's Ranes, Shine, McDonald and Yancey.

Court ordered Mr. Michael Filipovic **WITHDRAWN** as attorney for defendant Ranes. Court Appointed Mr. Allen Bentley as CJA Counsel for defendant Ranes. CJA Clerk notified.

Court ordered Mr. Bentley to file his Entry of Appearance and file his Unopposed Motion to continue the Trial by Jury date with the Clerk's Office as soon as possible.

Status Conference set **September 25, 2007 at 1:15 p.m.** for defendant Ranes, Mr. Ranes and Mr. Bentley to appear telephonic.

Continued To Page 2

DATE:  September 14, 2007      DEPUTY CLERK'S INITIALS:    CME

Revised 6-18-07

```
                     Continuation - Page 2
         USA v. Thomas P. Ranes, 3:06-CR-00041-01-RRB
       USA v. Nopenon Dennis Shine, 3:06-CR-00041-02-RRB
        USA v. Curtis H. McDonald, 3:06-CR-00041-04-RRB
        USA v. William C. Yancey, 3:06-CR-00041-16-RRB
                     Final Pretrial Conference
                        September 14, 2007
```
--------------------------------------------------------------------

Status Conference set **September 25, 2007 at 11:30 a.m.** for defendant Shine.

Proposed Change of Plea set **September 25, 2007 at 11:00 a.m.** for defendant McDonald.

Proposed Change of Plea set **September 25, 2007 at 10:00 a.m.** for defendant Yancey.

Defendant's Ranes, Shine, McDonald and Yancey's detention continued.

At 1:30 p.m. court adjourned.

DATE:     September 14, 2007       DEPUTY CLERK'S INITIALS:   CME

Revised 6-18-07