ALLEN R. BENTLEY
LAW OFFICES OF ALLEN R. BENTLEY
1111 Third Avenue
Suite 2220
Seattle, WA 98101
(206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net
Attorney for Defendant Thomas P. Ranes

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> THOMAS P. RANES, ) <br> ) <br> Defendant. ) | No. 3: 06-cr-00041-RRB-JDR <br><br> NOTICE OF APPEARANCE |

TO:    Clerk
       United States District Court
       District of Alaska

AND TO:    FRANK V. RUSSO
           Assistant United States Attorney
           Office of the United States Attorney
           222 West 7th Avenue, #9, Rm. 253
           Anchorage, AK  99513-5071

PLEASE TAKE NOTICE that the Law Offices of Allen R. Bentley hereby enter their

appearance as counsel for the defendant, Thomas P. Ranes, and request that all further notices,

1

papers and pleadings be served on them, either via the ECF system (at abentley@concentric.net) or at the physical address set forth below.

DATED this 14th day of September, 2007.

Respectfully submitted,

LAW OFFICES OF ALLEN R. BENTLEY

By: /s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net

CERTIFICATE OF SERVICE

I certify that on September 14, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the United States of America, Assistant United States Attorney Frank V. Russo.

By: /s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net