```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  THOMAS RANES   CASE NO.  3:06-CR-00041-01-RRB
Defendant:  X Present Telephonically   X In Custody

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        TOM BRADLEY/FRANK RUSSO

DEFENDANT'S ATTORNEY:           ALLEN BENTLEY, TELEPHONIC

PROCEEDINGS: STATUS HEARING HELD 09/25/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:19 p.m. court convened.

Court and counsel heard re defendant's oral motion to continue Trial by Jury.

Arguments heard.

Court heard; defendant's oral motion to continue Trial by Jury **GRANTED.**

Court found excludable delay under 18 U.S.C. Section 3161 (h)(8)(A)(B) Continuance Granted (h)(8)(B)(ii) Case Complex (h)(8)(B)(iv) Give reasonable time to prepare.

Trial by Jury set October 15, 2007 at 8:30 a.m. is **VACATED.**

Final Pretrial Conference set **April 10, 2008 at 9:00 a.m.**
Trial by Jury set **April 14, 2008 at 8:30 a.m.**

Court and counsel heard re defendant's oral request to have an Alaska Investigator assist in the case and also request that the court authorize a second attorney to assist. Court ordered the defendant to file a written motion regarding these issues.

Court and counsel heard re jury selection and trial procedures.

Defendant's detention continued.

At 1:32 p.m. court adjourned.


DATE:    September 25, 2007      DEPUTY CLERK'S INITIALS:   CME

Revised 6-18-07