**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  THOMAS P. RANES  </u>

DATE:  <u>  September 27, 2007  </u>   CASE NO.  <u>  3:06-CR-0041-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
                 **RE SPEEDY TRIAL**

---

      Counsel for Defendant shall present the attached Speedy Trial Waiver form to this client for signature and file it with the Court on or before **October 10, 2007**.  If Defendant is unwilling to execute the waiver form, the Court shall be notified accordingly and a hearing will be scheduled.