IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THOMAS P. RANES,

        Defendant.

Case No. 3:06-cr-0041-RRB

**WAIVER OF SPEEDY TRIAL**

I, THOMAS P. RANES, understand that the Speedy Trial Act of 1974 (18 U.S.C. § 3161) imposes time limits within which criminal defendants must be brought to trial.

I have requested a continuance of my trial date in this matter and, after conferring with counsel, hereby waive my right to speedy trial and agree to trial the week of April 14, 2008.

I agree that the ends of justice would be best served by such a continuance.

DATED: _____    Defendant: _____

Defense Counsel: _____