IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>THOMAS P. RANES,<br><br>      Defendant. | Case No. 3:06-cr-0041-RRB<br><br>**WAIVER OF SPEEDY TRIAL** |

      I, THOMAS P. RANES, understand that the Speedy Trial Act of 1974 (18 U.S.C. § 3161) imposes time limits within which criminal defendants must be brought to trial.

      I have requested a continuance of my trial date in this matter and, after conferring with counsel, hereby waive my right to speedy trial and agree to trial the week of April 14, 2008.

      I agree that the ends of justice would be best served by such a continuance.

DATED: 9/28/07      Defendant: _[signature]_

      Defense Counsel: _[signature]_
      ALLEN R. BENTLEY
      #12275 (W.S.B.A.)

CERTIFICATE OF SERVICE

I certify that on September 28, 2007, I electronically filed the foregoing Waiver of Speedy Trial with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the United States of America, Assistant United States Attorney Frank V. Russo.

```
                              By: /s/ Allen R. Bentley
                                  ALLEN R. BENTLEY
                                  WSBA No. 12275
                                  Law Offices of Allen R. Bentley
                                  1111 Third Avenue
                                  Seattle, WA  98101
                                  Telephone: (206) 343-9391
                                  Fax: (206) 682-3746
                                  Email:  abentley@concentric.net
```