IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>THOMAS P. RANES,<br><br>            Defendant. | Case No. 3:06-cr-0041-RRB<br><br>**<u>ORDER DENYING MOTION<br>AT DOCKET 415</u>** |

   Before the Court, at Docket 415, is Defendant Thomas P. Ranes with a Motion to Suppress Computer and E-mail Account Evidence.  The motion was opposed by the Government at Docket 463.  The matter was thoroughly briefed and was the subject of a Recommendation by the Magistrate Judge at Docket 502, objections thereto at Docket 512, and a Final Recommendation at Docket 707.

   After having thoroughly reviewed all the relevant pleadings, the Court hereby **ADOPTS** the Magistrate Judge's recommendations and **DENIES** the aforesaid Motion to Suppress.  There clearly was probable cause to issue the search warrant that gave rise to the search of Defendant's computer and e-mail account.

**IT IS SO ORDERED.**

ENTERED this 1st day of February, 2008.

          S/RALPH R. BEISTLINE
          UNITED STATES DISTRICT JUDGE