NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov
       thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>THOMAS P. RANES,<br><br>             Defendant. | No.  3:06-CR-00041-01-RRB-JDR<br><br>**NOTICE OF INTENT TO CHANGE PLEA**<br><br>**FILED ON SHORTENED TIME** |

COMES NOW Plaintiff United States of America, by and through undersigned counsel, jointly with the defendant's attorney, Allen R. Bentley, and hereby notifies this court that defendant, Thomas P. Ranes, wishes to change his

plea in the above-referenced case. A written plea agreement has been signed by all parties and will be filed with the court following this notice.

Counsel for both parties requests that the February 8, 2007, ex parte hearing, scheduled for 10:00am with Judge Roberts, and the Status Hearing, scheduled for 2:00pm with Judge Roberts, be vacated in order to proceed with a change of plea proceeding.

Counsel for defendant Ranes is in Anchorage from Seattle through Friday, February 8, and the parties respectfully request a change of plea hearing on that day, if possible.

RESPECTFULLY submitted this <u>7th</u> day of February, 2008, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney


        <u>s/ Thomas C. Bradley</u>
        THOMAS C. BRADLEY
        Assistant U. S. Attorney
        Federal Building & U.S. Courthouse
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008
a copy of the foregoing NOTICE was served
electronically through ECF on:

Allen Bentley
Thomas Burke Wonnell
Steven M. Wells
Philip Paul Weidner
Darryl L. Thompson
Joseph P. Josephson
Robert M. Herz
Paula S. Deutsch
Allen N. Dayan
Rex Lamont Butler
Kevin F. McCoy
Scott A. Sterling
Allan D. Beiswenger


s/ Thomas C. Bradley

Office of the U.S. Attorney