```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   THOMAS P. RANES      CASE NO. 3:06-CR-00041-01-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:     RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:    ALEXIS GUTIERREZ / CAROLINE EDMISTON

UNITED STATES' ATTORNEY:  THOMAS BRADLEY

DEFENDANT'S ATTORNEY:     ALLEN R. BENTLEY

U.S.P.O.:                 PAMELA SHAW

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING
             HELD FEBRUARY 08, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant stated true name:  Same as Above   DOB: 10-9-1974

 X Defendant changed pleas to guilty on counts 1, 119, and
   137 of the Second Superceding Indictment. Defendant **ADMITTED**
   allegations in counts 141, and 142 of the Second Superceding
   Indictment.

 X Imposition of Sentence set for **April 24, 2008 at 9:00 a.m.**

 X OTHER: Final Pretrial Conference set for April 10, 2008 at
   9:00 a.m. is **VACATED;** Trial by Jury set for April 14,
   2008 at 8:30 a.m. is **VACATED.** Hearing's set in front of
   Magistrate Judge John D. Roberts at 10:00 a.m. and 2:00 p.m.
   In this case are **VACATED.** Court and Counsel heard re Plea
   Agreement and Forfeiture Counts.

At 9:11 a.m. court recessed matter until 9:19 a.m.

 X OTHER: Court and heard re Defendant's admission re forfeiture
   of interest as to defendant's property.

Defendant's detention continued.

At 9:21 a.m. court adjourned.


DATE: February 8, 2008    DEPUTY CLERK'S INITIALS:   AXG/CME


Revised 6-18-07