IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-041-01-RRB |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY ORDER OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| THOMAS P. RANES (D-01), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rule of Criminal Procedure 32.2(b) and based upon defendant THOMAS P. RANES' February 8, 2008 Plea Agreement and guilty pleas to Counts 1, 119, and 137 of the Second Superseding Indictment, and admission to Criminal Forfeiture Counts 141 and 142, and the Court's acceptance of the defendant's guilty pleas, admissions, and Plea Agreement, the Court finds that the defendant's interest, if any, in the following property, is property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation, to which the defendant has pled guilty and been convicted, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, thereby rendering said property subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2):

1. 2004 BLACK MERCEDES-BENZ MODEL E55, SEDAN 4-DOOR, VIN WDBUF76J54A421493, Alaska License Plate Number ERK649;

2. 2005 BEIGE FORD F250 SUPER DUTY, 4-DOOR EXTENDED CAB PICKUP TRUCK, VIN 1FTSX21P95ED33593, Alaska License Plate Number EVG533;

3. 2001 WHITE 5TH WHEEL GOOSENECK FLATBED TRAILER, VIN

5BYEG24201E000551, Alaska License Plate Number 1769SH;

4. 2005 SILVER TRITON ENCLOSED SNOWMACHINE TRAILER, VIN 4TCSU22045HP01335 Alaska License Plate Number 9091RN;

5. 2000 BLACK FORD F350 EXTENDED CAB DUALLY PICKUP TRUCK, VIN 1FTWX33F2YEC74029, Alaska License Plate Number ENF430;

6. 2006 FLATBED ALUMINUM TRAILER, Alaska License Plate Number 5115RN;

7. VOLVO L-110E FRONT END LOADER;

8. SMITH & WESSON .45 CALIBER 1911 PISTOL, Serial Number JRE9940;

9. GLOCK MODEL 36 .45 CALIBER ACP PISTOL (Single Stack), Serial Number FNW506;

10. 2001 BLUE FORD MUSTANG GT COUPE, VIN 1FAFP42X91F124652, Alaska License Plate Number EPH366;

11. 2004 BLACK FORD EXPEDITION EDDIE BAUER, 4-DOOR WAGON/SPORT UTILITY, VIN 1FMPU18L94LA04832, Alaska License Plate Number EMC331;

12. 2003 H2 HUMMER, VIN Unknown, Alabama License Plate Number Unknown;

13. 2002 BLACK SLND FLATBED, VIN 2S9EB331X21029929, Alaska License Plate Number 5271RL;

14. 2005 WHITE TRAILKING FLATBED TRAILER, VIN 1TKU016285M010123, Alaska License Plate Number 4191SK;

15. 1993 BLUE FORD F250 SUPER CAB PICKUP TRUCK With Diamond Plate Bed Side Protectors, VIN 1FTHX26H2PKA88541, Alaska License Plate Number 9267CX;

16. 2004 WHITE FORD F450 SUPER DUTY, 4-DOOR EXTENDED CAB CHASSIS, VIN 1FDXX47P84EC50305, Alaska License Plate Number

ETD875;

17. 2006 TAN TRAILKING FLATBED TRAILER, VIN 1TKU016286M072915, Alaska License Plate Number 5702SK;

18. 2002 BLACK HAULMARK ENCLOSED FLATBED CAR TRAILER, VIN 4XSGB28232G037941, Alaska License Plate Number 8686RP;

19. YELLOW FLATBED TOW TRUCK, Acquired From Green's Towing, VIN Unknown, Alaska License Plate Number Unknown;

20. 2004 YELLOW INTERNATIONAL FLATBED TOW TRUCK, VIN 1HTMMAAM44H654555, Alaska License Plate Number EMF695 ;

21. 2003 FORD MUSTANG COBRA, STREET LEGAL DRAGSTER, Manufactured By SKINNY KID RACING, Color: Yellow With Red Flames;

22. 1964 RED PONTIAC GTO, 2-Door, VIN 824F23210, Alaska License Plate Number EWK484 ;

