IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-CR-00041-RRB |
| ) | |
| Plaintiff, ) | **[PROPOSED]** |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| THOMAS P. RANES and ) | |
| NOPENONE DENNIS SHINE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Having considered the motion filed by the United States to continue the imposition of sentence in the above-captioned matter, IT IS HEREBY ORDERED that the hearing will take place on _____, 2008, at _____ a.m. / p.m.

**IT IS SO ORDERED**.

DATED this _____ of March, 2008, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE