ALLEN R. BENTLEY
LAW OFFICES OF ALLEN R. BENTLEY
1111 Third Avenue
Suite 2220
Seattle, WA 98101
Tel.: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net
Attorney for Thomas P. Ranes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:06-cr-00041-RRB-JDR |
| | ) | |
| v. | ) | DEFENDANT RANES'S |
| | ) | MOTION FOR LEAVE TO |
| THOMAS P. RANES, | ) | WITHDRAW GUILTY PLEA |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, Thomas P. Ranes, by and through his undersigned attorney, hereby moves the court, pursuant to Fed. R. Crim. P., Rule 11(d)(1), for an order (1) permitting him to withdraw the guilty plea that he made on February 8, 2008 and (2) setting this case for trial.

This motion is based on the accompanying Notice of Withdrawal of Guilty Plea and the accompanying memorandum of law.

DATED this 30th day of April, 2008.

        Respectfully submitted,

        LAW OFFICES OF
        ALLEN R. BENTLEY


        By: /s/ Allen R. Bentley
           ALLEN R. BENTLEY
           WSBA No. 12275
           Law Offices of Allen R. Bentley
           1111 Third Avenue
           Seattle, WA  98101
           Telephone: (206) 343-9391
           Fax: (206) 682-3746
           Email:  abentley@concentric.net

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing Defendant Ranes's Motion for Leave to Withdraw Guilty Plea with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys for the United States of America, Assistant United States Attorneys Frank Russo and Thomas Bradley.

                    By: /s/ Allen R. Bentley
                        ALLEN R. BENTLEY
                        WSBA No. 12275
                        Law Offices of Allen R. Bentley
                        1111 Third Avenue
                        Seattle, WA  98101
                        Telephone: (206) 343-9391
                        Fax: (206) 682-3746
                        Email:  abentley@concentric.net