ALLEN R. BENTLEY
LAW OFFICES OF ALLEN R. BENTLEY
1111 Third Avenue
Suite 2220
Seattle, WA 98101
Tel.: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net
Attorney for Thomas P. Ranes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:06-cr-0041-RRB-JDR |
| v. | ) | |
| | ) | DEFENDANT RANES'S NOTICE |
| THOMAS P. RANES, | ) | OF WITHDRAWAL OF GUILTY PLEA |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:     Clerk
        United States District Court
        District of Alaska

AND TO: Frank Russo
        Thomas Bradley
        Assistant United States Attorneys
        Office of the United States Attorney
        District of Alaska

   PLEASE TAKE NOTICE that, pursuant to Rule 11(d)(1), the defendant Thomas P. Ranes hereby withdraws the guilty plea that he offered on February 8, 2008 and requests that this case be set for a jury trial on a date convenient for the court and opposing counsel.

*United States v. Thomas P. Ranes, et al.*
3:06-cr-00041-RRB-JDR

DATED this 30th day of April, 2008.

_____
THOMAS P. RANES

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing Defendant Ranes's Notice of Withdrawal of Guilty Plea with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys for the United States of America, Assistant United States Attorneys Frank Russo and Thomas Bradley.

By: /s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net