**\*AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __THOMAS P. RANES__   CASE NO. __3:06-CR-00041-01-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: __RALPH R. BEISTLINE__

DEPUTY CLERK/RECORDER: __ALEXIS GUTIERREZ / CAROLINE EDMISTON__

UNITED STATES' ATTORNEY: __THOMAS BRADLEY__

DEFENDANT'S ATTORNEY: __ALLEN R. BENTLEY__

U.S.P.O.: __PAMELA SHAW__

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING
             HELD FEBRUARY 08, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: __Same as Above__  DOB:__10-9-1974__

_X_ Defendant changed pleas to guilty on counts __1, 119, and
    137 of the Second Superceding Indictment. Defendant **ADMITTED**
    allegations in counts 141, and 142 of the Second Superceding
    Indictment.__

_X_ **\***Court accepted pleas. Referred to P.O. for Presentence
    Report.

_X_ Imposition of Sentence set for **April 24, 2008 at 9:00 a.m.**

_X_ OTHER: __Final Pretrial Conference set for April 10, 2008 at
    9:00 a.m. is **VACATED;** Trial by Jury set for April 14,
    2008 at 8:30 a.m. is **VACATED.** Hearing's set in front of
    Magistrate Judge John D. Roberts at 10:00 a.m. and 2:00 p.m.
    In this case are **VACATED.** Court and Counsel heard re Plea
    Agreement and Forfeiture Counts.__

At 9:11 a.m. court recessed matter until 9:19 a.m.

_X_ OTHER: __Court and heard re Defendant's admission re forfeiture
    of interest as to defendant's property.__

Defendant's detention continued.

At 9:21 a.m. court adjourned.

\*Amended Information.

DATE: __May 5, 2008__   DEPUTY CLERK'S INITIALS: __AXG/CME__
Revised 6-18-07