SILENCER ISSUE

Westlaw Delivery Summary Report for BENTLEY,ALLEN 3792901

| | |
|---|---|
| Your Search: | silencer /p decibel*   = 20 cases — none in 9th Cir. |
| Date/Time of Request: | Wednesday, February 20, 2008 10:47 Central |
| Client Identifier: | RANES |
| Database: | FCJ-CS |
| Citation Text: | 270 F.3d 1076 |
| Lines: | 623 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson, West and their affiliates.

**EXHIBIT A TO DECLARATION OF ALLEN R. BENTLEY**