ALLEN R. BENTLEY
LAW OFFICES OF ALLEN R. BENTLEY
1111 Third Avenue
Suite 2220
Seattle, WA 98101
Tel.: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net
Attorney for Thomas P. Ranes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-cr-00041-RRB-JDR |
| | ) | |
| v. | ) | DEFENDANT'S MOTION FOR A |
| | ) | CONTINUANCE OF SENTENCING |
| THOMAS P. RANES, | ) | AND FOR AN EXTENSION OF TIME |
| | ) | WITHIN WHICH TO FILE HIS |
| Defendant. | ) | SENTENCING MEMORANDUM |
| | ) | |

Defendant, Thomas P. Ranes, by and through through his undersigned attorney, hereby moves the court for a 60-day continuance of his sentencing, which is currently scheduled for June 4, 2008, and for an extension of the deadline by which he must file his sentencing memorandum, which is currently scheduled for May 27, 2008.

This motion is based on all of the prior papers and proceedings herein, and on the accompanying declaration of defense counsel.

*United States v. Thomas P. Ranes, et al.*
3:06-cr-00041-RRB-JDR

DATED this  21st  day of May, 2008.

        Respectfully submitted,

        LAW OFFICES OF
        ALLEN R. BENTLEY


        By: /s/ Allen R. Bentley
            ALLEN R. BENTLEY
            WSBA No. 12275
            Law Offices of Allen R. Bentley
            1111 Third Avenue
            Seattle, WA  98101
            Telephone: (206) 343-9391
            Fax: (206) 682-3746
            Email:  abentley@concentric.net

CERTIFICATE OF SERVICE

     I hereby certify that on May 21, 2008, I electronically filed the foregoing Defendant Ranes's Motion to for a Continuance of Sentencing and for an Extension of Time within which to file his Sentencing Memorandum with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys for the United States of America, Assistant United States Attorneys Frank Russo and Thomas Bradley.

          By: /s/ Allen R. Bentley
             ALLEN R. BENTLEY
             WSBA No. 12275
             Law Offices of Allen R. Bentley
             1111 Third Avenue
             Seattle, WA  98101
             Telephone: (206) 343-9391
             Fax: (206) 682-3746
             Email:  abentley@concentric.net