ALLEN R. BENTLEY
LAW OFFICES OF ALLEN R. BENTLEY
1111 Third Avenue
Suite 2220
Seattle, WA 98101
Tel.: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net
Attorney for Thomas P. Ranes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) | DECLARATION IN SUPPORT OF DEFENDANT RANES'S MOTION FOR A |
| v. | ) ) | CONTINUANCE OF HIS SENTENCING AND FOR AN EXTENSION OF THE |
| THOMAS P. RANES, | ) ) | DEADLINE FOR FILING A SENTENCING MEMORANDUM |
| Defendant. | ) ) | |

STATE OF WASHINGTON   )
                     ) ss.:
COUNTY OF KING       )

    I, ALLEN R. BENTLEY, hereby declare under the penalties of perjury that the following statements are true:

    1. I am the attorney for the defendant in this case. I am fully familiar with the facts set forth herein. I submit this declaration in support of the defendant's motion for a 60-day continuance of his sentencing and for an extension of time within which to file a sentencing

*United States v. Thomas P. Ranes, et al.*
3:06-cr-00041-RRB-JDR

memorandum. It is respectfully requested that the deadline for filing a sentencing memorandum be set at two weeks after the court has ruled on the defendant's pending motion for leave to withdraw his guilty plea [CR 754].

    2. Mr. Ranes entered his guilty pleas (hereafter, "the guilty plea") to three counts in the Second Superseding Indictment on February 8, 2008 [CR 721]. Sentencing was set for April 24, 2008. On March 4, 2008, the government filed a motion for a continuance of the sentencing, which Mr. Ranes did not oppose [CR 732]. On March 5, 2008, Mr. Ranes's sentencing was continued until June 4, 2008 [CR 734]. The court also provided that Mr. Ranes's sentencing memorandum would be due by not later than May 27, 2008.

    3. On April 30, 2008, Mr. Ranes filed notice of withdrawal of guilty plea, a motion for leave to withdraw his guilty plea, and a supporting memorandum of law [CR 754, 755, 756]. On May 8, 2008, Mr. Ranes filed further supporting declarations by himself and by his counsel [CR 760, 761]. On May 14, 2008, the government filed a response, opposing the motion to withdraw the plea [CR 778]. As yet the court has not made a decision on the motion to withdraw the plea.

    4. Mr. Ranes's sentencing memorandum is due to be filed by not later than May 27, 2008. I am seeking a 60-day continuance of the sentencing in this case, as well as an extension of time within which to file a sentencing memorandum. Under the current deadline, the defendant is in the awkward position of being required to file a sentencing memorandum, before knowing whether or not he will be permitted to withdraw his guilty plea. If defendant files a sentencing memorandum and withdrawal of the guilty plea is later permitted, such that the case is placed back on the calendar for a jury trial, defendant's memorandum may have unnecessarily

revealed matters of trial strategy and his counsel may have unnecessarily made admissions that could be used against him, either as affirmative evidence or to impeach his testimony if he should take the stand at his trial.  Furthermore, this case has attracted significant media attention.  The sentencing memorandum will be a matter of public record.  Statements made in the sentencing memorandum, if widely reported in the media, could unnecessarily impact the ability of the defendant to secure a fair and impartial jury, if the case were set for trial in this district.  As Mr. Ranes's counsel, I feel that I have an obligation to seek to avoid those eventualities.

     5. We submit that it would be preferable for the court to rule on the motion to withdraw the guilty plea, before requiring Mr. Ranes to submit a sentencing memorandum.  We therefore request that the deadline for filing a sentencing memorandum be extended to 14 days after the denial, if such there is, of the motion for leave to withdraw the guilty plea.

     6. Additional time may also be appropriate in light of the possibility that the court will appoint special counsel to review the course of this case leading up to the guilty plea, an action which may be warranted given possible issues concerning my representation of Mr. Ranes and the possibility that I would need to testify at an evidentiary hearing.  A separate motion seeking such relief is being filed simultaneously with the current motion for a continuance.  If special counsel is appointed, he or she may decide that a hearing is required to probe the facts surrounding my representation of Mr. Ranes and his decision to enter the guilty plea.

     7. Mr. Ranes faces a 30-year sentence, if the court accepts the plea agreement.  He is in custody.  All of the cooperating witnesses against him are either in custody or released under court supervision.  Given the lengthy sentence called for by the plea agreement, it would be

appropriate to take special care in developing the facts surrounding the motion to withdraw the plea.

8. On May 21, 2008, I emailed Thomas Bradley, one of the prosecutors in this case, to ask if he would agree to a continuance of the sentencing for the reasons outlined in this declaration. Mr. Bradley said that the government would not consent. Mr. Bradley offered to agree to submit the motion to withdraw the guilty plea to the court on the pleadings and to ask that the motion be decided prior to June 4th, a proposal that I did not accept.

9. For all the foregoing reasons, it is respectfully requested that a continuance of sentencing, and of the deadline for filing a sentencing memorandum, be granted.

DATED this  21st  day of May, 2008.

/s/ Allen R. Bentley
ALLEN R. BENTLEY

CERTIFICATE OF SERVICE

  I hereby certify that on May 21, 2008, I electronically filed the foregoing Declaration in Support of Defendant Ranes's Motion for a Continuance of Sentencing and for an Extension of the Deadline for Filing a Sentencing Memorandum with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys for the United States of America, Assistant United States Attorneys Frank Russo and Thomas Bradley.

              By: /s/ Allen R. Bentley
                 ALLEN R. BENTLEY
                 WSBA No. 12275
                 Law Offices of Allen R. Bentley
                 1111 Third Avenue
                 Seattle, WA  98101
                 Telephone: (206) 343-9391
                 Fax: (206) 682-3746
                 Email:  abentley@concentric.net