ALLEN R. BENTLEY
LAW OFFICES OF ALLEN R. BENTLEY
1111 Third Avenue
Suite 2220
Seattle, WA 98101
Tel.: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net
Attorney for Thomas P. Ranes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-cr-00041-RRB-JDR |
| | ) | |
| v. | ) | DEFENDANT'S MOTION FOR |
| | ) | THE APPOINTMENT OF SPECIAL |
| THOMAS P. RANES, | ) | COUNSEL |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, Thomas P. Ranes, by and through  through his undersigned attorney, hereby moves the court for the appointment of special counsel who could review the performance of Allen R. Bentley, advise Mr. Ranes of possible bases for withdrawal of his guilty plea, and represent Mr. Ranes at an evidentiary hearing, if one is held, into the circumstances leading up to Mr. Ranes's plea.

This motion is based on all of the prior papers and proceedings herein, and on the accompanying declaration of defense counsel.  The legal basis for this motion is Guide to Judiciary Policies and Procedures, Chapter II, Part B ("Appointment of Counsel"), §2.11.

DATED this  21st  day of May, 2008.

         Respectfully submitted,

         LAW OFFICES OF
         ALLEN R. BENTLEY


        By: /s/ Allen R. Bentley
         ALLEN R. BENTLEY
         WSBA No. 12275
         Law Offices of Allen R. Bentley
         1111 Third Avenue
         Seattle, WA  98101
         Telephone: (206) 343-9391
         Fax: (206) 682-3746
         Email:  abentley@concentric.net

CERTIFICATE OF SERVICE

    I hereby certify that on May 21, 2008, I electronically filed the foregoing Defendant Ranes's Motion for the Appointment of Special Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys for the United States of America, Assistant United States Attorneys Frank Russo and Thomas Bradley.

    By: /s/ Allen R. Bentley
        ALLEN R. BENTLEY
        WSBA No. 12275
        Law Offices of Allen R. Bentley
        1111 Third Avenue
        Seattle, WA  98101
        Telephone: (206) 343-9391
        Fax: (206) 682-3746
        Email:  abentley@concentric.net