SERVING ALL OF ALASKA

**Yukon Equipment**

2020 E. 3rd Avenue • Anchorage, AK 99501-2994 • Phone: (907) 276-1541 • Fax: (907) 276-6795

a division of WESTERN POWER & EQUIPMENT

April 28, 2008

Honorable Ralph R. Beistline
United States District Judge

Re: Letter of recommendation for Tom Ranes.

I am Earl P Lackey. owner of Alaska Raceway Park, Vice President of Yukon Equipment, Inc., elder and past President of King of Kings Lutheran Church, board member and past President of MTA (our local telephone cooperative), board member of Mat Valley Sportsman and member of Palmer Chamber of Commerce.

I first got to know Tom Ranes through my son Jim Lackey in 2001 when he was helping Tom with some of the repairs on his racecar and further while he was racing with us at Alaska Raceway Park. This also led into business dealings between his welding and fabrication shop and Yukon Equipment where he did some fabrication work for us and also bought a trailer and mini-excavator. Tom was always honorable and polite in his dealings with us at Alaska Raceway Park and Yukon Equipment. Also in 2004 and 2005 Tom's business was one of our sponsors at Alaska Raceway Park.

I have been informed that Tom has pled guilty to marijuana smuggling and money laundering charges and faces a stipulated 30 year sentence. It is very hard to believe that Tom could possibly be involved with this type of operation. Tom has a great love for his family, especially his son, and his life revolved around his children and his work. Tom was always at work at 7 AM and knew all the major oilfield companies. His shop was always backlogged with work to be done, plus he had a crew of welders working in the oilfield in Prudhoe Bay, Alaska. Tom was always polite, "yes sir" and "yes mam" and "can I help you". He was never, no matter how high the stress, an in your face kind of person.

I believe Tom got mixed up in something he couldn't get out of. He is a very good person that made a mistake and took the easy way to increase his business and now has to pay for that mistake. I sincerely believe if he was released tomorrow or 30 years from now he will never make that mistake again. I do hope you will accept this plea agreement even though I firmly believe it is too severe for Tom.

I work with people in my roll as director of our telephone company, managing Yukon Equipment and leading our church and I feel I am a fairly good judge of a person's character. Tom Ranes is not a violent man. He does not drink, do drugs or use foul language. He is never out with the party crowd, but home with his family, working on his race car or running his business. It is a shame he got tangled up in this mess and now our system will take an intelligent productive person out of our society.

Sincerely,

*Earl P Lackey*
Earl P Lackey