480 County Road 620
Shubuta, MS. 39360
April 14, 2008

Hon. Ralph R. Beistline
United States District Judge

Re: Thomas Peyton Ranes

Your Honor:

    My name is Ann Miller Robinson. I have raised five boys (current ages 21 to 38), am a wife, a grandmother of 14, and currently the caregiver to my 53 year old sister, Virginia.

    My husband, Stan, and I relocated to Mississippi from Townsend, Tennessee so I could care for my terminally ill parents and my sister in September 2004. My daddy died November 2004 and my mother in April 2005. Virginia was in an automobile accident at the age of 15 and was unconscious for over a year. Although mentally and intellectually she is fine, Virginia is physically handicapped. She can't speak, can't stand or walk and is fed by a feeding tube. I promised my daddy Virginia wouldn't go into a nursing facility as long as I was physically able to care for her. Although I'm several years older than Virginia, God has blessed me with good health (and lots of patience).

    As a result of my responsibilities to my family I am not currently employed. My past employment includes working for an Alabama State Representative as his office manager, a paralegal for several different attorneys and co-owner with my husband in a business involving property management for oil companies (the day to day operating and maintenance of producing oil wells). In addition to my past employment I was involved in the usual school and extra curricular activities involved with raising five boys---- PTA, scouts, fishing, camping etc. I've always been active in church. I've worked to establish rural water service , a volunteer fire department and at election polls while residing in Baldwin County, Alabama. Caring for my sister limits my time away from home now however, I still participate in church, working election polls and will be a mentor for the local elementary school this fall.

    I have known Tom his entire life. His mother, Anna, and I have been friends since 1962. I attended church with Tom and his family until I moved from Baldwin County, Alabama in 1990. I taught Tom in Sunday School. My children and the Ranes children played together, rode the school bus together and visited in each other's homes.

    Tom, even as a preteen, was really good at "fixing" things, be it an automobile or a lawnmower. As a young teenager, he even helped with repairs to the first decrepit fire

truck our small rural community was able to obtain. Tom was always a hard worker and I never knew of him being in any trouble. He was interested in racing as a teenager and spent time with my now deceased brother tinkering on a race car. Tom was just always an industrious kid and not one prone to sit in front of the television etc. I never knew of Tom getting in to fights or committing any kind of violence. One thing I can assure you, nothing is secret in small rural southern communities. We tend to know everything about everybody for at least 3 generations back. I've never known Tom to be anything but hardworking and honest. I can't tell you how shocked I (and my entire family) was to hear of Tom's involvement in all this illegal activity. My sons were so surprised and still do not believe that Tom has been or ever will be violent. I feel the same way.

I know Tom has pled guilty to marijuana smuggling and money-laundering charges and entered into an agreement that includes a 30-year prison sentence. I understand Tom broke the law and has to pay for the crimes he committed, however, I truly believe if Tom were released today he would not re-offend nor commit any act of violence. It saddens me to know Tom will be imprisoned during the prime of his life.

I have maintained contact with Anna but I received my first direct contact with Tom this past week via email. In the email Tom wrote "Bet you never expected me to be in this much trouble, huh. Well neither did I". He told me what he had done and that he had entered into an agreement to serve 30 years. He also said "Now don't worry about me. You know I've always made the best of whatever situation I'm in." My heart breaks for Tom, his children, his family and especially for his mother. I pray for them daily.

I respectfully request you to accept the agreement in Tom's case.

Sincerely,

Ann Miller Robinson