ALLEN R. BENTLEY
LAW OFFICES OF ALLEN R. BENTLEY
1111 Third Avenue
Suite 2220
Seattle, WA 98101
Tel.: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net
Attorney for Thomas P. Ranes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>        Plaintiff,             )<br>                               )<br>    v.                         )<br>                               )<br>THOMAS P. RANES,               )<br>                               )<br>        Defendant.             )<br>_____) | DEFENDANT THOMAS P. RANES'S SUPPLEMENTAL SENTENCING MEMORANDUM<br><br>No. 3:06-cr-00041-RRB-JDR |

On February 8, 2008, defendant Thomas P. Ranes entered pleas of guilty to Counts 1, 119 and 137. Given the court's recent ruling on Mr. Ranes's subsequent motion for leave to withdraw his guilty plea [CR 817], it appears that this matter will go forward with sentencing on **June 4, 2008 at 9:00 a.m.**, as scheduled.

Earlier today, defense counsel received additional letters of support from persons who are well acquainted with the character of Mr. Ranes. The first of these letters (attached as Exhibit A) is from Mr. Ranes's ex-father-in-law, Royal Harris. Mr. Harris, a former City Council member and Mayor of Kotzebue, echoes the view expressed by others – Mr. Ranes is not a violent person.

He is a hard worker with a personality that can best be described as "winsome, pleasant, upbeat, and helpful." The second letter (attached as Exhibit B) is from Mr. and Mrs. Charlie Ross. Mr. Ross is a correctional officer in the state system; Mrs. Ross, a dental hygienist. Mr. and Mrs. Ross have known Mr. Ranes since 2000 and have worked with him through their pile driving business, in which they joint-ventured varoius jobs with his welding firm. The Rosses formed a positive impression of Mr. Ranes. "We have never known him to threaten or use violence in any of his actions or conversations and some of our customers that met Tom on the job sites commented what a personable guy he was."

In most cases, if letters of this type were forthcoming, defense counsel would point to them as supporting a request for leniency. This case is different. It involves an 11(c)(1)(C) plea agreement calling for a stipulated 30-year sentence. We do not believe that a 30-year sentence can appropriately be characterized as "lenient." It is harsh, particularly in the context of a guidelines range that we calculate to be 210 to 262 months (see our original sentencing memorandum, CR 819, at page 6).

The government seeks to portray Mr. Ranes as a "manipulator" (Government's Sentencing Memorandum, CR 820, page 14). We offer the attached letters in rebuttal to the government's contentions, which are based on the self-interested, role-minimizing statements of a confessed murderer who has not yet been sentenced. Mr. Shine's motive is obvious. By contrast, it is unlikely that a man could pull the wool over the eyes of the father of his ex-wife (especially after a divorce and the ensuing painful child visitation dispute, which would normally

be expected to give rise to bias against the ex-son-in-law), or be successful in tricking long-time business associates, as to his true character.

 In our view, the letters are an adequate refutation of the government's assertions. The plea agreement is too harsh and should be rejected.

 DATED this  2nd  day of June, 2008.

         Respectfully submitted,

         LAW OFFICES OF
         ALLEN R. BENTLEY


         By: /s/ Allen R. Bentley
          ALLEN R. BENTLEY
          WSBA No. 12275
          Law Offices of Allen R. Bentley
          1111 Third Avenue
          Seattle, WA  98101
          Telephone: (206) 343-9391
          Fax: (206) 682-3746
          Email:  abentley@concentric.net

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing Defendant Ranes's Supplemental Sentencing Memorandum with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys for the United States of America, Assistant United States Attorneys Frank Russo and Thomas Bradley.

By: /s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA  98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email:  abentley@concentric.net