29 May 2008
Anchorage, Alaska

Honorable Ralph R. Beistline
United States District Judge

Re: Tom Ranes Sentencing

I was Tom Ranes' father in law. Tom and my daughter have since divorced.

I have been employed for thirty eight years by the same tug and barge company, Crowley, working in Kotzebue from 1969 to 1985, Seattle from 1985 to 2003, and now Anchorage since the spring of 2003. During the 17 years we (my spouse Carolyn and I) lived in Kotzebue I served as President of the Board of Directors of Kotzebue Electric Association, City Councilman, and Mayor of the City of Kotzebue. Carolyn and I are active participants in Church's wherever we have lived.

Tom was introduced to me by my daughter as her boy friend and fiancé some nine years ago. In that relationship he was a good son in law to me. On one occasion he installed a door to the attic in our residence in Tacoma. Another time he replaced the entire front end on my son's 85 Buick. My son would otherwise have been without transportation. I was astounded by his capabilities and amazed by his willingness to help. Tom has always been respectful and appreciative toward me.

His apparent involvement in criminal activity and subsequent incarceration has culminated in the destruction of his family and thus has been a catastrophe for my family as you might imagine. I have read various news accounts of these activities. Now I understand that Tom has pled guilty to marijuana smuggling and money laundering and faces a stipulated 30 year sentence.

During the time I have known Tom he has consistently been a hard and willing worker, moreover too hard a worker. I have never seen him at any time become angry or violent. His personality and demeanor have always been winsome, pleasant, upbeat, and helpful.

While I cannot offer advice, please allow me to communicate that I do believe that the duration of the plea agreement is such that it's unlikely my longevity will allow me to see Tom released from prison.

Thank you for your attention it this regard.

Sincerely,

Royal Harris