**Subject:** Re: Letter to Court
**From:** Paula Ross
**Date:** Mon, 02 Jun 2008 08:51:22 -0800
**To:** abentley@concentric.net

The Honorable Ralph R. Beistline
United States District Judge

My name is Charlie Ross; I am a Shift Supervisor at the Anchorage Correctional Complex for the State of Alaska Department of Corrections in Anchorage Alaska. My wife, Paula is a dental hygienist and we also have a small part time pile driving business that does foundation work for decks, docks, cabins and such.

My association with Tom Ranes started in 2000 when we were introduced by a mutual friend. At the time, he operated a small welding and automotive repair shop in Anchorage. We worked together on several jobs; Tom doing the welding and we did the pile driving. As his business grew, we joint ventured a number of jobs. His business provided a truck and welder for a percentage of the work done.

On Tom's behalf, we would like to tell you that in our presence he was a very intelligent, energetic, hard working young man that was friendly, polite, respectful and giving. He was a dedicated father who really loved his kids; he seemed like the typical all american Dad. We have never known him to threaten or use violence in any of his actions or conversations and some of our customers that met Tom on the job sites commented what a personable guy he was.

If you should have any other questions, please feel free to contact us at the above phone number.

Sincerely,
Charlie and Paula Ross