USA V. TOM RANES
FACE-TO-FACE CONTACT - CI/RANES     RECORDING: RG060018-015 (02/03/06)

Page 2

1                    PROCEEDINGS
2         CI:  They're tryin' to cheat me out of some
3    money.
4         RANES:  Who is?
5         CI:  No.  Well, see, this...
6         RANES:  Give me their name, I'll send somebody
7    over.
8         CI:  The -- that's one way to handle
9    arbitration.
10        RANES:  (Laughter).
11        CI:  Mediation.  I'll send the guys over.
12        RANES:  _____.
13        CI:  I'm tellin' ya', that's the way it is.
14   Shoplifters.  Hey, we got the, ah -- we got it.  Look
15   at this.  They -- I mean, they're gonna let her do it.
16   I'm gonna, ah -- if you can just give -- give her that.
17   It tells the instructions on how to open the door and
18   everything.  The key pad.
19        All right.  Let me make a copy of this,
20   because this is the early occupancy agreement so she
21   can get in there at 40 bucks a day.  That's not bad.
22   Because they usually take the payment and divide that
23   by 30, you know.  So, with her payment, it would have
24   been higher than that.  So that's good.  Okay?  Thumbs
25   up.  Yeah.

H&M Court Reporting
(907) 274-5661

835d7190-beef-4186-82e9-9e75874f5d1b

Page 3

1   so I'm gonna tell you this."
2         And she just threw all this on me just about -
3   - right before she took off out'a here.  I couldn't
4   believe it.  It's a -- it's a mess.
5         RANES:  Do I need to send somebody by to pay
6   him a visit?
7         CI:  Nah.  I think it's all taken care of.
8         (Laughter)
9         CI:  Yeah, I do.  But -- okay.  So how -- how
10  did we do, man?  Did you -- did you do it?
11        RANES:  Wh -- all we got was 42.
12        CI:  Well, that's gonna be good enough then.
13        RANES:  Do -- do you have any -- anything you
14  can _____ just for a day?
15        CI:  You know what...
16        RANES:  They just called -- they're comin'
17  from _____.
18        CI:  Yeah.
19        RANES:  It's gonna be a couple hours.  I don't
20  _____.
21        CI:  No, no, no. Let's -- let's just do that
22  right now.  Um -- okay.  Now I'm gonna give you -- I'm
23  gonna give you a name.  Now, so you're gonna do this
24  invoice thing, too, right?
25        RANES:  Yes.