MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. THOMAS P. RANES          CASE NO. 3:06-CR-00041-01-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER / COLLEEN YORK

UNITED STATES' ATTORNEY:         FRANK RUSSO AND THOMAS BRADLEY

DEFENDANT'S ATTORNEY:            ALLEN BENTLEY

U.S.P.O.:                        PAMELA SHAW

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JUNE 4, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

_X_ Notice of Appeal form given to defendant.

_X_ Court stated findings/reasons pursuant to sentencing
    guidelines.

_X_ Imprisonment for a period of 360 months. This term consists of
    360 months on count 1 and 240 months on each of counts 119 and
    137 of the Second Superseding Indictment, all such terms to
    run concurrently.

_X_ Defendant placed on supervised release for a period of _5_
    years under the usual terms and conditions with special
    conditions of supervised release as stated in the judgment.
    This term consists of 5 years on count 1 and 3 years on each
    of counts 119 and 137 of the Second Superseding Indictment,
    all such terms to run concurrently.

_X_ Special Assessment $ 300.00 , due immediately.

_X_ Defendant remanded to the custody of the U.S. Marshal.

CONTINUED ON PAGE 2

DATE:       June 4, 2008            DEPUTY CLERK'S INITIALS:  AMK

Revised 6/18/07

```
                    CONTINUATION - PAGE 2
                    U.S.A. vs. THOMAS P. RANES
                       3:06-CR-00041-01-RRB
                       IMPOSITION OF SENTENCE
                          June 4, 2008
```
--------------------------------------------------------------------

_X_ On motion of the U.S. Attorney, remaining counts _2, 3-118,_
   _120-136, and 138-140_ of the Second Superseding Indictment
   **DISMISSED**.

_X_ Court advised defendant of appeal rights.

_X_ Payment coupon given to defendant.

_X_ OTHER: Court accepted the Plea Agreement.  Defendant to
forfeit the defendant's interest in the property to the United
States as directed in the Preliminary Order of Forfeiture at
Docket 725.

At 9:47 a.m. court adjourned.

DATE:       June 4, 2008        DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07