ALLEN R. BENTLEY
LAW OFFICES OF ALLEN R. BENTLEY
1111 Third Avenue
Suite 2220
Seattle, WA 98101
Tel.: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net
Attorney for Thomas P. Ranes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| THOMAS P. RANES, | ) | No. 3:06-cr-00041-RRB-JDR |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that the defendant, Thomas P. Ranes, hereby appeals to the

United States Court of Appeals for the Ninth Circuit from the judgment entered in this case on

June 4, 2008.

*United States v. Thomas P. Ranes, et al.*
3:06-cr-00041-RRB-JDR

DATED this  5<u>th</u> day of June, 2008.

Respectfully submitted,

LAW OFFICES OF
ALLEN R. BENTLEY

By: /s/ Allen R. Bentley
      ALLEN R. BENTLEY
      WSBA No. 12275
      Law Offices of Allen R. Bentley
      1111 Third Avenue
      Seattle, WA  98101
      Telephone: (206) 343-9391
      Fax: (206) 682-3746
      Email:  abentley@concentric.net

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I electronically filed the foregoing Notice of Appeal

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to the attorneys for the United States of America, Assistant United States Attorneys Frank Russo

and Thomas Bradley.

By: /s/ Allen R. Bentley
    ALLEN R. BENTLEY
    WSBA No. 12275
    Law Offices of Allen R. Bentley
    1111 Third Avenue
    Seattle, WA  98101
    Telephone: (206) 343-9391
    Fax: (206) 682-3746
    Email:  abentley@concentric.net