ALLEN R. BENTLEY
LAW OFFICES OF ALLEN R. BENTLEY
1111 Third Avenue
Suite 2220
Seattle, WA 98101
Tel.: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net
Attorney for Thomas P. Ranes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF APPEAL |
| ) | |
| THOMAS P. RANES, ) | No. 3:06-cr-00041-RRB-JDR |
| ) | |
| Defendant. ) | |
| ) | |

PLEASE TAKE NOTICE that the defendant, Thomas P. Ranes, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment imposed in this case on June 4, 2008, which was signed by the court on June 5, 2008.

*United States v. Thomas P. Ranes, et al.*
3:06-cr-00041-RRB-JDR

DATED this  11th  day of June, 2008.

          Respectfully submitted,

          LAW OFFICES OF
          ALLEN R. BENTLEY

          By: /s/ Allen R. Bentley
              ALLEN R. BENTLEY
              WSBA No. 12275
              Law Offices of Allen R. Bentley
              1111 Third Avenue
              Seattle, WA  98101
              Telephone: (206) 343-9391
              Fax: (206) 682-3746
              Email:  abentley@concentric.net

CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys for the United States of America, Assistant United States Attorneys Frank Russo and Thomas Bradley.

By: /s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net