UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**FILED**
JUN 18 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**CASE INFORMATION:**
Short Case Title: USA v. Thomas P. Ranes
Court of Appeals No. (leave blank if unassigned): **08-30212**
U.S. District Court Judge Name and Case No.: 3:06-cr-00041-RRB-JDR
Date Complaint/Indictment/Petition Filed: 4/19/2006
Date Appealed Order/Judgment *entered*: 6/9/2008
Date NOA *filed*: 6/11/2008
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Sherry Mons, (907) 451-5792

RECEIVED
JUN 23 2008
CLERK [U.S. DISTRICT] COURT
ANCHORAGE, A.K.

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 6/11/2008    Date Docket Fee billed: __
Date FP granted: __    Date FP denied: __
Is FP pending? NO    Was FP Limited/Revoked?
US Government Appeal?  __NO
Companion Cases? Please list: __
   Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
| Appellant Counsel: | Appellee Counsel: |
|---|---|
| Allen R. Bentley | Frank V. Russo |
| Law Offices of Allen R. Bentley | U.S. Attorney's Office (Anchorage) |
| 1111 Third Avenue, Suite 2220 | 222 West 7th Avenue, #9 |
| Seattle, WA 98101 | Anchorage, AK 99513 |
| Fax: 206-682-3746 | Fax: 907-271-1500 |
| Email: abentley@concentric.net | Email: Frank.Russo@usdoj.gov |

__retained   X CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: __                __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __    9th Circuit Docket Number: __

Name and phone number of person completing this form: Sherry Mons, 907-451-5791