UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # **08-30212**        U.S. District Court # **3:06-CR-0041-RRB-JDR**

Short Case Title **UNITED STATES v. THOMAS P. RANES**

Date Notice of Appeal Filed by Clerk of District Court **6/11/08**

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 2/8/08 | CHANGE OF PLEA  AXG/CME | ~~OTHER~~ CHANGE OF PLEA - ALREADY TRANSCRIBED |
| 6/4/08 | IMPOSITION OF SENTENCE  AMK/CGY | IMPOSITION OF SENTENCE |

(Attach Additional Page for Designations if Necessary)

RECEIVED JUN 30 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered **JUNE 26, 2008**    Estimated Date for Completion **AUGUST 1, 2008**

Signature of Attorney **Ann R. Buttner**    Phone Number **(206) 343-9391**

Address **1111 THIRD AVENUE, SUITE 2220**
        **SEATTLE, WA 98101**

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____    Due Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____    Court Reporter's Signature _____

*FROM*

**LAW OFFICES OF**
**ALLEN R. BENTLEY**
1111 THIRD AVENUE, SUITE 2220 · SEATTLE, WASHINGTON 98101-3207

*TO*  Office of the Clerk
United States District Court
District of Alaska
222 West 7th Avenue #4
Anchorage, AK 99513



UNITED STATES POSTAGE
$01.740
02 1P
0002380954  JUN 26 2008
PITNEY BOWES
MAILED FROM ZIP CODE 98101