23. CUSTOMIZED GOLF CART;

24. 1971 GREEN CHEVROLET STANDARD CAB SHORTBED 4X4 PICKUP TRUCK, Serial Number KE141S669517, Alaska License Plate Number ENT716;

25. 1994 BLUE FORD F350 DUALLY CREW CAB 4X4 PICKUP TRUCK, VIN 1FTJW36H9REA36299, Alaska License Plate Number EHD375;

26. 2001 MALIBU WAKESETTER BOAT, MODEL 21VL, HULL NUMBER US-MB2K6978F303, Including Accessories;

27. HAULMARK BOAT TRAILER MODEL Po110590, Manufactured by Extreme Engineering, VIN 5DBBB22253R000903, Alabama License Plate Number 5TR3916;

28. 1994 CHEVROLET KODIAK C6H042 TOW TRUCK, With Tow Equipment, VIN 1GBE6H1J6RJ107351, Alaska License Plate Number DYL348;

29. 1996 HAULMARK G824T3 ENCLOSED CAR TRAILER, VIN

      16HGB2420TU004179;

30. 2004 SEA DOO BOMBARDIER RXP JET SKI, VIN ZZN42618C404;

31. 2004 SEA DOO BOMBARDIER RXP JET SKI, VIN ZZN57196F404;

32. 2004 SHORELANDER MIDWEST DUAL JET SKI 2200 TRAILER, VIN 1MDKNKK124A281488;

33. 2005 POLARIS ATV SPORTSMAN 800 EFI, VIN 4XAMH76A65A611162;

34. 2005 POLARIS ATV SPORTSMAN 800 EFI, VIN 4XAMH76A05A381103;

35. 2005 POLARIS MODEL S05PL8DSC SNOWMACHINE, VIN SN1PL8DS25C540503, Alaska License Plate Number SD0331;

36. 1998 SKI DOO SNOWMACHINE, VIN 140700798;

37. WEATHERBY MARK V .338 CALIBER RIFLE, Serial Number SS008083;

38. SMITH & WESSON MODEL 329 .44 MAGNUM REVOLVER, Serial Number CFZ3604;

39. 1990 FORD MUSTANG RACE CAR, BLUE, VIN 1FACP40E3LF200941, Alaska License Plate Number DXS406;

40. $10,930.00 IN UNITED STATES CURRENCY;

41. $46,911.64 HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025;

42. $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268;

43. $28,871.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808;

44. $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509;

45. REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504;

46. REAL PROPERTY LOCATED AT 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507;

47. REAL PROPERTY DESCRIBED AS NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515;

48. 2004 FORD F350 PICKUP TRUCK, VIN 1FDWF37L14EC82504;

49. 2005 RENEGADE MOTORHOME MODEL 22/12 32', VIN 1FVHA6CK85LN39363;

50. 2005 KIBBI LLC RENEGADE CAR TRAILER, VIN 1K9500T3661160003;

51. 2004 FORD F150 PICKUP TRUCK, VIN 1FTWW33P64EB71492;

52. 2005 CHEVROLET K2500HD SILVERADO PICKUP TRUCK, EXTENDED CAB, VIN 1GCHK292X5E121481;

53. GLOCK MODEL 29 10MM HANDGUN, Serial Number CKS783;

54. OLYMPIC ARMS MODEL CAT-AR .223 CALIBER RIFLE, Serial Number 03383;

55. MOSSBERG MODEL 500A 12 GAUGE SHOTGUN, Serial Number R154267;

56. $90,700.00 IN UNITED STATES CURRENCY, Seized April 22, 2006, From Joe Bryant At 1301 Muldoon Road, Anchorage, Alaska;

57. 2005 FORD F350, FLATBED WELDING TRUCK, VIN 1FDWF37P95EC46760;

58. 2005 BOMBARDIER SKIDO 800H0 SUMMIT ADRENALIN 144", VIN 2BPSCK5A75V000305, Alaska License Plate Number SD2509;

59. 2006 CHEVROLET C2500 DIESEL TRUCK, GRAY IN COLOR, VIN 1GCHK232X6F133621, Alaska License Plate Number EWV384;

60. GLOCK MODEL 36, .45 ACP (SINGLE STACK), PISTOL, Serial Number FNW506;

61. SMITH & WESSON MODEL 329, .44 MAGNUM, REVOLVER, Serial Number CFZ3604;

62. SMITH & WESSON .45 CALIBER PISTOL WITH MALASER SIGHTS, Serial Number JRE9940;

63. GLOCK 9MM PISTOL, Serial Number HFR612;

64. MARIJUANA GROW EQUIPMENT, Consisting of Tanks, Lights, Water Pumps, Ballasts, Timers, Generator, Fans, Heaters, & Humidifier;

65. SMITH & WESSON .357 AIRLITE HANDGUN, Serial Number CFU4243;

66. REMINGTON MODEL 7, 7MM RIFLE, WITH LUEPOLD SCOPE, Serial Number S7643871;

67. 2001 THUNDER JET MAXIM/RB BOAT WITH TRAILER, Serial Number AHQ10070E101, Alaska License Plate Number 6678-AB;

68. 5 KRUGERRAND COINS, 1 OZ. EACH, & 4 NATURAL GOLD NUGGETS;

69. 1998 FORD EXPLORER, BLUE IN COLOR, VIN 1FMYU24E8WUA48979, Alaska License Plate Number ESY775;

70. BOBCAT LOADER, Serial Number 512221357;

71. 2006 HARLEY-DAVIDSON FATBOY MOTORCYCLE, VIN 1HD1BMY166Y028106, Alaska License Plate Number 8054RP;

72. 2003 HONDA CR125 MOTORCYCLE, SILVER IN COLOR, VIN JH2JE01363M503762;

73. 2004 FORD F350 WITH BOSS ATTACHMENTS, WHITE IN COLOR, VIN 1FDWF37L14EC82504, Alaska License Plate Number ESS312;

74. 2004 INGERSOLL RAND LIGHTSOURCE, Serial Number 340570UJN789;

75. 1993 FORD MUSTANG LX SPORT, BLACK IN COLOR, VIN 1FACP41E4PF165721, Washington License Plate Number 636UAJ;

76. 1971 CHEVROLET EL CAMINO, RED IN COLOR, VIN 136801L106392;

77. GENIE MODEL S-80 4WD MANLIFT, Serial Number 305;

78. 2004 YAMAHA 4-WHEELER RAPTOR ATV, BLACK IN COLOR, VIN UNKNOWN;

79. $25,000.00 IN UNITED STATES CURRENCY, Seized June 26, 2006, From Justin Killian at 7001 Kathleen Circle, Anchorage, Alaska;

80. 2004 F250 HARLEY DAVIDSON SUPER DUTY CREW PICKUP TRUCK, BLACK IN COLOR, VIN 1FTNW21P44EC05499, Alaska License Plate Number ESX174;

81. 2005 HONDA RUBICON ATV, YELLOW IN COLOR, VIN 1HFTE260X54401644;

82. 2004 TRITON ELITE 16-101 FLATBED ALUMINUM TRAILER, VIN 4TCSS21494H102505, Alaska License Plate Number 5609RN; and

83. $13,250.43 IN THE FORM OF A CASHIER'S CHECK, Seized June 28,

2006, From First National Bank Alaska Account Held In The Name Of Thomas Michael Cody, IV.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The above-described property is hereby condemned and forfeited to the United States of America pursuant to 21 U.S.C. § 853, and the defendant shall forthwith forfeit all his right, title and interest, if any, that he has in said property.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the United States Marshals Service or the Department of Treasury, or their respective contractor, is authorized to seize and take possession of the above-described property and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said property, and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the United States Marshals Service or the Department of Treasury shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The notice shall be published once in each of three consecutive weeks in the Anchorage Daily News or any other appropriate newspaper of general circulation. The notice shall state that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

U.S. v. THOMAS P. RANES (D-1)
Case No. 3:06-cr-041-01
Preliminary Order of Forfeiture                8

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a final order of forfeiture in which all interests will be addressed.

DATED: February 14, 2008

_____
HON. RALPH R. BEISTLINE
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-041-01-RRB |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY ORDER OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| THOMAS P. RANES (D-01), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 32.2(b) and based upon defendant THOMAS P. RANES' February 8, 2008 Plea Agreement and guilty pleas to Counts 1, 119, and 137 of the Second Superseding Indictment, and admission to Criminal Forfeiture Counts 141 and 142, and the Court's acceptance of the defendant's guilty pleas, admissions, and Plea Agreement, the Court finds that the defendant's interest, if any, in the following property, is property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation, to which the defendant has pled guilty and been convicted, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, thereby rendering said property subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2):

1. 2004 BLACK MERCEDES-BENZ MODEL E55, SEDAN 4-DOOR, VIN WDBUF76J54A421493, Alaska License Plate Number ERK649;

2. 2005 BEIGE FORD F250 SUPER DUTY, 4-DOOR EXTENDED CAB PICKUP TRUCK, VIN 1FTSX21P95ED33593, Alaska License Plate Number EVG533;

3. 2001 WHITE 5TH WHEEL GOOSENECK FLATBED TRAILER, VIN

5BYEG24201E000551, Alaska License Plate Number 1769SH;

4. 2005 SILVER TRITON ENCLOSED SNOWMACHINE TRAILER, VIN 4TCSU22045HP01335 Alaska License Plate Number 9091RN;

5. 2000 BLACK FORD F350 EXTENDED CAB DUALLY PICKUP TRUCK, VIN 1FTWX33F2YEC74029, Alaska License Plate Number ENF430;

6. 2006 FLATBED ALUMINUM TRAILER, Alaska License Plate Number 5115RN;

7. VOLVO L-110E FRONT END LOADER;

8. SMITH & WESSON .45 CALIBER 1911 PISTOL, Serial Number JRE9940;

9. GLOCK MODEL 36 .45 CALIBER ACP PISTOL (Single Stack), Serial Number FNW506;

10. 2001 BLUE FORD MUSTANG GT COUPE, VIN 1FAFP42X91F124652, Alaska License Plate Number EPH366;

11. 2004 BLACK FORD EXPEDITION EDDIE BAUER, 4-DOOR WAGON/SPORT UTILITY, VIN 1FMPU18L94LA04832, Alaska License Plate Number EMC331;

12. 2003 H2 HUMMER, VIN Unknown, Alabama License Plate Number Unknown;

13. 2002 BLACK SLND FLATBED, VIN 2S9EB331X21029929, Alaska License Plate Number 5271RL;

14. 2005 WHITE TRAILKING FLATBED TRAILER, VIN 1TKU016285M010123, Alaska License Plate Number 4191SK;

15. 1993 BLUE FORD F250 SUPER CAB PICKUP TRUCK With Diamond Plate Bed Side Protectors, VIN 1FTHX26H2PKA88541, Alaska License Plate Number 9267CX;

16. 2004 WHITE FORD F450 SUPER DUTY, 4-DOOR EXTENDED CAB CHASSIS, VIN 1FDXX47P84EC50305, Alaska License Plate Number

ETD875;

17. 2006 TAN TRAILKING FLATBED TRAILER, VIN 1TKU016286M072915, Alaska License Plate Number 5702SK;

18. 2002 BLACK HAULMARK ENCLOSED FLATBED CAR TRAILER, VIN 4XSGB28232G037941, Alaska License Plate Number 8686RP;

19. YELLOW FLATBED TOW TRUCK, Acquired From Green's Towing, VIN Unknown, Alaska License Plate Number Unknown;

20. 2004 YELLOW INTERNATIONAL FLATBED TOW TRUCK, VIN 1HTMMAAM44H654555, Alaska License Plate Number EMF695 ;

21. 2003 FORD MUSTANG COBRA, STREET LEGAL DRAGSTER, Manufactured By SKINNY KID RACING, Color: Yellow With Red Flames;

22. 1964 RED PONTIAC GTO, 2-Door, VIN 824F23210, Alaska License Plate Number EWK484 ;

23. CUSTOMIZED GOLF CART;

24. 1971 GREEN CHEVROLET STANDARD CAB SHORTBED 4X4 PICKUP TRUCK, Serial Number KE141S669517, Alaska License Plate Number ENT716;

25. 1994 BLUE FORD F350 DUALLY CREW CAB 4X4 PICKUP TRUCK, VIN 1FTJW36H9REA36299, Alaska License Plate Number EHD375;

26. 2001 MALIBU WAKESETTER BOAT, MODEL 21VL, HULL NUMBER US-MB2K6978F303, Including Accessories;

27. HAULMARK BOAT TRAILER MODEL Po110590, Manufactured by Extreme Engineering, VIN 5DBBB22253R000903, Alabama License Plate Number 5TR3916;

28. 1994 CHEVROLET KODIAK C6H042 TOW TRUCK, With Tow Equipment, VIN 1GBE6H1J6RJ107351, Alaska License Plate Number DYL348;

29. 1996 HAULMARK G824T3 ENCLOSED CAR TRAILER, VIN

      16HGB2420TU004179;

30.    2004 SEA DOO BOMBARDIER RXP JET SKI, VIN ZZN42618C404;

31.    2004 SEA DOO BOMBARDIER RXP JET SKI, VIN ZZN57196F404;

32.    2004 SHORELANDER MIDWEST DUAL JET SKI 2200 TRAILER, VIN 1MDKNKK124A281488;

33.    2005 POLARIS ATV SPORTSMAN 800 EFI, VIN 4XAMH76A65A611162;

34.    2005 POLARIS ATV SPORTSMAN 800 EFI, VIN 4XAMH76A05A381103;

35.    2005 POLARIS MODEL S05PL8DSC SNOWMACHINE, VIN SN1PL8DS25C540503, Alaska License Plate Number SD0331;

36.    1998 SKI DOO SNOWMACHINE, VIN 140700798;

37.    WEATHERBY MARK V .338 CALIBER RIFLE, Serial Number SS008083;

38.    SMITH & WESSON MODEL 329 .44 MAGNUM REVOLVER, Serial Number CFZ3604;

39.    1990 FORD MUSTANG RACE CAR, BLUE, VIN 1FACP40E3LF200941, Alaska License Plate Number DXS406;

40.    $10,930.00 IN UNITED STATES CURRENCY;

41.    $46,911.64 HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025;

42.    $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268;

43.    $28,871.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808;

44.    $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509;

45. REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504;

46. REAL PROPERTY LOCATED AT 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507;

47. REAL PROPERTY DESCRIBED AS NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515;

48. 2004 FORD F350 PICKUP TRUCK, VIN 1FDWF37L14EC82504;

49. 2005 RENEGADE MOTORHOME MODEL 22/12 32', VIN 1FVHA6CK85LN39363;

50. 2005 KIBBI LLC RENEGADE CAR TRAILER, VIN 1K9500T3661160003;

51. 2004 FORD F150 PICKUP TRUCK, VIN 1FTWW33P64EB71492;

52. 2005 CHEVROLET K2500HD SILVERADO PICKUP TRUCK, EXTENDED CAB, VIN 1GCHK292X5E121481;

53. GLOCK MODEL 29 10MM HANDGUN, Serial Number CKS783;

54. OLYMPIC ARMS MODEL CAT-AR .223 CALIBER RIFLE, Serial Number 03383;

55. MOSSBERG MODEL 500A 12 GAUGE SHOTGUN, Serial Number R154267;

56. $90,700.00 IN UNITED STATES CURRENCY, Seized April 22, 2006, From Joe Bryant At 1301 Muldoon Road, Anchorage, Alaska;

57. 2005 FORD F350, FLATBED WELDING TRUCK, VIN 1FDWF37P95EC46760;

58. 2005 BOMBARDIER SKIDO 800H0 SUMMIT ADRENALIN 144", VIN 2BPSCK5A75V000305, Alaska License Plate Number SD2509;

59. 2006 CHEVROLET C2500 DIESEL TRUCK, GRAY IN COLOR, VIN 1GCHK232X6F133621, Alaska License Plate Number EWV384;

60. GLOCK MODEL 36, .45 ACP (SINGLE STACK), PISTOL, Serial Number FNW506;

61. SMITH & WESSON MODEL 329, .44 MAGNUM, REVOLVER, Serial Number CFZ3604;

62. SMITH & WESSON .45 CALIBER PISTOL WITH MALASER SIGHTS, Serial Number JRE9940;

63. GLOCK 9MM PISTOL, Serial Number HFR612;

64. MARIJUANA GROW EQUIPMENT, Consisting of Tanks, Lights, Water Pumps, Ballasts, Timers, Generator, Fans, Heaters, & Humidifier;

65. SMITH & WESSON .357 AIRLITE HANDGUN, Serial Number CFU4243;

66. REMINGTON MODEL 7, 7MM RIFLE, WITH LUEPOLD SCOPE, Serial Number S7643871;

67. 2001 THUNDER JET MAXIM/RB BOAT WITH TRAILER, Serial Number AHQ10070E101, Alaska License Plate Number 6678-AB;

68. 5 KRUGERRAND COINS, 1 OZ. EACH, & 4 NATURAL GOLD NUGGETS;

69. 1998 FORD EXPLORER, BLUE IN COLOR, VIN 1FMYU24E8WUA48979, Alaska License Plate Number ESY775;

70. BOBCAT LOADER, Serial Number 512221357;

71. 2006 HARLEY-DAVIDSON FATBOY MOTORCYCLE, VIN 1HD1BMY166Y028106, Alaska License Plate Number 8054RP;

72. 2003 HONDA CR125 MOTORCYCLE, SILVER IN COLOR, VIN JH2JE01363M503762;

73. 2004 FORD F350 WITH BOSS ATTACHMENTS, WHITE IN COLOR, VIN 1FDWF37L14EC82504, Alaska License Plate Number ESS312;

74. 2004 INGERSOLL RAND LIGHTSOURCE, Serial Number 340570UJN789;

75. 1993 FORD MUSTANG LX SPORT, BLACK IN COLOR, VIN 1FACP41E4PF165721, Washington License Plate Number 636UAJ;

76. 1971 CHEVROLET EL CAMINO, RED IN COLOR, VIN 136801L106392;

77. GENIE MODEL S-80 4WD MANLIFT, Serial Number 305;

78. 2004 YAMAHA 4-WHEELER RAPTOR ATV, BLACK IN COLOR, VIN UNKNOWN;

79. $25,000.00 IN UNITED STATES CURRENCY, Seized June 26, 2006, From Justin Killian at 7001 Kathleen Circle, Anchorage, Alaska;

80. 2004 F250 HARLEY DAVIDSON SUPER DUTY CREW PICKUP TRUCK, BLACK IN COLOR, VIN 1FTNW21P44EC05499, Alaska License Plate Number ESX174;

81. 2005 HONDA RUBICON ATV, YELLOW IN COLOR, VIN 1HFTE260X54401644;

82. 2004 TRITON ELITE 16-101 FLATBED ALUMINUM TRAILER, VIN 4TCSS21494H102505, Alaska License Plate Number 5609RN; and

83. $13,250.43 IN THE FORM OF A CASHIER'S CHECK, Seized June 28,

2006, From First National Bank Alaska Account Held In The Name Of Thomas Michael Cody, IV.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The above-described property is hereby condemned and forfeited to the United States of America pursuant to 21 U.S.C. § 853, and the defendant shall forthwith forfeit all his right, title and interest, if any, that he has in said property.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the United States Marshals Service or the Department of Treasury, or their respective contractor, is authorized to seize and take possession of the above-described property and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said property, and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the United States Marshals Service or the Department of Treasury shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The notice shall be published once in each of three consecutive weeks in the Anchorage Daily News or any other appropriate newspaper of general circulation. The notice shall state that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

U.S. v. THOMAS P. RANES (D-1)
Case No. 3:06-cr-041-01
Preliminary Order of Forfeiture                    8

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a final order of forfeiture in which all interests will be addressed.

DATED: February 14, 2008

**REDACTED SIGNATURE**

HON. RALPH R. BEISTLINE
United States District Court Judge